**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**LAW OFFICES OF OSCAR H. GUTIERREZ, APC**
Oscar Rene Gutierrez (SBN 276101)
attorneygutierrez@gmail.com
6086 York Blvd.
Los Angeles, CA 90042
Tel: 323.999.3500
Fax: 323.999.3537

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>            Plaintiffs,<br><br>            v.<br><br>CITY OF HUNTINGTON PARK; COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:23-cv-09412<br><br>**APPLICATION OF ELSA ACOSTA FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFFS J.S., M.S., C.S., AND D.S. AS SUCCESSORS-IN-INTEREST TO WILLIAM SALGADO**<br><br>[*Consent of Nominee and Proposed Order filed concurrently herewith*] |

DocuSign Envelope ID: B46BC0AE-AB24-4064-B84A-959791858BD7

**APPLICATION OF ELSA ACOSTA FOR APPOINTMENT AS GUARDIAN**
***AD LITEM* FOR MINOR PLAINTIFFS J.S., M.S., C.S., AND D.S.**

This application seeks the appointment of Elsa Acosta as Guardian *ad Litem* to the minor plaintiffs J.S., M.S., C.S., and D.S. in the above-captioned case as follows:

1. J.S., M.S., C.S., and D.S. are minor plaintiffs in the above-referenced case.

2. J.S. was born on May 10, 2015.

3. M.S. was born on December 1, 2016.

4. C.S. was born on March 10, 2013.

5. D.S. was born on January 19, 2011.

6. Elsa Acosta, who is not a plaintiff in this matter, is the natural mother of minor plaintiffs J.S., M.S., C.S, and D.S.

7. J.S., M.S., C.S, and D.S.'s natural father is William Salgado, who is the decedent in the above-referenced action.

8. Minor plaintiffs J.S., M.S., C.S, and D.S. have claims, as alleged in the complaint filed in the herein action, arising out of the violation of their rights and the civil rights of their father, William Salgado.

9. Elsa Acosta has no interest potentially adverse to minor plaintiffs J.S., M.S., C.S, and D.S.

10. Elsa Acosta is a resident of County of Los Angeles in the State of California.

11. Elsa Acosta is a responsible adult and fully competent to understand and protect the rights of J.S., M.S., C.S., and D.S. *See* Consent of Nominee to Appointment as Guardian *ad Litem* for Minor Plaintiffs J.S., M.S., C.S, and D.S. filed concurrently herewith.

Plaintiffs therefore respectfully request an order appointing Elsa Acosta as Guardian *ad Litem* for minor plaintiffs J.S., M.S., C.S., and D.S.

DATED: November 8, 2023          LAW OFFICES OF DALE K. GALIPO

By: */s/ Dale K. Galipo*
_____
    Dale K. Galipo
    Attorneys for Plaintiffs


    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:    11/8/2023          By: _____

          Elsa Acosta

**APPLICATION OF ELSA ACOSTA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR
PLAINTIFFS J.S., M.S., C.S., AND D.S. AS SUCCESSORS IN INTEREST TO WILLIAM SALGADO**