**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**LAW OFFICES OF OSCAR H. GUTIERREZ, APC**
Oscar Rene Gutierrez (SBN 276101)
attorneygutierrez@gmail.com
6086 York Blvd.
Los Angeles, CA 90042
Tel: 323.999.3500
Fax: 323.999.3537

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY OF HUNTINGTON PARK; COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:23-cv-09412<br><br>**CONSENT OF NOMINEE ELSA ACOSTA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS J.S., M.S., C.S., AND D.S. AS SUCCESSORS-IN-INTEREST TO WILLIAM SALGADO**<br><br>[Fed R. Civ. P. 17(c) and Cal. Code Civ. Proc. § 373]<br><br>[*Application for Appointment as Guardian ad Litem and Proposed Order filed concurrently herewith*] |

# CONSENT OF NOMINEE

I, Elsa Acosta, the nominee and natural mother of, J.S., M.S., C.S., and D.S., who are minor plaintiffs in the above-referenced action and the biological children of the decedent, William Salgado, consent to act as guardian *ad litem* for minor plaintiffs, J.S., M.S., C.S., and D.S. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on 11/8/2023 in Bell, California.

DocuSigned by:

*Elsa Acosta*
DE8397D55BA84B4...

Elsa Acosta