# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF HUNTINGTON PARK; COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 2:23-cv-09412<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF ELSA ACOSTA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFFS J.S., M.S., C.S., AND D.S.** |

1

**[PROPOSED] ORDER GRANTING APPLICATION OF ELSA ACOSTA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFFS J.S., M.S., C.S., AND D.S.**

1  Having reviewed the Application of Elsa Acosta for Appointment as
2  Guardian *ad Litem* for minor plaintiffs J.S., M.S., C.S., and D.S., and the Consent of
3  Nominee of Elsa Acosta as Guardian *ad Litem* for minor plaintiffs J.S., M.S., C.S.,
4  and D.S., it is hereby ORDERED that the application of Elsa Acosta for appointment
5  as guardian *ad litem* for plaintiffs J.S., M.S., C.S., and D.S. is GRANTED, and Elsa
6  Acosta is hereby appointed as Guardian *ad Litem* for plaintiffs J.S., M.S., C.S., and
7  D.S.

DATED:     UNITED STATES DISTRICT COURT

_____

Judge of the U.S. District Court

2

**[PROPOSED] ORDER GRANTING APPLICATION OF ELSA ACOSTA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFFS J.S., M.S., C.S., AND D.S.**