Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## REGISTRAR—RECORDER/COUNTY CLERK

3052022272202    **CERTIFICATE OF DEATH**    3202219061163
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO WHITEOUTS, WHITEOUTS OR ALTERATIONS
VS 11 (REV 2006)

STATE FILE NUMBER      LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | WILLIAM |
| 2. MIDDLE | |
| 3. LAST (Family) | SALGADO |
| AKA, ALSO KNOWN AS – include full AKA (FIRST, MIDDLE, LAST) | WILLIAM RENE SALGADO MIRANDA |
| 4. DATE OF BIRTH mm/dd/ccyy | 11/09/1991 |
| 5. AGE Yrs. | 30 |
| 6. SEX | M |
| 7. DATE OF DEATH mm/dd/ccyy | 10/30/2022 |
| 8. HOUR | 1825 |
| 9. BIRTH STATE/FOREIGN COUNTRY | NICARAGUA |
| 10. SOCIAL SECURITY NUMBER | |
| 11. EVER IN U.S. ARMED FORCES? | YES [X] NO |
| 12. MARITAL STATUS/SRDP (at Time of Death) | NEVER MARRIED |
| 13. EDUCATION – Highest Level/Degree | 11 |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | [X] YES NO — NICARAGUAN |
| 16. DECEDENT'S RACE – Up to 3 races may be listed | NICARAGUAN |
| 17. USUAL OCCUPATION – Type of work for most of life, DO NOT USE RETIRED | CONSTRUCTION WORKER |
| 18. KIND OF BUSINESS OR INDUSTRY | CONSTRUCTION |
| 19. YEARS IN OCCUPATION | 6 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE (Street and number, or location) | 6315 MALABAR STREET APT C |
| 21. CITY | HUNTINGTON PARK |
| 22. COUNTY/PROVINCE | LOS ANGELES |
| 23. ZIP CODE | 90255 |
| 24. YEARS IN COUNTY | 16 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | WILLIAM CASTILLO, FATHER |
| 27. INFORMANT'S MAILING ADDRESS | 6315 MALABAR STREET APT C, HUNTINGTON PARK, CA 90255 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | |
| 29. MIDDLE | |
| 30. LAST (BIRTH NAME) | |
| 31. NAME OF FATHER/PARENT—FIRST | INOCENTE |
| 32. MIDDLE | |
| 33. LAST | SALGADO PERALTA |
| 34. BIRTH STATE | NICARAGUA |
| 35. NAME OF MOTHER/PARENT—FIRST | JUANA |
| 36. MIDDLE | MARIA |
| 37. LAST (BIRTH NAME) | MIRANDA JIMENEZ |
| 38. BIRTH STATE | NICARAGUA |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy | 11/30/2022 |
| 40. PLACE OF FINAL DISPOSITION | RES OF JUANA M. MIRANDA JIMENEZ REPARTO 12 DE SEPTIEMBRE DEL COMEDOR GRANADINO 1 C. ARRIBA 75 VARAS AL NORTE, CHINANDEGA, NICARAGUA |
| 41. TYPE OF DISPOSITION(S) | CREMATE/TRANSIT/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | ◄ KEITH D BROWN |
| 43. LICENSE NUMBER | EMB9524 |
| 44. NAME OF FUNERAL ESTABLISHMENT | FRIENDS |
| 45. LICENSE NUMBER | FD2158 |
| 46. SIGNATURE OF LOCAL REGISTRAR | ► MUNTU DAVIS MD |
| 47. DATE mm/dd/ccyy | 11/29/2022 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | ST. FRANCIS MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | [X] ER/OP |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 3630 E IMPERIAL HWY |
| 106. CITY | LYNWOOD |

**CAUSE OF DEATH**

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (Final disease or condition resulting in death) | (A) MULTIPLE GUNSHOT WOUNDS |
| Time interval between Onset and Death | RAPID |
| 108. DEATH REPORTED TO CORONER? | [X] YES NO |
| Coroner # | 2022-11336 |
| Sequentially list conditions, if any, leading to cause on Line A. (B) | |
| 109. BIOPSY PERFORMED? | YES [X] NO |
| (C) | |
| 110. AUTOPSY PERFORMED? | [X] YES NO |
| (D) | |
| 111. USED IN DETERMINING CAUSE? | [X] YES NO |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | NONE |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112 (If yes, list type of operation and date.) | THORACOTOMY 10/30/2022 |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | |

**PHYSICIAN'S CERTIFICATION**

| Field | Value |
|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | |
| Decedent Attended Since | (A) mm/dd/ccyy |
| Decedent Last Seen Alive | (B) mm/dd/ccyy |
| 115. SIGNATURE AND TITLE OF CERTIFIER | |
| 116. LICENSE NUMBER | |
| 117. DATE mm/dd/ccyy | |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP-CODE | |

**CORONER'S USE ONLY**

| Field | Value |
|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | |
| 120. MANNER OF DEATH | Natural Accident [X] Homicide Suicide Pending Investigation Could not be determined |
| 120. INJURED AT WORK? | YES [X] NO UNK |
| 121. INJURY DATE mm/dd/ccyy | 10/30/2022 |
| 122. HOUR (24 Hours) | 1740 |
| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | OTHER: COURTYARD |
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | SHOT BY OTHER(S), LAW ENFORCEMENT RELATED |
| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) | 6315 MALABAR ST, HUNTINGTON PARK, CA 90255 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | ► REGINA AUGUSTINE |
| 127. DATE mm/dd/ccyy | 11/28/2022 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | REGINA AUGUSTINE, DEP CORONER |

**STATE REGISTRAR**

| A | B | C | D | E | FAX AUTH # | CENSUS TRACT |
|---|---|---|---|---|---|---|
| | | | | | | |

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

NOV 03 2023



DEAN C. LOGAN
Registrar-Recorder/County Clerk

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.



*2000000748080*

0010093643 - 02 - E



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE