# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## REGISTRAR—RECORDER/COUNTY CLERK

### CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 3052022272202
**LOCAL REGISTRATION NUMBER:** 3202219061163

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | WILLIAM |
| 2. MIDDLE | |
| 3. LAST (Family) | SALGADO |
| AKA. ALSO KNOWN AS | WILLIAM RENE SALGADO MIRANDA |
| 4. DATE OF BIRTH | 11/09/1991 |
| 5. AGE Yrs | 30 |
| 6. SEX | M |
| 7. DATE OF DEATH | 10/30/2022 |
| 8. HOUR (24 Hour) | 1825 |
| 9. BIRTH STATE/FOREIGN COUNTRY | NICARAGUA |
| 10. SOCIAL SECURITY NUMBER | |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 13. EDUCATION | 11 |
| 14/15. HISPANIC | YES NICARAGUAN |
| 16. DECEDENT'S RACE | NICARAGUAN |
| 17. USUAL OCCUPATION | CONSTRUCTION WORKER |
| 18. KIND OF BUSINESS OR INDUSTRY | CONSTRUCTION |
| 19. YEARS IN OCCUPATION | 6 |
| 20. DECEDENT'S RESIDENCE | 6315 MALABAR STREET APT C |
| 21. CITY | HUNTINGTON PARK |
| 22. COUNTY | LOS ANGELES |
| 23. ZIP CODE | 90255 |
| 24. YEARS IN COUNTY | 16 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | WILLIAM CASTILLO, FATHER |
| 27. INFORMANT'S MAILING ADDRESS | 6315 MALABAR STREET APT C, HUNTINGTON PARK, CA 90255 |
| 31. NAME OF FATHER/PARENT—FIRST | INOCENTE |
| 33. LAST | SALGADO PERALTA |
| 34. BIRTH STATE | NICARAGUA |
| 35. NAME OF MOTHER/PARENT—FIRST | JUANA |
| 36. MIDDLE | MARIA |
| 37. LAST (BIRTH NAME) | MIRANDA JIMENEZ |
| 38. BIRTH STATE | NICARAGUA |
| 39. DISPOSITION DATE | 11/30/2022 |
| 40. PLACE OF FINAL DISPOSITION | RES OF JUANA M. MIRANDA JIMENEZ REPARTO 12 DE SEPTIEMBRE DEL COMEDOR GRANADINO 1 C. ARRIBA 75 VARAS AL NORTE, CHINANDEGA, NICARAGUA |
| 41. TYPE OF DISPOSITION(S) | CREMATE/TRANSIT/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | KEITH D BROWN |
| 43. LICENSE NUMBER | EMB9524 |
| 44. NAME OF FUNERAL ESTABLISHMENT | FRIENDS |
| 45. LICENSE NUMBER | FD2158 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MUNTU DAVIS MD |
| 47. DATE | 11/29/2022 |
| 101. PLACE OF DEATH | ST FRANCIS MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | ER |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS | 3630 E IMPERIAL HWY |
| 106. CITY | LYNWOOD |
| 107. CAUSE OF DEATH IMMEDIATE CAUSE (A) | MULTIPLE GUNSHOT WOUNDS |
| Time Interval | RAPID |
| 108. DEATH REPORTED TO CORONER? | YES — 2022-11336 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | THORACOTOMY 10/30/2022 |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO |
| 119. MANNER OF DEATH | HOMICIDE |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE | 10/30/2022 |
| 122. HOUR | 1740 |
| 123. PLACE OF INJURY | OTHER: COURTYARD |
| 124. DESCRIBE HOW INJURY OCCURRED | SHOT BY OTHER(S), LAW ENFORCEMENT RELATED |
| 125. LOCATION OF INJURY | 6315 MALABAR ST, HUNTINGTON PARK, CA 90255 |
| 126. SIGNATURE OF CORONER/DEPUTY CORONER | REGINA AUGUSTINE |
| 127. DATE | 11/28/2022 |
| 128. TYPE NAME, TITLE | REGINA AUGUSTINE, DEP CORONER |

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

**NOV 03 2023**

Dean C. Logan
**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.

*2000000748080*

0010093643 - 02 - E




ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE