**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**LAW OFFICES OF OSCAR H. GUTIERREZ, APC**
Oscar Rene Gutierrez (SBN 276101)
attorneygutierrez@gmail.com
6086 York Blvd.
Los Angeles, CA 90042
Tel: 323.999.3500
Fax: 323.999.3537

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HUNTINGTON PARK; COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-09412<br><br>**DECLARATION OF ELSA ACOSTA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.S. SUCCESSOR-IN-INTEREST TO WILLIAM SALGADO (C.C.P. § 377.32)**<br><br>[Cal. Code Civ. Proc. §377] |

1

**DECLARATION OF ELSA ACOSTA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.S. SUCCESSOR-IN-INTEREST TO WILLIAM SALGADO (C.C.P. § 377.32)**

**C.C.P. § 377.32 DECLARATION OF ELSA ACOSTA FOR M.S. AS SUCCESSOR IN INTEREST TO WILLIAM SALGADO**

I, Elsa Acosta, do hereby declare as follows:

1. My name is Elsa Acosta, I am a competent adult over the age of eighteen and natural mother of and Guardian *ad Litem* for plaintiff M.S.

2. M.S. was born on December 1, 2016.

3. I am personally familiar with the facts contained herein, and would competently testify thereto if called upon to do so.

4. The name of the decedent in this action is William Salgado ("Decedent").

5. Decedent is the natural father of Plaintiff M.S.

6. Decedent died on October 30, 2022, in the city of Lynwood, California.

7. No proceeding is currently pending in California for administration of Decedent's estate.

8. M.S. is one of Decedent's successors-in-interest as defined in Section 377.11 of the California Code of Civil Procedure and successor to Decedent's interest in this action or proceeding as the biological daughter of Decedent.

9. The only other persons having a right to commence the action or proceeding as successors-in-interest are Decedent's other children, D.S., J.S., and C.S., who are the subject of separate declarations being filed.

10. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1       I, Elsa Acosta, declare under penalty of perjury under the laws of the
2 State of California that the foregoing is true and correct.
3
4       Executed on   11/8/2023   in   Bell  , California.

*DocuSigned by:*

*Elsa Acosta*
DE8397D55BA84B4

Elsa Acosta

---

**3**
**DECLARATION OF ELSA ACOSTA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.S.
SUCCESSOR-IN-INTEREST TO WILLIAM SALGADO (C.C.P. § 377.32)**