# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## REGISTRAR–RECORDER/COUNTY CLERK

**STATE FILE NUMBER:** 3052022272202
**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA
**LOCAL REGISTRATION NUMBER:** 3202219061163

### DECEDENT'S PERSONAL DATA
- **1. NAME OF DECEDENT—FIRST (Given):** WILLIAM
- **2. MIDDLE:**
- **3. LAST (Family):** SALGADO
- **AKA, ALSO KNOWN AS:** WILLIAM RENE SALGADO MIRANDA
- **4. DATE OF BIRTH:** 11/09/1991
- **5. AGE Yrs:** 30
- **6. SEX:** M
- **7. BIRTH STATE/FOREIGN COUNTRY:** NICARAGUA
- **10. SOCIAL SECURITY NUMBER:** [redacted]
- **11. EVER IN U.S. ARMED FORCES?:** NO
- **12. MARITAL STATUS/SRDP:** NEVER MARRIED
- **7. DATE OF DEATH:** 10/30/2022
- **8. HOUR (24 Hour):** 1825
- **13. EDUCATION:** 11
- **14/15. HISPANIC/LATINO/A/SPANISH?:** YES – NICARAGUAN
- **16. DECEDENT'S RACE:** NICARAGUAN
- **17. USUAL OCCUPATION:** CONSTRUCTION WORKER
- **18. KIND OF BUSINESS OR INDUSTRY:** CONSTRUCTION
- **19. YEARS IN OCCUPATION:** 6

### USUAL RESIDENCE
- **20. DECEDENT'S RESIDENCE:** 6315 MALABAR STREET APT C
- **21. CITY:** HUNTINGTON PARK
- **22. COUNTY/PROVINCE:** LOS ANGELES
- **23. ZIP CODE:** 90255
- **24. YEARS IN COUNTY:** 16
- **25. STATE/FOREIGN COUNTRY:** CA

### INFORMANT
- **26. INFORMANT'S NAME, RELATIONSHIP:** WILLIAM CASTILLO, FATHER
- **27. INFORMANT'S MAILING ADDRESS:** 6315 MALABAR STREET APT C, HUNTINGTON PARK, CA 90255

### SPOUSE/SRDP AND PARENT INFORMATION
- **28. NAME OF SURVIVING SPOUSE/SRDP—FIRST:**
- **29. MIDDLE:**
- **30. LAST (BIRTH NAME):**
- **31. NAME OF FATHER/PARENT—FIRST:** INOCENTE
- **32. MIDDLE:**
- **33. LAST:** SALGADO PERALTA
- **34. BIRTH STATE:** NICARAGUA
- **35. NAME OF MOTHER/PARENT—FIRST:** JUANA
- **36. MIDDLE:** MARIA
- **37. LAST (BIRTH NAME):** MIRANDA JIMENEZ
- **38. BIRTH STATE:** NICARAGUA

### FUNERAL DIRECTOR / LOCAL REGISTRAR
- **39. DISPOSITION DATE:** 11/30/2022
- **40. PLACE OF FINAL DISPOSITION:** RES OF JUANA M. MIRANDA JIMENEZ REPARTO 12 DE SEPTIEMBRE DEL COMEDOR GRANADINO 1 C. ARRIBA 75 VARAS AL NORTE, CHINANDEGA, NICARAGUA
- **41. TYPE OF DISPOSITIONS:** CREMATE/TRANSIT/RESIDENCE
- **42. SIGNATURE OF EMBALMER:** KEITH D BROWN
- **43. LICENSE NUMBER:** EMB9524
- **44. NAME OF FUNERAL ESTABLISHMENT:** FRIENDS
- **45. LICENSE NUMBER:** FD2158
- **46. SIGNATURE OF LOCAL REGISTRAR:** MUNTU DAVIS MD
- **47. DATE:** 11/29/2022

### PLACE OF DEATH
- **101. PLACE OF DEATH:** ST FRANCIS MEDICAL CENTER
- **102. IF HOSPITAL, SPECIFY ONE:** ER
- **103. IF OTHER THAN HOSPITAL, SPECIFY ONE:**
- **104. COUNTY:** LOS ANGELES
- **105. FACILITY ADDRESS OR LOCATION WHERE FOUND:** 3630 E IMPERIAL HWY
- **106. CITY:** LYNWOOD

### CAUSE OF DEATH
- **107. CAUSE OF DEATH — IMMEDIATE CAUSE (A):** MULTIPLE GUNSHOT WOUNDS
- **Time Interval Between Onset and Death:** RAPID
- **108. DEATH REPORTED TO CORONER?:** YES — 2022-11336
- **109. BIOPSY PERFORMED?:** NO
- **110. AUTOPSY PERFORMED?:** YES
- **111. USED IN DETERMINING CAUSE?:** YES
- **112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:** NONE
- **113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?:** THORACOTOMY 10/30/2022
- **113A. DECEDENT PREGNANT IN LAST YEAR?:** NO

### PHYSICIAN'S CERTIFICATION
- **114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.**
- **Decedent Attended Since / Decedent Last Seen Alive:**
- **115. SIGNATURE AND TITLE OF CERTIFIER:**
- **116. LICENSE NUMBER:**
- **117. DATE:**
- **118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:**

### CORONER'S USE ONLY
- **119. MANNER OF DEATH:** Homicide
- **120. INJURED AT WORK?:** NO
- **121. INJURY DATE:** 10/30/2022
- **122. HOUR:** 1740
- **123. PLACE OF INJURY:** OTHER: COURTYARD
- **124. DESCRIBE HOW INJURY OCCURRED:** SHOT BY OTHER(S), LAW ENFORCEMENT RELATED
- **125. LOCATION OF INJURY:** 6315 MALABAR ST, HUNTINGTON PARK, CA 90255
- **126. SIGNATURE OF CORONER / DEPUTY CORONER:** REGINA AUGUSTINE
- **127. DATE:** 11/28/2022
- **128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:** REGINA AUGUSTINE, DEP CORONER

**STATE REGISTRAR:** A B C D E



NOV 03 2023

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

*Dean C. Logan*
**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

* 2 0 0 0 0 0 0 7 4 8 0 8 0 *

0010093643 - 02 - E

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE