**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF HUNTINGTON PARK; COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-09412-CBM (AGRx)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION OF ELSA ACOSTA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFFS J.S., M.S., C.S., AND D.S. |

1

Having reviewed the Application of Elsa Acosta for Appointment as Guardian *ad Litem* for minor plaintiffs J.S., M.S., C.S., and D.S., and the Consent of Nominee of Elsa Acosta as Guardian *ad Litem* for minor plaintiffs J.S., M.S., C.S., and D.S., it is hereby ORDERED that the application of Elsa Acosta for appointment as guardian *ad litem* for plaintiffs J.S., M.S., C.S., and D.S. is GRANTED, and Elsa Acosta is hereby appointed as Guardian *ad Litem* for plaintiffs J.S., M.S., C.S., and D.S.

DATED: December 6, 2023

UNITED STATES DISTRICT COURT

*alicia G. Rosenberg*
_____
HON. ALICIA G. ROSENBERG
U.S MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING APPLICATION OF ELSA ACOSTA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFFS J.S., M.S., C.S., AND D.S.