UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 23-9412-CBM(AGRx) | Date | APRIL 26, 2024 |
|---|---|---|---|
| Title | D.S. et al v. City of Huntington Park et al | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
|---|---|
| N/A | N/A |

**Proceedings:**     **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that the Scheduling Conference, currently set for April 30, 2024, is hereby taken off calendar. The Court will issue a written order with deadlines.

No one is to appear on April 30, 2024.

:

Initials of Preparer     YS