UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-9412-CBM(AGRx) | Date | APRIL 30, 2024 |
|---|---|---|---|
| Title | D.S. et al v. City of Huntington Park et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|
| Yolanda Skipper | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
| N/A | N/A |

**Proceedings:**  **IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that the Court has set the following deadlines:

ADR-1 Form shall be filed on or before May 7, 2024.

Last day to add parties/amend pleadings August 9, 2024.

Fact discovery shall be completed on or before October 30, 2024.

Initial expert disclosures shall be completed by December 2, 2024.

Rebuttal expert disclosure on or before December 31, 2024.

Expert discovery shall be completed on or before January 15, 2025.

Settlement conference shall be held on or before January 30, 2024.

Motions shall be set for oral argument on or before February 25, 2025 at 10:00 a.m.

Pre Trial Conference is set on April 22, 2025 at 2:30 p.m.

Jury Trial is set on May 27, 2025 at 10:00 a.m.(est. 7-8 days).

IT IS SO ORDERED.

:

Initials of Preparer           YS