Name, Address and Telephone Number of Attorney(s):

Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Blvd, Ste. 310
Woodland Hills, CA 91367
(818)347-3333

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., et al.<br><br>v.<br><br>City of Huntington Park, et al. | CASE NUMBER<br><br>2:23-cv-9412-CBM(AGRx) |

Plaintiff(s)

**REQUEST:
ADR PROCEDURE SELECTION**

Defendant(s).

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR  PROCEDURE NO. 1**  -  The parties shall appear before the ☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2**  -  The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR  PROCEDURE NO. 3**  -  The parties shall participate in a private dispute resolution proceeding.

Dated: May 3, 2024          /s/ Benjamin S. Levine

Attorney for Plaintiff D.S., C.S., J.S., and M.S.

Dated: _____

Attorney for Plaintiff _____

Dated: May 7, 2024          /s/ Christy M. Garcia

Attorney for Defendant City of Huntington Park

Dated: _____

Attorney for Defendant _____

NOTE:  If additional signatures are required, attach an additional page to this request.