**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HUNTINGTON PARK; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-09412-CBM-AGR<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT TO NAME THE OFFICERS WHO USED DEADLY AND LESS-LETHAL FORCE IN PLACE OF DOE DEFENDANTS 1-4** |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs D.S., a minor by and through his guardian *ad litem* Elsa Acosta; C.S., a minor by and through his guardian *ad litem* Elsa Acosta; J.S., a minor by and through her guardian *ad litem* Elsa Acosta; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, and Defendant CITY OF HUNTINGTON PARK ("the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiffs filed their Complaint on November 7, 2023. At the time of the filing of their Complaint, Plaintiffs were genuinely ignorant of the names of the City of Huntington Park Police Department employees and/or individuals who used force during the incident giving rise to this lawsuit. Subsequently, through discovery, Plaintiffs have discovered information that Officers Nick Nichols, Rene Reza, Matthew Rincon, and April Wheeler are the City of Huntington Park Police Department employees who discharged their firearms and used less-lethal weapons during the incident giving rise to this lawsuit.

2. The Parties agree that Plaintiffs may file an amended complaint for the purpose of naming Officers Nick Nichols, Rene Reza, Matthew Rincon, and April Wheeler as individual defendants and identifying the force used by each. A copy of Plaintiffs' proposed First Amended Complaint is attached hereto as "Exhibit A."

3. Counsel for the City of Huntington Park agrees to accept service of the First Amended Complaint on behalf of the City of Huntington Park and the individual defendants.

4. Plaintiffs shall have 7 days to file their First Amended Complaint after the Court grants them leave. Defendant City of Huntington Park shall have 21 days thereafter to file a responsive pleading.

IT IS SO STIPULATED.

DATED: July 1, 2024

**LAW OFFICES OF DALE K. GALIPO**

By: _____
Dale K. Galipo
Benjamin S. Levine
Attorneys for Plaintiffs

DATED: July 1, 2024

**ALVAREZ-GLASMAN & COLVIN**
**ARNOLD M. ALVAREZ-GLASMAN**
**CITY ATTORNEY**

By: _____
Roger A. Colvin
Christy M. Garcia
Attorneys for Defendant
City of Huntington Park