| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado, <br><br>      Plaintiffs, <br><br>  v. <br><br>CITY OF HUNTINGTON PARK; DOES 1 through 10, inclusive, <br><br>                  Defendants. | Case No. 2:23-cv-09412-CBM-AGR <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT** |

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' stipulation in Case No. 2:23-cv-09412-CBM-AGR is **GRANTED** and Plaintiffs are granted leave to file the First Amended Complaint attached to the stipulation.

Plaintiffs have seven (7) days from the date of this Order to file their First Amended Complaint. Defendants' responsive pleading shall be due twenty-one (21) days from service of the First Amended Complaint. No currently scheduled hearings will be affected by this Order or by the filing of Plaintiffs' First Amended Complaint.

IT IS SO ORDERED.

Dated:

_____
CONSUELO B. MARSHALL
United States District Judge