**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF HUNTINGTON PARK; DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-09412-CBM-AGR<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**NOTICE OF ERRATA** |

NOTICE OF ERRATA

**TO THIS HONORABLE COURT:**

On July 3, 2024, pursuant to a stipulation by the parties [Dkt. 24], the Court issued an Order granting Plaintiffs leave to file a First Amended Complaint to name as defendants the individual police officers alleged to have used force in the incident underlying this action. [Dkt. 26.] Pursuant to that Order, on July 8, 2024, Plaintiffs filed their First Amended Complaint. [Dkt. 28.] However, after the First Amended Complaint was filed, it came to counsel's attention that the filed First Amended Complaint contained an error in paragraph numbering, such that certain paragraph numbers were inadvertently repeated. Accordingly, Plaintiffs respectfully submit this Notice of Errata to advise the court of the error and to apologize for it, and to submit the attached corrected First Amended Complaint, which is intended to serve as the operative complaint. The attached corrected First Amended Complaint is identical to the previously filed First Amended Complaint, with no modifications except to correct the paragraph numbering error. Counsel for Defendants is aware of the error and has not objected to the filing of this Notice or of the attached corrected First Amended Complaint.

DATED: July 10, 2024

**LAW OFFICES OF DALE K. GALIPO**

By: */s/ Dale K. Galipo*
Dale K. Galipo
Benjamin S. Levine
Attorneys for Plaintiffs