Name, Address and Telephone Number of Attorney(s):

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Plaintiff(s)<br>v.<br><br>Defendant(s). | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☐ The parties stipulate that _____ may serve as the Panel Mediator in the above-captioned case. _____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: _____     _____
                                  Attorney For Plaintiff

Dated: _____     _____
                                  Attorney For Plaintiff

Dated: _____     _____
                                  Attorney For Defendant

Dated: _____     _____
                                  Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)          **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**