**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado, | Case No.: 2:23-cv-09412-CBM-AGR<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**NOTICE OF RELATED CASE**<br><br>[Local Rule 83-1.3.1] |
| Plaintiffs, | |
| v. | |
| CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive, | |
| Defendants. | |

-1-
NOTICE OF RELATED CASE

1    **TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR**
2    **ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT**, pursuant to
3    Local Rule 83-1.3.1, Plaintiffs hereby give notice of the following related case,
4    *William Castillo-Miranda, et al. v. City of Huntington Park, et al.*, No. 2:24-cv-
5    04898-CBM-AGR, which was filed on June 11, 2024 (hereinafter, "the related
6    matter"). The related matter is pending in this District Court and has been assigned
7    to the same district judge and magistrate judge as has the instant case.

8    The related matter satisfies the requirements of Local Rule 83-1.3.1 in that
9    both matters (a) arise from the same or a closely related transaction, happening, or
10   event and (b) call for determination of the same or substantially related or similar
11   questions of law and fact.

12   Like this case, the related matter is an action asserting § 1983 and California
13   tort claims based on City of Huntington Park police officers' October 30, 2022,
14   shooting of Plaintiffs' decedent, William Salgado. Plaintiffs are informed and
15   believe that the plaintiffs in the related matter allege they were relatives of the
16   decedent and have asserted claims alleging violations of their Fourteenth
17   Amendment rights and negligent infliction of emotional distress. The City of
18   Huntington Park, Nick Nichols, Rene Reza, Matthew Rincon, and April Wheeler are
19   each named as defendants in both actions, though additional defendants are named
20   in the related matter who are not named in the instant case.

21

22   DATED: August 30, 2024          **LAW OFFICES OF DALE K. GALIPO**

23

24   By:  */s/ Dale K. Galipo*
25        Dale K. Galipo
         Benjamin S. Levine
26        Attorneys for Plaintiffs

27

28