**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-09412-CBM-AGR<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**STIPULATION FOR CONSOLIDATION OF CASES** |

**TO THIS HONORABLE COURT:**

    **IT IS HEREBY STIPULATED** by and between the parties hereto that the following lawsuits be consolidated for all purposes.

1. The case of *D.S., et al. v. City of Huntington Park, et al.*, No. 2:23-cv-09412-CBM-AGR, was filed on November 8, 2023. The case is currently in discovery.

2. The case of *William Castillo-Miranda, et al. v. City of Huntington Park, et al.*, No. 2:24-cv-04898-CBM-AGR, was filed on June 11, 2024. A First Amended Complaint was filed on July 29, 2024. A responsive pleading thereto has not yet been filed.

    Both cases should be consolidated and coordinated for purposes of trial. The claims in both cases arise out of the death of William Salgado, who died as a result of an incident involving officers of the City of Huntington Park Police Department on October 30, 2022, in Huntington Park, California, in the County of Los Angeles. These cases arise out of the same events and will involve the same core of operative facts. The cases differ only in that they involve different plaintiffs, based on these individuals' differing relationships with/to the decedent William Salgado, and in that the plaintiffs in the *Castillo-Miranda* matter have asserted claims against two additional officers not named as defendants in the *D.S.* matter. Accordingly, the Parties believe good cause exists to consolidate the cases.

    **IT IS FURTHER STIPULATED** that the Defendants in the *Castillo-Miranda* matter shall, upon entry of any order granting or denying the Parties' request for consolidation of the two related matters, have fourteen (14) days in which to file a responsive pleading to the *Castillo-Miranda* Plaintiffs' First Amended Complaint.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: August 30, 2024  **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Dale K. Galipo*
Dale K. Galipo[1]
Benjamin S. Levine
Attorneys for Plaintiffs
D.S., C.S., J.S., and M.S.

DATED: August 30, 2024  **CARRAZCO LAW, A.P.C.**

By: */s/ Kent M. Henderson*
Angel Carrazco, Jr.
Kent M. Henderson
Christopher L. Holm
Attorneys for Plaintiffs
William Omar Castillo Miranda, Juana Maria Miranda, Omar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon

DATED: August 29, 2024  **ALVAREZ-GLASMAN & COLVIN
ARNOLD M. ALVAREZ-GLASMAN
CITY ATTORNEY**

By: *[signature]*
Roger A. Colvin
Christy M. Garcia
Attorneys for Defendants

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-3-
STIPULATION FOR CONSOLIDATION OF CASES