|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado, | Case No. 2:23-cv-09412-CBM-AGR<br><br>**[PROPOSED] ORDER CONSOLIDATING CASES** |
|---|---|
| Plaintiffs, | |
| v. | |
| CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive, | |
| Defendants. | |

# **ORDER**

Having reviewed the parties' Stipulation for Consolidation of Cases and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Stipulation is **GRANTED**.

The Court hereby orders as follows:

1. The related cases *D.S., et al. v. City of Huntington Park, et al.*, No. 2:23-cv-09412-CBM-AGR, and *William Castillo-Miranda, et al. v. City of Huntington Park, et al.*, No. 2:24-cv-04898-CBM-AGR, are hereby consolidated for purposes of discovery and trial.

2. Defendants shall, within fourteen (14) days of the docketing of this Order, file a responsive pleading to the First Amended Complaint filed by the Plaintiffs in *William Castillo-Miranda, et al. v. City of Huntington Park, et al.*, No. 2:24-cv-04898-CBM-AGR.

IT IS SO ORDERED.

Dated:

_____
CONSUELO B. MARSHALL
United States District Judge