UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>    Plaintiffs,<br><br>   v.<br><br>CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-09412-CBM-AGR x<br><br>**ORDER CONSOLIDATING CASES [36]** |

# ORDER

Having reviewed the parties' Stipulation for Consolidation of Cases and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Stipulation is **GRANTED**.

The Court hereby orders as follows:

1. The related cases *D.S., et al. v. City of Huntington Park, et al.*, No. 2:23-cv-09412-CBM-AGR, and *William Castillo-Miranda, et al. v. City of Huntington Park, et al.*, No. 2:24-cv-04898-CBM-AGR, are hereby consolidated for purposes of discovery and trial.
2. Defendants shall, within fourteen (14) days of the docketing of this Order, file a responsive pleading to the First Amended Complaint filed by the Plaintiffs in *William Castillo-Miranda, et al. v. City of Huntington Park, et al.*, No. 2:24-cv-04898-CBM-AGR.
3. All filings will now be filed in the lead case CV 23-9412-CBM(AGRx).

IT IS SO ORDERED.

Dated: SEPTEMBER 3, 2024

_____
CONSUELO B. MARSHALL
United States District Judge