Roger A. Colvin, Esq. (SBN 068773)
Christy M. Garcia, Esq. (SBN 316570)
**ALVAREZ-GLASMAN & COLVIN**
Attorneys at Law
13181 Crossroads Parkway North, Ste. 400, West Tower
City of Industry, CA  91746
Tel. (562) 699-5500 - Fax (562) 692-2244
rcolvin@agclawfirm.com; cgarcia@agclawfirm.com

Attorneys for Defendants, City of Huntington Park, Nick Nichols, Rene Reza, Matthew Rincon, April Wheeler, Jose A. Yamasaki, and Saul Rodriguez

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>   Plaintiffs,<br><br> v.<br><br>CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive,<br><br>   Defendants. | Case No. 2:23-cv-09412 CBM (AGRx)<br><br>*Assigned to*:<br>District Judge: Consuelo B. Marshall<br>Magistrate Judge: Alicia G. Rosenberg<br><br>[PROPOSED] ORDER ON STIPULATION FOR ORDER EXTENDING DISCOVERY AND MOTION HEARING DEADLINES |

1

Based on the stipulation of the Parties and good cause having been shown, the following pretrial deadlines are hereby extended as follows:

**Fact Discovery Cut-off is continued to December 16, 2024.**

**Initial Expert Disclosures is continued to January 11, 2025**

**Rebuttal Expert Disclosures is continued to January 30, 2025**

**Expert Discovery Cut-off is continued to February 14, 2025**

**Deadline to Complete Settlement Conference is continued to March 1, 2025**

**Deadline to Hear Motions is continued to April 1, 2025, at 10:00 a.m.**

All other orders contained in the Order and Notice of All Parties (ECF No.: 22) shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED: October _____, 2024

_____
HON. CONSUELO B. MARSHALL
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the Central District of California – by using the CM/ECF system on October 9, 2024.

I hereby certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on October 9, 2024, at City of Industry, California.

/s/ *Maria Luisa Espinosa*
Maria Luisa Espinosa