Roger A. Colvin, Esq. (SBN 068773)
Christy M. Garcia, Esq. (SBN 316570)
**ALVAREZ-GLASMAN & COLVIN**
Attorneys at Law
13181 Crossroads Parkway North, Ste. 400, West Tower
City of Industry, CA  91746
Tel. (562) 699-5500 - Fax (562) 692-2244
rcolvin@agclawfirm.com; cgarcia@agclawfirm.com

Attorneys for Defendants, City of Huntington Park, Nick Nichols, Rene Reza, Matthew Rincon, April Wheeler, Jose A. Yamasaki, and Saul Rodriguez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:23-cv-09412 CBM (AGRx)<br>Consolidated with Case No. 2:24-cv-04898 CBM (AGR)<br><br>*Assigned to*:<br>District Judge: Consuelo B. Marshall<br>Magistrate Judge: Alicia G. Rosenberg<br><br>[PROPOSED] ORDER ON STIPULATION FOR ORDER EXTENDING FACT DISCOVERY DEADLINE |

AND CONSOLIDATED ACTION.　)
　　　　　　　　　　　　　　　　)
_____)

Based on the stipulation of the Parties and good cause having been shown, the fact discovery cut-off is hereby extended as follows:

**Fact Discovery Cut-off is continued to January 17, 2025.**

All other orders contained in the Order and Notice of All Parties (ECF No.: 22) and in the Order on Stipulation for Order Extending Discovery and Motion Hearing Deadlines (ECF No. 41) shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED: December _____, 2024

_____
HON. CONSUELO B. MARSHALL
United States District Judge

[PROPOSED] ORDER ON STIPULATION FOR ORDER EXTENDING FACT DISCOVERY DEADLINE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the Central District of California – by using the CM/ECF system on December 10, 2024.

I hereby certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on December 10, 2024, at City of Industry, California.


/s/ *Melinda Arredondo*
Melinda Arredondo

[PROPOSED] ORDER ON STIPULATION FOR ORDER EXTENDING FACT DISCOVERY DEADLINE