1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive,<br><br>          Defendants.<br><br>AND CONSOLIDATED ACTION. | Case No. 2:23-cv-09412 CBM (AGRx) Consolidated with Case No. 2:24-cv-04898 CBM (AGR)<br><br>*Assigned to*:<br>District Judge: Consuelo B. Marshall<br>Magistrate Judge: Alicia G. Rosenberg<br><br>ORDER ON STIPULATION FOR ORDER EXTENDING FACT DISCOVERY DEADLINE |

1

Based on the stipulation of the Parties and good cause having been shown, the fact discovery cut-off is hereby extended as follows:

**Fact Discovery Cut-off is continued to January 17, 2025.**

All other orders contained in the Order and Notice of All Parties (ECF No.: 22) and in the Order on Stipulation for Order Extending Discovery and Motion Hearing Deadlines (ECF No. 41) shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED: December 13, 2024

HON. CONSUELO B. MARSHALL
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ON STIPULATION FOR ORDER EXTENDING FACT DISCOVERY DEADLINE