**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs D.S., C.S., J.S., and M.S.*

**CARRAZCO LAW, A.P.C.**
Angel Carrazco, Jr. (SBN 230845)
angel@carrazcolawapc.com
Kent M. Henderson (SBN 139530)
hendolaw@gmail.com
Christopher L. Holm (SBN 308446)
chris@carrazcolawapc.com
18301 Irvine Boulevard
Tustin, CA 92780
Telephone: (714) 541-8600
Facsimile: (714) 541-8601

*Attorneys for Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon*

Roger A. Colvin (SBN 068773)
rcolvin@acglawfirm.com
Christy M. Garcia (SBN 316570)
**ALVAREZ-GLASMAN & COLVIN**
13181 Crossroads Parkway North,
Suite 400 – West Tower
City of Industry, California 91746
Tel. (562) 699-5500
Fax (562) 692-2244

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado, | **Case No. 2:23-cv-09412-CBM-AGR (Consolidated with Case No. 2:24-cv-04898-CBM-AGR)**<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER MODIFYING SCHEDULING ORDER TO CONTINUE DEADLINE TO CONDUCT SETTLEMENT CONFERENCE ONLY**<br><br>*[Proposed Order filed concurrently herewith]* |

| | |
|---|---|
| Plaintiffs, | |
| v. | |
| CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive, | |
| Defendants. | |
| WILLIAM OMAR CASTILLO MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; JUANA MARIA MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; OSMAR ANTONIO CASTILLO BLANDON, a minor by and through Guardian ad litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, an individual; KARLA VANESSA BLANDON, an individual, | |
| Plaintiffs, | |
| v. | |
| CITY OF HUNTINGTON PARK; RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW RINCON, an individual; NICK NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL RODRIGUEZ, an individual; and DOES 1 TO 10, inclusive, | |
| Defendants. | |

STIPULATION AND JOINT REQUEST FOR ORDER MODIFYING SCHEDULING ORDER TO CONTINUE DEADLINE TO CONDUCT SETTLEMENT CONFERENCE ONLY

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs D.S., C.S., J.S., and M.S. ("*Salgado* Plaintiffs"); Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon ("*Miranda* Plaintiffs"); and Defendants City of Huntington Park, Rene Reza, April Wheeler, Matthew Rincon, Nick Nichols, Jose A. Yamasaki, and Saul Rodriguez ("Defendants")—the parties to this action—for the purpose of jointly requesting that the honorable Court enter an order, pursuant to Fed. R. Civ. P. 16(b)(4) and any applicable Orders of the Court, modifying the existing scheduling order in this case, as follows:

**GOOD CAUSE STATEMENT.**

1. WHEREAS, this is a wrongful death civil rights case involving the City of Huntington Park Police Department. The *Salgado* Plaintiffs' original Complaint was filed against the City of Huntington Park and Doe defendants on November 7, 2023. [Dkt. 1.] After that Complaint was filed, a First Amended Complaint was filed on July 10, 2024, naming additional defendants. [Dkt. 31-1.] All named defendants subsequently answered the First Amended Complaint.

2. The Court issued an Order setting pretrial and trial dates and deadlines in the *Salgado* action on April 30, 2024. [Dkt. 22.]

3. The *Miranda* Plaintiffs' original Complaint was filed on June 11, 2024. [No. 2:24-cv-04898-CBM-AGR, Dkt. 1.] After that Complaint was filed, a First Amended Complaint was filed on July 29, 2024, naming additional defendants. [No. 2:24-cv-04898-CBM-AGR, Dkt. 12.] All named defendants subsequently answered the First Amended Complaint.

4. The Court issued an Order consolidating the *Salgado* and *Miranda* cases for purposes of discovery and trial on September 3, 2024, under the *Salgado* docket, No. 2:23-cv-09412-CBM-AGR. [Dkt. 38.]

5. The Court issued an Order continuing certain pretrial deadlines governing the consolidated cases on October 10, 2024. [Dkt. 41.] The new deadlines set by the Court included a Deadline to Complete Settlement Conference of March 1, 2025, among others. [*Id.*] The Court also issued an Order continuing the fact discovery cut-off by approximately one month on December 13, 2024, without modifying any other scheduling order deadlines. [Dkt. 45.]

6. The parties have diligently pursued and completed fact discovery in this consolidated case, and are nearing completion of expert discovery.

7. The parties have agreed to a mediation with panel mediator Richard Copeland. [Dkt. 32, 33.] The parties contacted Mr. Copeland for his availability months ahead of the March 1, 2025, mediation deadline set by the Court. The parties learned that Mr. Copeland's only availability before that deadline was February 7, a date when not all of the parties and their counsel were available. The parties then reserved a date for mediation with Mr. Copeland for April 3, 2024, which is the next earliest date the mediator had available where the parties and their counsel were also available. This date falls after the current mediation cutoff of March 1, 2025.

8. In order to complete a mediation before this case proceeds to a pretrial conference and trial, and in accordance with the Court's order that the parties engage in mediation in this case before the current trial date of May 27, 2025, the parties are informed and believe that there is good cause for a continuance of the deadline to complete mediation in this case

9. This is the second request by the parties for a continuance of the mediation deadline in this matter, and the third request for a continuance more generally.

/ / /

/ / /

**STIPULATION RE CONTINUANCE OF SCHEDULING ORDER DEADLINE.**

10. Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate and request a modification of the Court's scheduling order and case management deadline to complete mediation only, along the following lines:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Deadline to Complete Settlement Conference** | 03/01/2025 | 04/11/2025 |

11. The parties are not currently requesting a continuance of any other dates or deadlines set by the Court in this case and the parties understand that all other dates and deadlines shall remain unchanged and unaffected by the parties' stipulation and by the Order requested by the parties

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED: February 10, 2025          LAW OFFICES OF DALE K. GALIPO

By: */s/ Benjamin S. Levine*
    Dale K. Galipo
    Benjamin S. Levine[1]
    *Attorneys for Plaintiffs D.S., C.S., J.S., and M.S.*

DATED: February 10, 2025          CARRAZCO LAW, A.P.C.

By: */s/ Kent M. Henderson*
    Angel Carrazco, Jr.
    Kent M. Henderson
    Christopher L. Holm
    *Attorneys for Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon*

DATED: February 10, 2025          ALVAREZ-GLASMAN & COLVIN

By: */s/ Roger A. Colvin*
    Roger A. Colvin
    Christy M. Garcia
    *Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-4-
STIPULATION AND JOINT REQUEST FOR ORDER MODIFYING SCHEDULING ORDER TO CONTINUE DEADLINE TO CONDUCT SETTLEMENT CONFERENCE ONLY