# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive, | **Case No. 2:23-cv-09412-CBM-AGR (Consolidated with Case No. 2:24-cv-04898-CBM-AGR)**<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**ORDER RE: STIPULATION AND JOINT REQUEST FOR ORDER MODIFYING SCHEDULING ORDER TO CONTINUE DEADLINE TO CONDUCT SETTLEMENT CONFERENCE ONLY** |

Defendants.

| | |
|---|---|
| WILLIAM OMAR CASTILLO MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; JUANA MARIA MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; OSMAR ANTONIO CASTILLO BLANDON, a minor by and through Guardian ad litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, an individual; KARLA VANESSA BLANDON, an individual, | |
| Plaintiffs, | |
| v. | |
| CITY OF HUNTINGTON PARK; RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW RINCON, an individual; NICK NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL RODRIGUEZ, an individual; and DOES 1 TO 10, inclusive, | |
| Defendants. | |

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Court hereby orders that the operative scheduling order deadline to conduct a settlement conference in this case [Dkt. 41] is continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| **Deadline to Complete Settlement Conference** | 03/01/2025 | 04/11/2025 |

2. Except as specified herein above, all other dates and deadlines shall remain unchanged and unaffected by the parties' stipulation and by this Order.

**IT IS SO ORDERED.**

DATED: February 11, 2025

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

-1-