```
 1  LAW OFFICES OF DALE K. GALIPO
    Dale K. Galipo (SBN 144074)
 2  dalekgalipo@yahoo.com
    Benjamin S. Levine (SBN 342060)
 3  blevine@galipolaw.com
    21800 Burbank Boulevard, Suite 310
 4  Woodland Hills, CA  91367
    Telephone:   (818) 347-3333
 5  Facsimile:   (818) 347-4118
 6  Attorneys for Plaintiffs D.S., C.S., J.S., and M.S.
 7  Roger A. Colvin (SBN 068773)
    rcolvin@acglawfirm.com
 8  Christy M. Garcia (SBN 316570)
    ALVAREZ-GLASMAN & COLVIN
 9  13181 Crossroads Parkway North, Suite 400 – West Tower
    City of Industry, California 91746
10  Tel. (562) 699-5500
    Fax (562) 692-2244
11
12  Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>        Plaintiffs,<br><br>   v. | **Case No. 2:23-cv-09412-CBM-AGR (Consolidated with Case No. 2:24-cv-04898-CBM-AGR)**<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**STIPULATION TO VOLUNTARILY DISMISS CERTAIN CLAIMS WITH PREJUDICE AND PRECLUDE FILING OF MOTION FOR SUMMARY JUDGMENT**<br><br>*[Proposed Order filed concurrently herewith]* |

|   |   |
|---|---|
| 1 | CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |
| 6 | WILLIAM OMAR CASTILLO MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; JUANA MARIA MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; OSMAR ANTONIO CASTILLO BLANDON, a minor by and through Guardian ad litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, an individual; KARLA VANESSA BLANDON, an individual, |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | Plaintiffs, |
| 18 | v. |
| 19 | CITY OF HUNTINGTON PARK; RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW RINCON, an individual; NICK NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL RODRIGUEZ, an individual; and DOES 1 TO 10, inclusive, |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | Defendants. |
| 26 | |
| 27 | |
| 28 | |

STIPULATION TO VOLUNTARILY DISMISS CERTAIN CLAIMS WITH PREJUDICE AND PRECLUDE FILING OF MOTION FOR SUMMARY JUDGMENT

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs D.S., C.S., J.S., and M.S. ("Salgado Plaintiffs"); and Defendants City of Huntington Park, Rene Reza, April Wheeler, Matthew Rincon, and Nick Nichols ("Defendants")—the parties to the action *D.S. et al. v. City of Huntington Park et al.*, No. 2:23-cv-09412-CBM-AGR (the "Salgado Action")—by and through their attorneys of record, as follows:

WHEREAS, the Salgado Plaintiffs filed their original Complaint on November 7, 2023 [Dkt. 1];

WHEREAS, the Salgado Plaintiffs filed their First Amended Complaint, which is the operative complaint in the Salgado Action, on July 10, 2024 [Dkt. 31-1];

WHEREAS, the Salgado Plaintiffs have agreed to voluntarily dismiss the following claims in their entirety, with prejudice:

    a. Fourth Amendment – Denial of Medical Care (Claim 2)

    b. Request for Punitive Damages

WHEREAS, in exchange for the Salgado Plaintiffs' voluntary dismissal of the claims identified above, Defendants agree that Defendants will not file any motion for summary judgment or partial summary judgment in the Salgado Action;

WHEREAS, the Parties to the Salgado Action agree that this stipulation has been reached by the Salgado Plaintiffs and by Defendants and does not affect the separate action, *William Omar Castillo Miranda et al. v. City of Huntington Park et al.*, No. 2:24-cv-04898-CBM-AGR, with which the Salgado Action has been consolidated [*see* Dkt. 38];

/ / /

/ / /

THEREFORE, and based on the foregoing, the Parties to the Salgado Action hereby stipulate and jointly request an order:

a. Dismissing, in its entirety and with prejudice, the Salgado Plaintiffs' claim for Fourth Amendment – Denial of Medical Care (Claim 2);

b. Dismissing, in their entirety and with prejudice, the Salgado Plaintiffs' requests for punitive damages; and

c. Precluding the filing of any motion for summary judgment or partial summary judgment in the Salgado Action by any Party.

The Parties to the Salgado Action agree to bear their own costs and fees incurred in connection with the above-listed claims.

**IT IS SO STIPULATED.**

DATED: February 28, 2025        LAW OFFICES OF DALE K. GALIPO

By: _____/s/ Benjamin S. Levine_____
Dale K. Galipo
Benjamin S. Levine[1]
*Attorneys for Plaintiffs D.S., C.S., J.S., and M.S.*

DATED: February 28, 2025        ALVAREZ-GLASMAN & COLVIN

By: _____/s/ Roger A. Colvin_____
Roger A. Colvin
Christy M. Garcia
*Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.