**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-09412-CBM-AGR<br><br>**ORDER RE: STIPULATION TO VOLUNTARILY DISMISS CERTAIN CLAIMS WITH PREJUDICE AND RE FILING OF MOTION FOR SUMMARY JUDGMENT** |

1

The Court has read and considered the Parties' Stipulation to Voluntarily Dismiss Certain Claims with Prejudice and Preclude Filing of Motion for Summary Judgment.

Pursuant to that Stipulation, IT IS HEREBY ORDERED that the following claims asserted in Plaintiffs' operative complaint be, and hereby are, DISMISSED with prejudice:

a. Fourth Amendment – Denial of Medical Care (Claim 2); and

b. Request for Punitive Damages.

Pursuant to the Stipulation, IT IS FURTHER ORDERED that no motion for summary judgment or partial summary judgment will be filed in this action, No. 2:23-cv-09412-CBM-AGR.

**IT IS SO ORDERED.**

DATED: March 4, 2025

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE