# EXHIBIT NO. 2

```
 1            IN THE UNITED STATES DISTRICT COURT

 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3                        -  -  -

 4   D.S., a minor by and      )   Case No. 2:23-cv-09412
     through his guardian      )   CBM (AGR)
 5   ad litem Elsa Acosta,     )   (Consolidated Case No.
     individually and as       )   2:24-cv-04898 CBM (AGR))
 6   successor-in-interest     )
     to William Salgado;       )   Assigned to:
 7   C.S., a minor by and      )   District Judge: Consuelo
     through his guardian      )    B. Marshall
 8   ad litem Elsa Acosta,     )   Magistrate Judge: Alicia
     individually and as       )    G. Rosenberg
 9   successor-in-interest     )
     to William Salgado;       )   Remote Deposition of:
10   J.S., a minor by and      )   WILLIAM OSMAR CASTILLO
     through her guardian      )    MIRANDA
11   ad litem Elsa Acosta,     )   (Noticed for William Omar
     individually and as       )   Castillo Miranda)
12   successor-in-interest     )
     to William Salgado;       )   Filed on Behalf of the
13   M.S., a minor by and      )    Defendants
     through her guardian      )
14   ad litem Elsa Acosta,     )   Counsel of Record for
     individually and as       )    This Party:
15   successor-in-interest     )
     to William Salgado,       )   Roger A. Colvin, Esq.
16                             )   Christy M. Garcia Esq.
            Plaintiffs,        )   ALVAREZ-GLASMAN & COLVIN
17                             )   13181 Crossroads Pkwy. N.
            vs.                )   Suite 400
18                             )   West Tower
     CITY OF HUNTINGTON        )   City of Industry,
19   PARK; NICK NICHOLS;       )    California 91746
     RENE REZA; MATTHEW        )
20   RINCON; APRIL             )
     WHEELER; and DOES 5       )
21   through 10,               )
     inclusive,                )
22                             )
            Defendants.        )
23

24                        -  -  -

25
```

WILLIAM OMAR CASTILLO MIRANDA
DECEMBER 03, 2024

JOB NO. 1318517

```
 1              REMOTE DEPOSITION OF WILLIAM OSMAR

 2                  CASTILLO MIRANDA,

 3     a Witness herein, called by the Defendants for

 4     examination, taken pursuant to the Federal

 5     Rules of Civil Procedure, by and before

 6     Alexander Schaffer, a Professional Court

 7     Reporter and Notary Public, by virtual

 8     teleconference, on Tuesday, December 3, 2024,

 9     commencing at 10:00 a.m. PST.

10     COUNSEL PRESENT:

11     On behalf of the Plaintiffs:
        BENJAMIN LEVINE, ESQ.
12                 Law Offices of Dale K. Galipo
                   21800 Burbank Boulevard
13                 Suite 310
                   Woodland Hills, California 91367
14                 Blevine@galipolaw.com

15      CHRISTOPHER L. HOLM, ESQ.
                   Carrazco Law, APC
16                 18301 Irvine Boulevard
                   Tustin, California 92780
17                 Chris@carrazcolawapc.com

18     On behalf of the Defendants:
        ROGER A. COLVIN, ESQ.
19                 Alvarez-Glasman & Colvin
                   13181 Crossroads Parkway North
20                 Suite 400
                   West Tower
21                 City of Industry, California 91746
                   Rcolvin@agclawfirm.com

22

23     Also Present:
        GIULIANA MOLINARI, Court-certified interpreter

24

25                      -  -  -
```

WILLIAM OMAR CASTILLO MIRANDA
DECEMBER 03, 2024
JOB NO. 1318517

```
1                       I N D E X

2                     EXAMINATIONS

3    WITNESS:

4     WILLIAM OSMAR CASTILLO MIRANDA

5      Examination by ATTORNEY COLVIN.............    5

6                   EXHIBITS MARKED

7    EXHIBIT NO.        DESCRIPTION             PAGE
     Defense         Death certificate          42
8    Exhibit A

9                         -  -  -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      P R O C E E D I N G S

2               THE REPORTER:  The attorneys

3    participating in this deposition acknowledge

4    that I am not physically present in the

5    deposition room and that I will be reporting

6    this deposition remotely.  They further

7    acknowledge that I will administer the oath to

8    the witness remotely.

9               The parties and their counsel

10   consent to this arrangement and waive any

11   objections to this manner of reporting.  Please

12   indicate your agreement by stating your name

13   and your agreement on the record.

14               ATTORNEY COLVIN:  Roger

15   Colvin, for the Defendants, and I agree.

16               ATTORNEY HOLM:  Christopher

17   Holm, for the Plaintiffs.  I agree.

18               ATTORNEY LEVINE:  Benjamin

19   Levine, for the Salgado Plaintiffs, I agree.

20               THE INTERPRETER:  My name is

21   Giuliana Molinari, and my Certification No. is

22   301448.

23               And the Interpreter's Oath was

24   administered to me, and I presented my

25   Interpreter Badge with my photo ID to all

1    parties in this proceeding.

2     (A brief discussion was held off the record.)

3              WILLIAM OSMAR CASTILLO MIRANDA, a

4    Witness herein, having been first duly sworn,

5    was examined and testified through an

6    interpreter, also duly sworn, as follows:

7                    EXAMINATION

8    BY ATTORNEY COLVIN:

9         Q.    Good morning, Mr. Castillo Miranda.

10        A.    Good morning.

11        Q.    Do you prefer to be called

12   Mr. Castillo or Mr. Miranda?

13        A.    Castillo.

14        Q.    Okay.  And could you please state

15   your full name for the record?

16        A.    William Osmar Castillo Miranda.

17        Q.    Thank you.  Have you ever been known

18   by any other name in your lifetime?

19        A.    No.

20        Q.    And what is your date of birth,

21   please?

22        A.    May 9, 1968.

23        Q.    Mr. Castillo, my name is Roger

24   Colvin, and I represent the City and the

25   Officers in this lawsuit.  We're here to take

1     A.    My wife.

2     Q.    And what is her full name, please?

3     A.    Eugenia Guadalupe Espinoza.

4     Q.    Did your neighbor tell you where she

5  was located when she took the video?

6     A.    No.

7     Q.    Did you ever talk to her about the

8  incident and the shooting of your son after

9  this initial conversation?

10    A.    No.

11    Q.    Have you spoken to any of your

12  neighbors at any time after the shooting, up

13  until today, other than her?

14    A.    No.

15    Q.    Are you aware of any person,

16  regardless of being a neighbor, that you spoke

17  to that told you they witnessed the shooting?

18    A.    No.

19    Q.    Of your family members that were

20  there that day of the incident, to your

21  knowledge, which of your family members

22  actually witnessed the shooting of your son, in

23  other words, saw your son being shot?

24              THE INTERPRETER:  Can the

25  Interpreter have the question repeated, please?

```
 1    BY ATTORNEY COLVIN:
 2        Q.    Other than your neighbors -- I'm
 3    talking about your family members that were at
 4    home that night when your son was shot.  Which
 5    one of those family members, if any, do you
 6    know saw the police shoot your son?
 7        A.    My wife, my two kids, and myself.
 8        Q.    That's it?
 9        A.    Yes.
10        Q.    Do you know if the neighbor who took
11    the -- who gave you the video of the incident
12    is married, and if so, do you know her
13    husband's name?
14        A.    She lives with someone, but I don't
15    know.
16        Q.    Okay.  And how long have you been
17    neighbors?
18        A.    About 12 years, I think.
19        Q.    And is it your testimony that you
20    don't know her last name?  Is that true?
21        A.    No.
22        Q.    Okay.  Where do you currently
23    reside?
24        A.    6315 Malabar Street, Apartment C,
25    Huntington Park, Los Angeles, California.
```

```
 1    you know what type of material it is made of?

 2              Is it wood, steel?  Do you know?

 3       A.    The one outside is metal; the one

 4    inside is wood.

 5       Q.    The metal, the outside, you mean

 6    it's like a screen door?

 7       A.    Yes.

 8       Q.    How much is the rent, currently?

 9       A.    $1,331.

10       Q.    I'm going to go over a few names

11    with you, and I'm going to ask if you know

12    their relationships.  First would be William

13    Rene Salgado Miranda:  What was his

14    relationship to you before his death?

15       A.    My son.

16       Q.    Were you the biological father of

17    William Miranda?

18       A.    Yes.

19       Q.    If I call your son William, will you

20    understand I mean, each and every time, William

21    Rene Salgado Miranda?

22       A.    Yes.

23       Q.    And what was William's date of

24    birth?

25       A.    If I'm not mistaken, it was
```

WILLIAM OMAR CASTILLO MIRANDA                                    JOB NO. 1318517
DECEMBER 03, 2024

```
1    November 7, 1991.
2         Q.    And where was William born?
3         A.    Nicaragua.
4         Q.    Do you know the name of the hospital
5    where he was born?
6         A.    I don't recall because it's no
7    longer there.
8         Q.    Were you present at his birth?
9         A.    Yes.
10        Q.    To your knowledge, were you named as
11   the biological father on the birth certificate?
12        A.    On the original one, yes.  But
13   William's mom left him when he was 40 days old,
14   and my mom and my stepdad helped me raise him.
15        Q.    Thank you.  Do you know an
16   individual by the name of Inocente Salgado
17   Peralta?
18        A.    Yes.  That was my mom's husband.
19             ATTORNEY COLVIN:  I don't
20   know, Mr. Reporter, if you received the
21   documents yet --
22   (A brief discussion was held off the record.)
23   BY ATTORNEY COLVIN:
24        Q.    Who is Juana Maria Miranda Jimenez,
25   and what's her relationship to William, if any?
```

WILLIAM OMAR CASTILLO MIRANDA
DECEMBER 03, 2024

JOB NO. 1318517

```
 1              THE  INTERPRETER:   I'm sorry.
 2  Again, the name?
 3  BY ATTORNEY COLVIN:
 4       Q.    Juana Maria Miranda Jimenez?
 5       A.    That's my mom and William's grandma.
 6       Q.    To your knowledge, did she adopt
 7  William?
 8       A.    Yes.
 9       Q.    When did the adoption occur, if you
10  know?
11       A.    When he was about two years old.
12       Q.    And to your knowledge, where was he
13  adopted, what city?
14       A.    Chinandega, Nicaragua.  Chinandega.
15       Q.    Was this, to your knowledge, a legal
16  adoption?
17              ATTORNEY HOLM:   Calls for
18  speculation.  You can answer.
19              ATTORNEY LEVINE:   It calls for
20  a legal opinion too.
21              ATTORNEY HOLM:   Join.
22              THE WITNESS:   Not legally, or
23  with a notary, or with signed papers.  But my
24  mom told me, "To help you out, why don't we
25  give him Chente's last name?" -- my mom's
```

WILLIAM OMAR CASTILLO MIRANDA                              JOB NO. 1318517
DECEMBER 03, 2024

1    husband -- and so I went off and started

2    working to help them out.

3    BY ATTORNEY COLVIN:

4        Q.    You say, "Help them out."

5              Who's "them"?

6        A.    My family, financially.

7        Q.    So do you have any legal papers in

8    your possession regarding this adoption?

9        A.    All those documents, the birth

10   certificate and everything, I have at home.

11       Q.    Including the adoption papers?

12       A.    Yes.  I understand that that's where

13   my stepdad's last name appears.

14       Q.    And your stepdad's last name, again,

15   is what?

16       A.    Salgado Peralta.

17       Q.    And Eugenia Guadalupe Espinoza, what

18   is her relationship to you?

19       A.    That's my wife.

20       Q.    And what's your date of marriage to

21   her?

22       A.    In 2007.

23       Q.    Where did you get married?

24       A.    Nicaragua.

25       Q.    Did you receive a marriage

1      A.    I don't know what period of time
2    William lived with Elsa in Watts.
3      Q.    Did William live with you at your
4    Malabar address for the entire year of 2022,
5    until his death on October 30?
6      A.    Yes.
7      Q.    To your knowledge, did William
8    reside with you at your Malabar address for the
9    year 2021?
10     A.    Yes.
11     Q.    And to your knowledge, did William
12   reside with you at your Malabar address in the
13   year 2020?
14     A.    No.
15     Q.    To your knowledge, where did he live
16   in 2020?
17     A.    Not perfectly.  Because he would
18   stay at his mother-in-law's, at the house they
19   had rented.
20     Q.    Do you know what month he stayed at
21   the house he rented in 2020?
22     A.    No.
23     Q.    Do you know what month William lived
24   at Elsa's mother's house in 2020?
25     A.    No.

WILLIAM OMAR CASTILLO MIRANDA                          JOB NO. 1318517
DECEMBER 03, 2024

1      A.    No, not exactly.

2      Q.    Do you know if he was living with

3   Elsa Acosta and his four kids at the Indiana

4   Street address?

5      A.    Yes.

6      Q.    How do you know that?

7      A.    I visited them.

8      Q.    And you don't know what year he was

9   residing at that address?

10      A.    I don't recall.

11      Q.    When did William move in with you

12   and your wife and your children at Malabar?

13      A.    At no time.  It was only William.

14      Q.    Okay.  When did William first move

15   in with you and your wife and children at

16   Malabar?

17            ATTORNEY HOLM:  Vague as

18   phrased.  Vague as to time.  You can answer.

19            THE WITNESS:  At no time did

20   Elsa and the kids move in.  It was only

21   William, alone, in my apartment.

22   BY ATTORNEY COLVIN:

23      Q.    I understand.  But the question is:

24            When did William, alone, move into

25   your apartment before October 30, 2022?

WILLIAM OMAR CASTILLO MIRANDA                    JOB NO. 1318517
DECEMBER 03, 2024

1        A.      I don't recall the month.

2        Q.      Do you recall the year?

3        A.      '21.

4        Q.      Do you know why he moved in with you

5    back in 2021?

6        A.      No, because he was very quiet.

7        Q.      Is that the reason why he moved into

8    your Malabar apartment back in 2021, because he

9    was quiet?

10                    ATTORNEY LEVINE:  Calls for

11   speculation.

12                    THE WITNESS:  He asked me all

13   of a sudden, Dad, let me stay here.

14                    And I asked him why.  He said, "A

15   small problem, that's all."

16   BY ATTORNEY COLVIN:

17       Q.      Did he tell you what the "small

18   problem" was?

19       A.      No.

20       Q.      To your knowledge, did it have

21   anything to do with Elsa Acosta?

22                    ATTORNEY LEVINE:  Calls for

23   speculation.

24                    ATTORNEY HOLM:  Join.

25                    THE WITNESS:  No.

WILLIAM OMAR CASTILLO MIRANDA                              JOB NO. 1318517
DECEMBER 03, 2024

1          Q.    So you went to the back of the

2    apartment and you had this conversation with

3    your son.  Was it Osmar, you said?

4          A.    Yes.

5          Q.    And was it just you and Osmar, at

6    this time, having the conversation?

7          A.    My wife was there; Oscar; and then

8    William came over, and then we had a cigarette

9    with William.

10         Q.    Where -- at what location did you

11   have the cigarette with William?

12         A.    The alley, the back alley.

13         Q.    And while you were having a

14   cigarette with William, who was there at that

15   time?

16         A.    My wife, Osmar, William, and myself.

17               Oscar moved away a little bit

18   because of the cigarette smoke.

19         Q.    After you finished the cigarettes,

20   what did you do?

21         A.    I stayed there with Osmar, and

22   William came back to the backyard to keep

23   talking to his kids.

24         Q.    In your opinion, was William, at

25   this point in time, acting strange or unusual?

```
 1                    ATTORNEY LEVINE:  Vague.

 2                    ATTORNEY HOLM:  Join.

 3                    THE WITNESS:  No.  Normal.

 4                    ATTORNEY COLVIN:  I'm sorry?

 5                    THE INTERPRETER:  "Normal."

 6                    ATTORNEY COLVIN:  Thank you.

 7    BY ATTORNEY COLVIN:

 8         Q.    And what did you do next?

 9         A.    My wife turned to look at the area

10    where the apartment was, and she says, "Honey,

11    the police is there."

12         Q.    And where were you located when she

13    had this conversation with you?

14         A.    In the alley where we were smoking

15    with Osmar.

16         Q.    Do you know where William was at

17    this time, when your wife told you that the

18    police were here?

19         A.    Yes.  He was by the stairs, talking

20    to the kids.

21         Q.    On the telephone?

22         A.    Yes.

23         Q.    Could you see him at this point in

24    time?  Could you physically see him?

25         A.    William?
```

WILLIAM OMAR CASTILLO MIRANDA                                    JOB NO. 1318517
DECEMBER 03, 2024

```
1                    THE INTERPRETER:  Counsel,

2     there was an answer.  The answer was "No."

3                    ATTORNEY COLVIN:  Thank you.

4                    THE INTERPRETER:  Sure.

5     BY ATTORNEY COLVIN:

6         Q.    So after William walked backwards

7     about 50 feet, did he come to a stop that you

8     saw?

9         A.    He stood there.  He just stood

10    there.

11        Q.    You were still on the balcony?

12        A.    I was there on the balcony until

13    they killed him and took him away.

14        Q.    I'm not there; I'll get there.

15              I'm at the point where he walked

16    backwards for 50 yards (sic) and came to a

17    stop; that's where I'm at now.

18                    ATTORNEY HOLM:  Just to

19    clarify, he didn't say "50 yards"; he said,

20    "50 feet."

21                    THE WITNESS:  50 feet.

22                    ATTORNEY COLVIN:  Thank you.

23    My error.

24    BY ATTORNEY COLVIN:

25        Q.    When William came to a stop, what
```

```
 1    interpreter, a Spanish interpreter?

 2         A.    She spoke Spanish.

 3         Q.    And did she ask you to tell her how

 4    the incident occurred, from what you saw?

 5         A.    At no time.

 6         Q.    Well, what did she ask you in this

 7    interview?

 8         A.    She said, "Don't worry about it.

 9    Everything is going to be okay.  We're just

10    going to take you to the police station to make

11    a statement."

12               She said that to me, and my wife,

13    and my kids.

14         Q.    So did you go to the police station

15    and make a statement there?

16         A.    Late.

17               They took us at about 11:00 p.m.

18         Q.    The same night?

19         A.    That same night.

20         Q.    Do you know what police station you

21    were taken to?

22         A.    Huntington Park.

23         Q.    And did you have an interview

24    conducted there, in the Huntington Park police

25    station?
```

WILLIAM OMAR CASTILLO MIRANDA
DECEMBER 03, 2024

JOB NO. 1318517

1          A.     Yes.

2                 The detective only asked me, "Did

3    you see what happened to William?"  And I said,

4    "Of course, I was on the balcony."

5          Q.     Do you know how long this interview

6    took?

7          A.     With me, no more than one minute,

8    because I like telling the truth.

9                 The detective told me, "I'm sorry."

10                I asked him, "Have you ever had a

11   child killed?"

12                He said no.  And so I said, "How are

13   you going to be sorry, then?"

14         Q.     How long did the interview take,

15   from start to finish?

16         A.     With me, about one minute.

17         Q.     Okay.  And when you were having this

18   interview conducted, did the person taking the

19   interview speak Spanish, or was there an

20   interpreter there who spoke Spanish?

21         A.     They spoke Spanish.

22                ATTORNEY HOLM:  We've been

23   going for a little over an hour here, Roger.

24   Is it okay if --

25                ATTORNEY COLVIN:  Let me

```
 1   arrive to your son's body after he was shot,
 2   how much time elapsed?
 3        A.    About two minutes.
 4        Q.    What did you see the paramedics or
 5   the Fire Department do?
 6        A.    The paramedics only got there, put
 7   him on the gurney, and rushed out with him.
 8        Q.    What did you see the officers do
 9   after the paramedics took William's body away
10   from the scene?
11        A.    They put him in the ambulance.
12        Q.    Did the police officers?
13        A.    No.
14              The paramedics took him away in the
15   ambulance, and the police officers stayed
16   there, waiting, so that we wouldn't come down
17   from the balcony.
18        Q.    Did you ever hear William mention
19   suicide to you at any time in your relationship
20   with him?
21        A.    No.
22        Q.    Do you know a person by the name of
23   Carolina or Carolina Acosta?
24        A.    Yes.
25              Elsa Carolina Acosta, that's his
```

WILLIAM OMAR CASTILLO MIRANDA
DECEMBER 03, 2024

JOB NO. 1318517

```
 1   COMMONWEALTH OF PENNSYLVANIA      )
                                       )
 2   COUNTY OF DELAWARE                )

 3                  CERTIFICATE

 4    I, Alexander Schaffer, a Notary Public in and
     for the Commonwealth of Pennsylvania, do hereby
 5   certify that the witness, WILLIAM CASTILLO
     MIRANDA, was by me first duly sworn to testify
 6   the truth, the whole truth, and nothing but the
     truth; that the foregoing deposition was taken
 7   at the time and place stated herein; and that
     the said deposition was recorded
 8   stenographically by me and then reduced to
     typewriting under my direction, and constitutes
 9   a true record of the testimony given by said
     witness.
10
      I further certify that I am not a relative,
11   employee or attorney of any of the parties, or
     a relative or employee of either counsel, and
12   that I am in no way interested directly or
     indirectly in this action.
13
      IN WITNESS WHEREOF, I have hereunto set my
14   hand and affixed my seal of office this 3rd day
     of December 2024.
15

16
              /S/ Alexander Schaffer
17            Alexander Schaffer
              Alexander Schaffer, Notary Public
18            Court Reporter
              Delaware County
19            My Commission Expires 11/21/2027
              Commission No. 1440904
20

21

22

23

24

25
```