EXHIBIT NO. 3

```
 1              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
 2
                CASE NO. 2:23-cv-09412 CBM(AGR)
 3

 4   D.S., a minor by and through his
     guardian ad litem Elsa Acosta,
 5   individually and as successor-in-interest to
     William Salgado; C.S., a
 6   minor by and through his guardian ad
     litem Elsa Acosta, individually and as
 7   successor-in-interest to William
     Salgado; J.S., a minor by and through
 8   her guardian ad litem Elsa Acosta,
     individually and as successor-in-interest to
 9   William Salgado; M.S., a
     minor by and through her guardian ad
10   litem Elsa Acosta, individually and as
     successor-in-interest to William
11   Salgado,

12   Plaintiffs,

13   v.

14   CITY OF HUNTINGTON PARK;
     NICK NICHOLS; RENE REZA;
15   MATTHEW RINCON; APRIL
     WHEELER; and DOES 5 through 10,
16   inclusive,

17   Defendants.

18   _____

19               TELECONFERENCE
          DEPOSITION OF JUANA MARIA MIRANDA
20

21              January 9, 2025
                     STENO
22         Aventura, Florida 33180
           10:03 a.m. - 11:30 a.m.
23

24

25   Melanie Stinson-Konstantinidis, RPR
     Registered Professional Reporter
```

```
 1            A P P E A R A N C E S:

 2

     On behalf of the Plaintiff:
 3       BENJAMIN LEVIN, ESQUIRE
         LAW OFFICES OF DALE K. GALIPO
 4       21800 Burbank Boulevard, Suite 310
         Woodland Hills, California 91367
 5       valentine@galipolaw.com

 6   On behalf of the Plaintiff:
         CHRISTOPHER L. HOLM, ESQUIRE
 7       CARRAZCO LAW, APC
         18301 Irvine Boulevard
 8       Tustin, California 92780
         hendolaw@gmail.com

 9

10   On behalf of the Defendant:
         ROGER A. COLVIN, ESQUIRE
11       ALVAREZ-GLASMAN & COLVIN
         13181 Crossroads Parkway North
12       Suite 400 - West Tower
         City of Industry, California 91746
13       rcolvin@agclawfirm.com

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   Thereupon:
 2                    GIULIANA MOLINA,
 3   was duly sworn to truthfully and faithfully
 4   interpret all questions posed to the witness,
 5   and all answers given by the witness:
 6           THE INTERPRETER:  My name is Giuliana
 7       Molina and my certification number is
 8       301448.  When the interpreter's oath was
 9       administered to me, I presented my
10       interpreter's badge with my photo ID to all
11       parties in this proceeding.
12                  P R O C E E D I N G S
13                         - - -
14   Deposition taken before MELANIE
15   STINSON-KONSTANTINIDIS, RPR, Registered
16   Professional Reporter and Notary Public in and for
17   the State of Florida at Large, in the above cause:
18   Whereupon,
19               JUANA MARIA MIRANDA,
20   having been sworn in, testified as follows:
21                  DIRECT EXAMINATION
22   BY MR. COLVIN:
23       Q.   Good morning.  Could you please state
24   your full name for the record?
25       A.   I didn't hear you.
```

```
 1        Q.   Could you please state your full name
 2   for the record?
 3        A.   Juana Miranda.  Juana M. Miranda.
 4        Q.   Thank you.  Have you ever been known
 5   by any other name?
 6        A.   Never.
 7        Q.   What is your date of birth, please?
 8        A.   June 24, 1945.
 9        Q.   Ms. Miranda, my name is Roger Colvin.
10   I represent Huntington Park in this case.  I'll
11   be here this morning to take your deposition.
12                 Have you ever had your deposition
13   taken before?
14        A.   Never.
15        Q.   Before we proceed with the ground
16   rules for the deposition, I just want to
17   reiterate we have provided a Spanish interpreter
18   for you this morning, so I would request that
19   all your responses to any questions from any
20   lawyer be in Spanish and not part Spanish and
21   part English but Spanish only, please.  Do you
22   understand that?
23        A.   Okay.
24        Q.   Thank you.  Ms. Miranda, the reporter
25   has administered to you an oath to tell the
```

```
 1        Q.   How long have you been living at this
 2   address in Fontana?
 3        A.   Four years.
 4        Q.   Is this an apartment or a house?
 5        A.   House.
 6        Q.   What is your relationship with William
 7   Rene Salgado Miranda?
 8        A.   I'm his grandma.  And I raised him as
 9   a 40-days old.
10        Q.   Raised him from when?
11        A.   As a 40-day-old.
12        Q.   Why did you raise him at 40-days old?
13        A.   Because his dad was working in
14   different state and his mom left him with me
15   when he was 40-days old.
16        Q.   Do you know the name of the mother who
17   left William with you when he was 40-days old?
18        A.   She already died.  I don't know.  I
19   don't recall.
20        Q.   Do you know when she died?
21        A.   No, I don't recall.  I was already
22   living in the US.  I had been living here for
23   seven years.
24             THE INTERPRETER:  Counsel, please
25        remind the witness to not speak at the same
```

```
 1      time of the interpreter.  I'm having a hard
 2      time hearing her, if I am speaking also.
 3            Mr. Colvin, would you mind?
 4            MR. COLVIN:  Yes.  Please instruct the
 5      witness.
 6            MR. HOLM:  Is that okay.  Do you
 7      understand?
 8            THE WITNESS:  Yes, yes.  I do, yes.
 9  BY MR. COLVIN:
10      Q.   When you received William when he was
11  40-days old, where were you residing at that
12  time?
13      A.   I didn't hear you.
14      Q.   Where were you living at the time you
15  accepted William when he was 40-days old, what
16  country were you living in?
17      A.   In Nicaragua, yes.
18      Q.   Do you know William's date of birth?
19      A.   Yes, of course.  November 1991.  I
20  don't recall anymore.
21      Q.   Do you know who the biological father
22  of William is or was?
23      A.   William Omar Castillo Miranda.
24      Q.   What relationship do you have with
25  William Omar Castillo Miranda?
```

JUANA MARIA MIRANDA  
JANUARY 09, 2025

JOB NO. 1379423

1    A.    ==He's my biological son.==

2    THE INTERPRETER:  Counsel, I wold like

3    to mention that there is an audio problem

4    on the witness' side.  It's glitchy, it's

5    cutting off at times, so I'm having her

6    repeat herself.  I'm sure you can hear it,

7    too.

8    MR. COLVIN:  Do you want to keep

9    proceeding or do you want to see --

10    THE INTERPRETER:  No, no.  I'm just

11    letting you know why I'm taking the liberty

12    of asking her to repeat herself because I

13    usually wouldn't do that, but I'm having

14    trouble hearing it, hearing completely what

15    she's saying.

16    MR. COLVIN:  Okay.

17  BY MR. COLVIN:

18    Q.    What year did you arrive in the

19  United States?

20    A.    Who?

21    Q.    You.

22    A.    I don't recall.  I don't recall.

23    Q.    When you arrived in the United States,

24  were you taking care of William at that time you

25  arrived here?

```
 1    him.
 2         Q.   I'm sorry.  I wouldn't visit him or I
 3    would visit him?
 4         A.   I would not visit him.
 5         Q.   Why would you not visit him?
 6         A.   I wouldn't visit him because I didn't
 7    want to meddle in his business.
 8         Q.   At any time after William Salgado,
 9    your grandson, moved out after he turned 18, did
10    you know any of the addresses where he resided?
11         A.   No, I don't.
12         Q.   Did you ever adopt William Salgado,
13    your grandson?
14         A.   That's right.  I adopted him, so he
15    would not be left without documents.
16         Q.   What do you mean, so he would not be
17    left without documents?
18              MR. HOLM:  Objection, calls for
19         speculation.
20              THE INTERPRETER:  Counsel, the
21         interpreter needs to inquire, please.
22              MR. HOLM:  Okay.
23              THE WITNESS:  I adopted him, so that
24         he would have a birth certificate.
25
```

JUANA MARIA MIRANDA                                      JOB NO. 1379423
JANUARY 09, 2025

```
 1            MR. HOLM:  Vague as to "son."
 2            THE WITNESS:  I don't know anything.
 3            MR. HOLM:  I am objecting, vague.
 4       Phrased as to the word "son."
 5   BY MR. COLVIN:
 6       Q.   When I say William Salgado, I'm only
 7   referring to your grandson.  Do you understand
 8   that?
 9       A.   Okay.
10       Q.   To your knowledge did your grandson,
11   William Salgado, have any brothers or sisters?
12       A.   I don't know.  From his dad's side he
13   did, but not on his mom's.
14       Q.   On his dad's side, do you know the
15   names of William, your grandson's siblings?
16       A.   Yes.
17       Q.   What are their names?
18       A.   Omar, Carla and Oscar.
19       Q.   With regard to Omar, Oscar and Carla,
20   do you know who their biological father is?
21       A.   Yes.
22       Q.   Who was that?
23       A.   William Omar Castillo Miranda.
24       Q.   Do you know who the biological mothers
25   are for Oscar, Omar and Carla?
```

```
 1    at times?
 2         A.    Yes, when he didn't have a job.
 3         Q.    How would you know that?
 4         A.    Because he would tell me.
 5         Q.    What would he tell you?
 6         A.    That he wasn't working that day.  He
 7    would tell me when he wasn't working.
 8         Q.    Did you talk to your grandson, William
 9    Salgado, after he left at 18, did you talk to
10    him every single day after he left?
11         A.    Yes.
12         Q.    To your knowledge after he left at age
13    18, did he have a cell phone?
14         A.    Yes, I bought it for him.
15         Q.    Did you have a cell phone at any time
16    after he left at age 18, William Salgado?
17         A.    Yes.
18         Q.    Back in October of 2022, where were
19    you residing?
20         A.    In Fontana.
21         Q.    The same address you live at today,
22    correct?
23         A.    Yes.
24         Q.    During the year 2022, did your
25    grandson, William, ever pay your rent?
```

JUANA MARIA MIRANDA  
JANUARY 09, 2025

JOB NO. 1379423

```
 1   your grandson, was living back in October of
 2   2022?
 3        A.   Huntington Park, but I don't recall
 4   the address.
 5        Q.   Do you know with whom he was residing
 6   with in Huntington Park back in October of 2022?
 7        A.   Yes.
 8        Q.   Who was that?
 9        A.   With his dad, William Omar, Guadalupe,
10   the wife, and the Oscar.
11        Q.   Whose wife?
12        A.   William Omar's.
13        Q.   Were you at the location on or about
14   October 30, 2022, when William was shot?
15        A.   No.
16        Q.   Did you witness the shooting of your
17   grandson, William, at all that day?
18        A.   No, I wasn't there.
19        Q.   Did you find out that William Omar was
20   shot that day?
21        A.   No, not until the following day.
22        Q.   How did you find out the following day
23   that william was shot?
24        A.   Because his dad called me.
25        Q.   What did his dad tell you when he
```

```
 1
 2                  CERTIFICATE OF OATH
 3    THE STATE OF FLORIDA
 4    COUNTY OF MIAMI-DADE
 5
 6        I, the undersigned authority, certify that
 7    JUANA MARIA MIRANDA personally appeared before me
 8    and was duly sworn.
 9
10             WITNESS my hand and official seal this
11        13th day of January, 2025.
12
13
14
15
16    _____
      MELANIE STINSON-KONSTANTINIDIS, RPR,
17    REGISTERED PROFESSIONAL REPORTER
      Notary Public - State of Florida
18    My Commission Expires:  5/22/2025
      My Commission No.:  HH116638
19
20
21
22
23
24
25
```