EXHIBIT NO. 5

```
 1                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
 2
                  CASE NO. 2:23-cv-09412 CBM(AGR)
 3

 4   D.S., a minor by and through his
     guardian ad litem Elsa Acosta,
 5   individually and as successor-in-interest to
     William Salgado; C.S., a
 6   minor by and through his guardian ad
     litem Elsa Acosta, individually and as
 7   successor-in-interest to William
     Salgado; J.S., a minor by and through
 8   her guardian ad litem Elsa Acosta,
     individually and as successor-in-interest to
 9   William Salgado; M.S., a
     minor by and through her guardian ad
10   litem Elsa Acosta, individually and as
     successor-in-interest to William
11   Salgado,

12   Plaintiffs,

13   v.

14   CITY OF HUNTINGTON PARK;
     NICK NICHOLS; RENE REZA;
15   MATTHEW RINCON; APRIL
     WHEELER; and DOES 5 through 10,
16   inclusive,

17   Defendants.

18   _____

19              TELECONFERENCE
         DEPOSITION OF KARLA VANESSA BLANDON
20

21              January 9, 2025
                     STENO
22         Aventura, Florida 33180
             1:17 p.m. - 2:16 p.m.
23

24

25   Melanie Stinson-Konstantinidis, RPR
     Registered Professional Reporter
```

KARLA VANESSA BLANDON
JANUARY 09, 2025

JOB NO. 1379427

```
 1                A P P E A R A N C E S:

 2
          On behalf of the Plaintiff:
 3           BENJAMIN LEVIN, ESQUIRE
             LAW OFFICES OF DALE K. GALIPO
 4           21800 Burbank Boulevard, Suite 310
             Woodland Hills, California 91367
 5           valentine@galipolaw.com

 6        On behalf of the Plaintiff:
             CHRISTOPHER L. HOLM, ESQUIRE
 7           CARRAZCO LAW, APC
             18301 Irvine Boulevard
 8           Tustin, California 92780
             hendolaw@gmail.com
 9

10        On behalf of the Defendant:
             ROGER A. COLVIN, ESQUIRE
11           ALVAREZ-GLASMAN & COLVIN
             13181 Crossroads Parkway North
12           Suite 400 - West Tower
             City of Industry, California 91746
13           rcolvin@agclawfirm.com

14     ALSO PRESENT:ARIEL TORRONE

15

16

17

18

19

20

21

22

23

24

25
```

KARLA VANESSA BLANDON
JANUARY 09, 2025

JOB NO. 1379427

```
 1                    W-I-T-N-E-S-S

 2          KARLA VANESSA BLANDON                    4

 3

 4   DIRECT EXAMINATION BY MR. COLVIN                4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   Thereupon:
 2                  ARIEL TORRONE,
 3   was duly sworn to truthfully and faithfully
 4   interpret all questions posed to the witness,
 5   and all answers given by the witness:
 6                P R O C E E D I N G S
 7                      - - -
 8   Deposition taken before MELANIE
 9   STINSON-KONSTANTINIDIS, RPR, Registered
10   Professional Reporter and Notary Public in and for
11   the State of Florida at Large, in the above cause:
12   Whereupon,
13              KARLA VANESSA BLANDON,
14   having been sworn in, testified as follows:
15                DIRECT EXAMINATION
16   BY MR. COLVIN:
17        Q.   Good afternoon, Ms. Blandon, could you
18   please say your full name for the record?
19        A.   Yes.  Karla Vanessa Blandon.
20        Q.   Have you been known by any other names
21   in your life?
22        A.   No.
23        Q.   What is your date of birth, please?
24        A.   1991.
25        Q.   What month and day?
```

KARLA VANESSA BLANDON                                       JOB NO. 1379427
JANUARY 09, 2025

| | | |
|---|---|---|
| 1 | Q. | What are the ages of your children? |
| 2 | A. | Sixteen and eleven. |
| 3 | Q. | What is the name of your biological |
| 4 | father? | |
| 5 | A. | William Osmar Castillo Miranda. |
| 6 | Q. | And what is the name of your |
| 7 | biological mother? | |
| 8 | A. | Jerminia Desocoro Blandon. |
| 9 | Q. | So, what is your relationship with |
| 10 | William Salgado? | |
| 11 | A. | Brother. |
| 12 | Q. | Do you know who William Salgado's |
| 13 | biological mother is? | |
| 14 | A. | Juana Miranda. |
| 15 | Q. | Do you know who William Salgado's |
| 16 | biological father is? | |
| 17 | A. | Yes. |
| 18 | Q. | Who is that? |
| 19 | A. | William Osmar Castillo Miranda. |
| 20 | Q. | Did you have any brothers and sisters? |
| 21 | A. | Brothers. |
| 22 | Q. | Please give me their full names? |
| 23 | A. | Osmar Antonio Castillo Blandon and |
| 24 | Oscar Castillo. | |
| 25 | Q. | Where do you currently reside? |

```
1   where did you live?
2        A.   I've always lived there.
3        Q.   So, you've lived there for how many
4   months or years?
5        A.   Years.  Three years, since I've come
6   here.
7        Q.   So, you came to the United States
8   three years ago?
9        A.   Yes.
10       Q.   When you came to the United States
11  three years ago, you moved in the Bell Avenue
12  address and have stayed there since, correct?
13       A.   Yes.
14       Q.   During those three years that you have
15  lived at this address, other than Osmar has any
16  other of your brothers lived with you at that
17  address?
18       A.   Uncle.
19       Q.   What is his name?
20       A.   Norwin Sanchez.
21       Q.   Did your brother, William Salgado,
22  ever live with you at the Bell Avenue address?
23       A.   No.
24       Q.   Did you ever live with your brother,
25  William Salgado, before he died?
```

KARLA VANESSA BLANDON JOB NO. 1379427
JANUARY 09, 2025

```
 1      A.   No.
 2      Q.   Do you know where William Salgado,
 3  your brother, was living at the time you moved
 4  into the Bell Avenue address?
 5           MR. HOLM:  Lacks foundation.  Assumes
 6      facts.  I think you said William Salgado?
 7           MR. COLVIN:  Yeah.  William Salgado,
 8      her brother.
 9           MR. HOLM:  At the Bell Avenue address?
10           MR. COLVIN:  Yes.
11           MR. HOLM:  Okay.
12  BY MR. COLVIN:
13      Q.   I'm just asking -- well let me back
14  up.  Can you read back the question, please.
15  (Thereupon, the court reporter was asked to read
16      back the aforementioned question.)
17           THE WITNESS:  He lived with my dad.
18  BY MR. COLVIN:
19      Q.   When you came here three years ago and
20  moved into Bell, do you know if your brother,
21  William Salgado, was employed at that time?
22      A.   Yes.
23      Q.   By whom was he employed, if you know?
24      A.   He was working in construction.
25      Q.   Do you know the name of the
```

KARLA VANESSA BLANDON  JOB NO. 1379427
JANUARY 09, 2025

```
 1        Q.   Before your birthday of October 23rd
 2   of 2022, when did you see your brother, William
 3   Salgado, before that date?
 4        A.   I don't remember.
 5        Q.   Do you know if your brother, William
 6   Salgado, was adopted by anyone?
 7        A.   No.
 8        Q.   Were you ever told by anyone that he
 9   had been adopted?
10        A.   No.
11        Q.   Did you attend the funeral of your
12   brother, William Salgado?
13        A.   Yes.
14        Q.   Where was that held?
15        A.   I don't remember.
16        Q.   Do you know if your brother was
17   cremated?
18        A.   Yes.
19        Q.   Do you know where his ashes are
20   buried?
21        A.   Yes.
22        Q.   Where is that?
23        A.   Nicaragua.
24        Q.   Did you go out to Nicaragua to see his
25   ashes being buried?
```

KARLA VANESSA BLANDON
JANUARY 09, 2025

JOB NO. 1379427

```
 1
 2                    CERTIFICATE OF OATH
 3   THE STATE OF FLORIDA
 4   COUNTY OF MIAMI-DADE
 5
 6        I, the undersigned authority, certify that
 7   KARLA VANESSA BLANDON personally appeared before me
 8   and was duly sworn.
 9
10            WITNESS my hand and official seal this
11        14th day of January, 2025.
12
13
14
15
16   _____
     MELANIE STINSON-KONSTANTINIDIS, RPR,
17   REGISTERED PROFESSIONAL REPORTER
     Notary Public - State of Florida
18   My Commission Expires:  5/22/2025
     My Commission No.:  HH116638
19
20
21
22
23
24
25
```