# EXHIBIT NO. 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

- - -

D.S., a minor by and through his Guardian ad litem Elsa Acosta,

Individually and as successor-in-Interest to William Salgado; C.S., a

Minor by and through his guardian ad Litem Elsa Acosta, individually and as Successor-in-interest to William Salgado; J.S., a minor by and through Her guardian ad litem Elsa Acosta,

Individually and as successor-in-Interest to William Salgado; M.S., a Minor by and through her guardian ad Litem Elsa Acosta, individually and as Successor-in-interest to William Salgado,

Plaintiffs,

V.

CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, Inclusive,

Defendants.

Case No. 2:23-cv-09412 CBM (AGR) (Consolidated Case No. 2:24-cv-04898 CBM (AGR))

Assigned to: District Judge: Consuelo B. Marshall Magistrate Judge: Alicia G. Rosenberg

DEPOSITION OF PLAINTIFF OSMAR ANTONIO CASTILLO BLANDON

Date: December 9, 2024

Time: 1:00 p.m. EST
Location: Deposition taken Remotely via Zoom

- - -



I N D E X

PAGE

Examination by Mr. Colvin 6

NO EXHIBITS MARKED

REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED WITHOUT AUTHORIZATION FROM THE CERTIFYING AGENCY

REMOTE DEPOSITION OF OSMAR ANTONIO CASTILLO BLANDON, a witness herein, called by Roger Colvin, Esq., for examination, taken pursuant to the Federal Rules of Civil Procedure, by and before Denise Nardulli, a Registered Merit Reporter, Certified Realtime Instructor, Certified Program Examiner, and Notary Public in and for the State of Florida, held Remote via Zoom Conference with all parties appearing from their respective locations, on December 9, 2024, at 1:00 p.m. Eastern Time.

COUNSEL PRESENT:

For the Plaintiff:

Law Offices of Dale K. Galipo
MARCEL F. SINCICH, ESQ.
CHRISTOPHER HOLM, ESQ.
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
(818)347-3333
Msincich@galipolaw.com

For the Defendant:

Law offices of Alvarez-Glasman & Colvin
ROGER COLVIN, ESQ.
CHRISTY M. GARCIA, ESQ.
13181 Crossroads Pkwy N, Suite 40
Industry, CA 91746-3467
(562)699-5500
rcolvin@agclawfirm.com

Also Present: Giuliana Molnari, Interpreter

P R O C E E D I N G S

THE COURT REPORTER: The attorneys participating in this deposition acknowledge that I, the court reporter, am not present with the witness and that I will be reporting the proceedings and administering the oath remotely. This arrangement is pursuant to the Florida Supreme Court Administrative Order No. AOSC-20-16 (and extended by AOSC-20-17). The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting. Please indicate your agreement by stating your name and your agreement on the record.

MR. COLVIN: Roger Colvin for the Defendants, and I agree.

MR. SINCICH: Marcel Sincich for the minor Plaintiffs, I agree.

MR. HOLM: Christopher Holm, for the adult Plaintiffs, I agree.

THE INTERPRETER: There is a bit of an echo-when you speak to the noticing attorney, I forgot your name, I'm sorry.

MR. COLVIN: The noticing?

THE INTERPRETER: Yes.

MR. COLVIN: Roger Colvin.

THE INTERPRETER: All right. You are on two different speakers.

Let me check. It says Christy Garcia, it lights up when you speak. It's a little bit of an echo.

MS. GARCIA: One second.

THE INTERPRETER: Thank you. It's all right.

MR. COLVIN: My name, for the Defendants, is Roger Colvin, C-O-L-V-I-N.

THE INTERPRETER: Thank you.

MR. COLVIN: Does it sound better?

THE INTERPRETER: Yes, thank you. A lot better.

My name is Giuliana Molinari. My certification number is 301448 and the interpreter's oath was administered to me. I presented my Interpreter badge with photo I.D. to all parties in this proceeding.

Whereupon,

OSMAR ANTONIO CASTILLO BLANDON, a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. COLVIN:

Q. Okay. Good morning, Mr. Blandon, could you please state and spell your full name for the record?

A. Osmar Antonio Castillo Blandon.

Q. And have you been known by any other names?

A. No.

Q. And what is your date of birth, please?

A. 1994.

Q. And the month and day?

A. October 19th, October 10th -- 19.

Q. I'm sorry, could you clarify your date of birth, please?

A. October 19th, 1994.

Q. Thank you. Do you prefer that I call you Mr. Castillo or Mr. Blandon?

A. Castillo.

Q. Thank you. Mr. Castillo, my name is Roger Colvin, and I represent the Defendants in this action and we're here this morning to take your deposition. Have you ever had your deposition taken before?

A. I'm the helper. I pick up trash.

Q. What month and year did you start with this roofing company?

A. Four months ago.

Q. Are you currently working full-time or part time?

A. I don't understand.

Q. You work every single day or do you just work certain days of the week?

A. No, every day.

Q. Are you on an hourly rate or do you get paid a salary?

A. Salary.

Q. What is your monthly salary?

A. I get 400 a week.

Q. Is that take home?

A. Yes.

Q. And before working for this roofing company, were you employed?

A. No.

Q. Do you recall the date of death of William Salgado?

A. October 30th.

Q. What year?

A. '22 I think.

Q. 20-what?

A. '22, I think.

Q. Okay. And were you living at the Malabar address on this date?

A. Yes.

Q. Who else was living at that residence on that date?

A. My dad, my mom, and my brother.

Q. What's the name of your dad?

A. William Osmar Castillo Miranda Blandon.

Q. What is the name of your mom?

A. Eugenia Espinoza.

Q. Is she your step-mother or your biological mother?

A. My step-mom.

Q. What was the name of your biological mom?

A. Hermania, also Del Secorro Blandon.

Q. Is she still alive, if you know?

A. No, she already passed away.

Q. Do you know what date -- the date of her death?

A. I don't.

Q. And you mentioned that your brother

how long.

Q. After your parents left to go pay the bill until they returned to the apartment, what was William doing?

A. Nothing.

Q. Was he sleeping at all?

A. No.

Q. Were you inside the apartment with him talking to him while your parents were gone to pay the bill?

A. Yes.

Q. Did -- at that time when you were talking with him, did he seem angry or upset for any reason?

A. No.

Q. Was he acting normal, in your opinion?

A. Everything was fine.

MR. COLVIN: Is it okay if we take a quick break.

MR. SINCICH: Sure. Why don't we take a ten-minute break come back around 2:10, somewhere around there.

(A brief recess was held from 2:00 p.m. until 2:17 p.m. EST.)

BY MR. COLVIN:

Q. All right. Back on the record.

Mr. Castillo, getting back to October 30th, 2022, while your parents were away now, paying a bill, I think we left off, you said you were talking -- at some point talking to William before your parents returned; is that right?

A. Yes.

Q. Do you recall what you were talking about?

A. My house issues, have things, like what are we going to make to eat later? Who is going to clean? Who is going to do the dishes, things related to the house.

Q. Okay. Thank you. Oh, by the way, do you know why William was living at that location on October 30th of 2022?

A. He would always come and stay over for some time.

Q. Other times, he would not stay over?

A. Sometimes he wouldn't; sometimes he would stay for a week or two or three, or if he would leave and come stay for a day or two, like that.

Q. To your knowledge, when he would do that, where would he reside?

A. I don't know.

Q. Were you close to William as a brother?

A. Yes.

Q. Back in the month of October of 2022, would William ever talk to you about Carolina and his kids?

A. Not to me. We never had that type of communication talking about his kids and wife. No.

Q. Earlier before the break, you said while your parents were away paying the bill, that you knew that William was talking to the kids, was that because he was on his cell phone, if you know?

A. Yes, William was talking to his kids on the phone.

Q. And at that point, when you saw him talking to the kids on the phone, where was William located?

A. Right outside the apartment, like in a little patio.

Q. Were you standing there with him at

BY MR. COLVIN:

Q. Did you ever see your father go into the apartment and then come back out before the shooting?

A. When he opened the door, yes. He went in, and then he went back out.

Q. Did you ever go in the door and then come back out before the shooting?

A. No.

Q. When the shooting started, where was your father located, if you know?

A. He was there on the balcony with me.

Q. And when the shooting started, you were on the balcony, also?

A. When we saw that the shooting started, yes.

Q. You didn't hear that?

A. When we saw that the shooting started, yes.

Q. Did you see any neighbors or other tenants outside when this shooting started?

A. No.

Q. What area were the officers located in when they started shooting, if you know?

A. Right below our balcony.

the 15 shots, how much time had passed?

A. The first shots were about one or two minutes; and then they stopped, but they hadn't hit him, so they started shooting again, where they had already shot him.

Q. Did you ever see your brother pull knives out of the rear waistband of his shorts before the shootings started?

A. I didn't.

Q. Were you standing right next to your dad on the balcony when the shooting started?

A. Yes.

MR. COLVIN: You know, Counsel, it's a little over an hour, I thought maybe we'd take another ten-minute break. I don't have too much after this.

MR. SINCICH: Sure, that's fine. Okay. Ten minutes.

Q. Thank you.

(A brief recess was held at 3:14 p.m. EST.)

BY MR. COLVIN:

Q. Okay. Let's go back on the record. Thank you. Mr. Castillo, right at the time you first heard the shots, did you see what William

was doing at that time?

A. When he was shot, nothing at that time, only take the shots.

Q. In what direction were you looking when the shots first started?

A. To the front, where he was.

Q. So you were looking directly at William at the time the shots were being fired?

A. Yes.

Q. How soon after William tossed the knife did you hear the shots begin?

A. Like a minute later, less than a minute, a minute later.

Q. Did you actually see him get shot or you just heard the gunshots?

A. No, I saw it. I saw it.

Q. Did you see William fall after the gunshots?

A. Yes.

Q. Did you see him go backwards at all after the gunshots?

A. As the shots -- as the bullets hit him, yes, yes, he went backwards.

Q. Did you ever see William jumping up and down, let's say, a minute or so before the

COMMONWEALTH OF PENNSYLVANIA )
) SS
COUNTY OF BUTLER )

CERTIFICATE

I, Denise Nardulli, a notary public in and for the State of Florida, do hereby certify that the witness, OSMAR ANTONIO CASTILLO BLANDON, was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth; that the foregoing deposition was taken at the time and place stated herein; and that the said deposition was recorded stenographically by me and then reduced to typewriting under my direction, and constitutes a true record of the testimony given by said witness.

I further certify that I am not a relative, employee or attorney of any of the parties, or a relative or employee of either counsel, and that I am in no way interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office this 16th day of December 2024.

Denise Nardulli

Denise Nardulli

Notary Public
Registered Merit Reporter
Certified Realtime Instructor
Certified Program Examiner

My Commission Expires September 22, 2027