EXHIBIT NO. 7

O█████ C████████  JOB NO. 1352226
DECEMBER 23, 2024

```
 1              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
 2
                CASE NO. 2:23-cv-09412 CBM(AGR)
 3

 4   D.S., a minor by and through his
     guardian ad litem Elsa Acosta,
 5   individually and as successor-in-interest to
     William Salgado; C.S., a
 6   minor by and through his guardian ad
     litem Elsa Acosta, individually and as
 7   successor-in-interest to William
     Salgado; J.S., a minor by and through
 8   her guardian ad litem Elsa Acosta,
     individually and as successor-in-interest to
 9   William Salgado; M.S., a
     minor by and through her guardian ad
10   litem Elsa Acosta, individually and as
     successor-in-interest to William
11   Salgado,

12   Plaintiffs,

13   v.

14   CITY OF HUNTINGTON PARK;
     NICK NICHOLS; RENE REZA;
15   MATTHEW RINCON; APRIL
     WHEELER; and DOES 5 through 10,
16   inclusive,

17   Defendants.

18   _____

19                    TELECONFERENCE
                   DEPOSITION OF O████ C████████
20

21                  December 23, 2024
                          STENO
22              Aventura, Florida 33180
                10:03 a.m. - 11:30 a.m.
23

24

25   Melanie Stinson-Konstantinidis, RPR
     Registered Professional Reporter
```

O█████ C████████
DECEMBER 23, 2024                                                JOB NO. 1352226

```
 1              A P P E A R A N C E S:

 2
         On behalf of the Plaintiff:
 3          RENEE MASONGSONG, ESQUIRE
            LAW OFFICES OF DALE K. GALIPO
 4          21800 Burbank Boulevard, Suite 310
            Woodland Hills, California 91367
 5          valentine@galipolaw.com

 6       On behalf of the Plaintiff:
            KENT HENDERSON, ESQUIRE
 7          CARRAZCO LAW, APC
            18301 Irvine Boulevard
 8          Tustin, California 92780
            hendolaw@gmail.com
 9

10       On behalf of the Defendant:
            ROGER A. COLVIN, ESQUIRE
11          ALVAREZ-GLASMAN & COLVIN
            13181 Crossroads Parkway North
12          Suite 400 - West Tower
            City of Industry, California 91746
13          rcolvin@agclawfirm.com

14

15

16

17   ALSO PRESENT:   WILLIAM CASTILLO

18

19

20

21

22

23

24

25
```

O▇▇▇▇ C▇▇▇▇▇▇
DECEMBER 23, 2024                                                           JOB NO. 1352226

```
 1                        W-I-T-N-E-S-S

 2     O▇▇▇▇ C▇▇▇▇▇▇                                              4
       DIRECT EXAMINATION BY MR. COLVIN                           4
 3

 4     CROSS-EXAMINATION BY MR. HENDERSON                        63

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

O▇▇▇ C▇▇▇▇
DECEMBER 23, 2024

JOB NO. 1352226

```
 1              P R O C E E D I N G S
 2                     - - -
 3     Deposition taken before MELANIE
 4     STINSON-KONSTANTINIDIS, RPR, Registered
 5     Professional Reporter and Notary Public in and for
 6     the State of Florida at Large, in the above cause:
 7     Whereupon,
 8                      O▇▇▇ C▇▇▇▇▇,
 9     having been sworn in, testified as follows:
10                   DIRECT EXAMINATION
11     BY MR. COLVIN:
12           Q.   Good morning, Mr. C▇▇▇▇.  Could you
13     please state your first and last name for the
14     record?
15           A.   My first name is O▇▇▇ and my last
16     name is C▇▇▇▇.
17           Q.   Have you been known by any other
18     names?
19           A.   No, I have not.
20           Q.   What is your date of birth?
21           A.   My date of birth, January 22nd, 2009.
22           Q.   So as of today, you're 15 years old;
23     is that correct?
24           A.   Yes, I am.
25           Q.   Mr. C▇▇▇▇, just so you know who I
```

O⬛⬛R C⬛⬛⬛O
DECEMBER 23, 2024

JOB NO. 1352226

```
 1   am, my name is Roger Colvin and I represent the
 2   city and the officers that were involved in this
 3   incident and I'll be taking your deposition this
 4   morning.
 5              Have you ever had your deposition
 6   taken before?
 7        A.    No.
 8        Q.    Okay.  The first thing that you notice
 9   and I want to go over some of the ground rules
10   to make this process go quicker and smoother for
11   you, but the first thing you notice, the
12   reporter just administered to you an oath to
13   tell the truth under penalty of perjury.  Do you
14   understand that?
15        A.    Yeah.
16        Q.    Are you currently enrolled in school?
17        A.    Yes, I am.
18        Q.    What school are you enrolled in?
19        A.    Linda Marquez High School.
20        Q.    What grade are you in?
21        A.    Sophomore.
22        Q.    Generally, how are your grades?
23        A.    Well, I average a 3.5 GPA.
24        Q.    So, do you participate in any
25   after-school sports, any after-school
```

OSCAR CASTILLO
DECEMBER 23, 2024

JOB NO. 1352226

```
 1   Maron. (phonetic)
 2        Q.   And what is the full name of your
 3   father?
 4        A.   It is William Marcos Miranda
 5   (phonetic).
 6        Q.   Back in October 30th of 2022, your
 7   brother, William Salgado, was he married to your
 8   knowledge?
 9        A.   Not that I know of, no.
10        Q.   Do you know if he had children?
11        A.   Yes, he did.
12        Q.   Do you know their names?
13        A.   Yeah, I know -- I'm pretty sure, yeah,
14   I do.
15        Q.   Could you tell me their names?
16        A.   The oldest one is Dillon.  The second
17   oldest is Christian.  And the third is -- I know
18   the youngest one is Maribel.
19        Q.   Back on October 30th, 2022, which is
20   the date of the incident with your brother and
21   the officers, if you know, how long was your
22   brother -- how long had your brother been
23   residing with you at the Malabar address and
24   your parents?
25        A.   I think for, like, a couple of months.
```



OSCAR CASTILLO
DECEMBER 23, 2024

JOB NO. 1352226

```
 1   directly straight walking into the apartment.
 2        Q.   Your bedroom?
 3        A.   Yeah.
 4        Q.   Do you know where your mom went at
 5   that point in time?
 6        A.   She went with me.
 7        Q.   Into your bedroom?
 8        A.   Yeah.
 9        Q.   Do you know why you and your mom went
10   into the bedroom at that time?
11        A.   Because she was scared, so she just
12   wanted me to keep her company.
13        Q.   Okay.  At that point in time, just
14   before your mom and you went back into the
15   apartment before the shooting, did you see any
16   neighbors that were outside looking or listening
17   to what was going on?
18        A.   Not that I know of, no.
19        Q.   Okay.  When you and your mom went back
20   into the apartment, do you know where Osmar was
21   located before the shooting?
22        A.   Yeah, he was at the balcony.
23        Q.   So, when you and your mom went back
24   into the apartment before the shooting, to your
25   knowledge, it was just your dad and your
```


OSCAR CASTILLO
DECEMBER 23, 2024

JOB NO. 1352226

1  brother, Osmar, were still on the balcony; is
2  that right?
3      A.   Yeah.
4      Q.   Now, at some point in time, did you
5  hear some gunshots?
6      A.   Yeah, I did.
7      Q.   Where were you located when you heard
8  the gunshots?
9      A.   I was still in the bedroom with my
10 mom.
11     Q.   And when the gunshots first started,
12 to your knowledge, your mom was still with you
13 in the bedroom in the apartment?
14     A.   Yeah.
15     Q.   How much time passed from when you and
16 your mom decided to go back into the apartment
17 before you heard the gunshots start?
18     A.   I don't know much.
19     Q.   Do you have an estimate?
20     A.   Probably, like, around five to ten
21 minutes.
22     Q.   During that five or ten minutes, did
23 you hear any of the officers at any point before
24 the shooting give your brother, William,
25 commands, like, let us see your hands or put

OSCAR CASTILLO
DECEMBER 23, 2024

JOB NO. 1352226

```
 1    down a knife, did you hear any of that at all?
 2         A.    No, I did not.
 3         Q.    When the shooting first started and
 4    you've heard the first gunshots, what did you
 5    do, if anything, at that point?
 6         A.    I went to go check up on what
 7    happened.
 8         Q.    So, what did you do?
 9         A.    I exited the bedroom and went to the
10    window to see what happened to my brother.
11         Q.    When you and your mom went into the
12    apartment to go into your bedroom before the
13    shooting, did you shut the door, your apartment
14    door?
15         A.    No, it was, like, halfway closed.
16         Q.    Did it have a screen door also besides
17    a wooden door?
18         A.    Yeah.
19         Q.    To your knowledge, was the screen door
20    closed or was that open?
21         A.    It was closed.
22         Q.    So, you went to the window. How long
23    did it take you when you first heard the
24    gunshots to go from your bedroom to the window,
25    how much time passed?
```

OSCAR CASTILLO
DECEMBER 23, 2024

JOB NO. 1352226

```
 1    your mom went back into the apartment and before
 2    you heard the shots, did you ever see your
 3    brother, William, holding any knives or having
 4    any knives in his hands?
 5         A.   Not that I know of, no.
 6         Q.   Did you, at any time, let's say 30
 7    seconds before the shooting started, did you
 8    ever see what your brother did while he was
 9    outside at all?
10         A.   No, I did not.
11         Q.   You didn't see anything related to the
12    shooting; is that correct?
13         A.   Yeah, I did not.
14         Q.   Did you hear any -- let's say 30
15    seconds before the shooting, did you hear any
16    officers yelling anything at all, any commands,
17    put down the knives, let's see your hands,
18    anything like that?
19         A.   No.
20         Q.   When you and your mom went into your
21    bedroom, did you shut your bedroom door?
22         A.   No, it was halfway open.
23         Q.   And at the time of the shooting, to
24    your knowledge, it was just your dad and Osmar
25    on the balcony?
```

OSCAR CASTILLO
DECEMBER 23, 2024

JOB NO. 1352226

```
 1        A.    Yeah.
 2        Q.    Did you ever hear your brother, before
 3   the shooting, yell out kill me or kill me or
 4   just do it?
 5        A.    No, I did not.
 6        Q.    Did you ever any time see your brother
 7   before the shooting give the sign of the cross
 8   or kiss his necklace before the shooting?
 9        A.    No, I did not.
10        Q.    Did you actually see him fall or was
11   he already on the ground when you first saw him?
12        A.    He was already on the ground when I
13   saw him.
14        Q.    When you first saw him on the ground,
15   was he on his side?  His back?  His front?  What
16   did you see?
17        A.    He was on his back.
18        Q.    When you first looked out the window
19   and saw him on his back, were there any officers
20   around him at that point when you first saw him?
21        A.    No, there was not.
22        Q.    And is it true you never saw him at
23   any time before the shooting throw a knife at
24   anyone or toss a knife?
25        A.    No, I did not.
```

STENO.COM
(310) 573-8380

Page 46

OSCAR CASTILLO                                              JOB NO. 1352226
DECEMBER 23, 2024

```
 1   a company.
 2        Q.   Do you know what kind of employment he
 3   was involved in at that date?
 4        A.   No.
 5        Q.   Do you know the name of the company?
 6        A.   No.
 7        Q.   Okay.  How did you know he was
 8   employed back in October 30th of 2022?
 9        A.   Because I had a conversation with him
10   about him working, him at his job.
11        Q.   How many days or weeks or months
12   before the shooting did you have this
13   conversation?
14        A.   I don't recall how long it was.
15        Q.   Did he tell you what type of work he
16   was doing during this conversation?
17        A.   No.
18        Q.   How did your brother, William, seem --
19   appear to you that day, did he seem angry or
20   upset to you at all that day before the
21   shooting?
22        A.   Before I left the apartment, he was
23   asleep, so I didn't see much of him.
24        Q.   But when you returned from the plaza,
25   did he seem upset or angry for any reason?
```

OSCAR CASTILLO JOB NO. 1352226
DECEMBER 23, 2024

1     A.    No, he was just normal.
2     Q.    What's that?
3     A.    He was just normal, like, just happy
4  like always.
5     Q.    Happy like always?
6     A.    Yeah.
7     Q.    Okay.  At any time before the shooting
8  while you were outside of the apartment, you
9  know what I'm saying, before you went up with
10 your mom, did you ever see your brother say to
11 your mom, I love you very much and give her a
12 hug or anything to that effect?
13    A.    Yeah, but he always does that to just,
14 like, show my mom love.
15    Q.    Were the police -- to your knowledge,
16 were the police already there when your brother
17 went up to your mom and said I love you very
18 much and hugged her?
19    A.    No, this was before they arrived.
20    Q.    How much time before they arrived did
21 you see William do that with your mom?
22    A.    Like, a minute or two before they
23 arrived.
24    Q.    Okay.  That would be something normal
25 that he would do from your knowledge of your

OSCAR CASTILLO
DECEMBER 23, 2024

JOB NO. 1352226

```
 1   you heard and saw that day?
 2        A.   Well, yeah, I did.
 3        Q.   Okay.  And everything you told the
 4   detective was truthful, right?
 5        A.   Yeah.
 6        Q.   Getting back to your brother, William,
 7   at any time before October 30th of 2022, did you
 8   ever have a discussion with him where he
 9   discussed the idea of suicide or taking his own
10   life?
11        A.   No.
12        Q.   Back around October of 2022, to your
13   knowledge, how often did William visit with his
14   children?
15        A.   Oh, like, every weekend he would.
16        Q.   Have the children with him on the
17   weekends at the Malabar address or, to your
18   knowledge, would he go somewhere else to visit
19   the children?
20        A.   He'd go out with them, just take them
21   out.
22        Q.   He would pick them up?
23        A.   Yeah, he would.
24        Q.   To your knowledge, if you know, back
25   around October of 2022, how would you describe
```

OSCAR CASTILLO
DECEMBER 23, 2024

JOB NO. 1352226

```
 1   the police and your dad and William were over --
 2   when the police and your dad were over by the
 3   gate; does that sound right?
 4        A.   Yeah.
 5        Q.   Okay.  And then you went up into your
 6   apartment and you went into your bedroom; does
 7   that sound right?
 8        A.   Yeah.
 9        Q.   And your bedroom is towards the back
10   of the apartment?
11        A.   Yeah.
12        Q.   All right.  And then when you went
13   back into the bedroom, by the time you went back
14   into the bedroom, your dad and your brother,
15   Osmar, they were standing on the balcony outside
16   the front door of the apartment?
17        A.   The last time I saw him, yeah.
18        Q.   Okay.  And then you were in the
19   bedroom and then you hear gunshots when you were
20   in the bedroom?
21        A.   Yeah.
22        Q.   It sounds like after about ten
23   minutes?
24        A.   Uh-huh.
25        Q.   Is that right?
```

OSCAR CASTILLO
DECEMBER 23, 2024

JOB NO. 1352226

```
 1        A.    Yes.
 2        Q.    Okay.  And then when you heard those
 3   gunshots, what did you think in your own mind
 4   when you heard those gunshots?  What did you
 5   think that meant?
 6        A.    That they killed my brother.
 7        Q.    Okay.  Why did you think that?
 8        A.    Because he was the only, like, man
 9   there, and there was just, like, the rest of
10   them were cops so I assumed, like, that I know
11   that they killed my own brother.
12        Q.    Okay.  And the last time you saw your
13   brother, he was standing out in the middle of
14   the courtyard?
15        A.    Yes.
16        Q.    And then when you heard those shots,
17   then is that when you went to the window of the
18   apartment?
19        A.    Yeah, after the shots.
20        Q.    All right.  And by the time you got to
21   the window of the apartment, were your dad and
22   Osmar now standing more towards the front door
23   of the apartment, still on the balcony but more
24   towards the front door of the apartment?
25        A.    Yes.
```

```
 1        Q.   Okay.  And then did your dad try to go
 2   down to where William was laying, now having
 3   been shot, down on the courtyard?
 4        A.   Yeah, he did.
 5        Q.   And did he start to go down the
 6   stairs?
 7        A.   Well, yeah, just, like, a little bit,
 8   yeah.
 9        Q.   And you saw that from where you were
10   standing at the living room window near the
11   couch?
12        A.   Yeah, because I was going to -- I was
13   going to go with my dad and check on my brother.
14        Q.   And then was he able to go down to
15   where your brother was?
16        A.   No.
17        Q.   Why not?
18        A.   We were told to stay inside of the
19   apartment the whole time.
20        Q.   And who said that?
21        A.   The cops.  The police.
22        Q.   All right.  Okay.  Seeing your brother
23   or, I'm sorry, let me start over.  Strike that.
24             The situation with your brother,
25   William, having been shot, were you close to him
```

OSCAR CASTILLO
DECEMBER 23, 2024

JOB NO. 1352226

```
 1   before he was shot?
 2        A.   Yeah, we were really close together.
 3        Q.   Was he your brother?  Did you have the
 4   same dad?
 5        A.   Yeah, we did have the same dad.
 6        Q.   And he was your close relative?
 7        A.   Yeah, very close.
 8        Q.   And then how did it affect you after
 9   that when you realized that they shot your
10   brother?  What did it do to you?  How did you
11   feel about it?
12        A.   Well, I felt terrible because me and
13   him were, like, really close, like, closer to --
14   I was closer to him, basically.
15        Q.   What was it that you liked about your
16   brother, you miss about him?
17        A.   Well, just, like, his own
18   characteristic, like, he was, like, outgoing,
19   like, he was, like, very different than I am.
20   So that was, like, the one thing that stood out
21   to me.
22        Q.   All right.  Okay.
23             MR. HENDERSON:  I don't have anything
24   else, Roger.
25             MR. COLVIN:  I have nothing further.
```

O▓▓ C▓▓▓▓ JOB NO. 1352226
DECEMBER 23, 2024

```
 1
 2                  CERTIFICATE OF OATH
 3    THE STATE OF FLORIDA
 4    COUNTY OF MIAMI-DADE
 5
 6       I, the undersigned authority, certify that
 7    O▓▓ C▓▓▓▓ personally appeared before me and was
 8    duly sworn.
 9
10       WITNESS my hand and official seal this
11       28th day of December, 2024.
12
13
14
15
16    _____
      MELANIE STINSON-KONSTANTINIDIS, RPR,
17    REGISTERED PROFESSIONAL REPORTER
      Notary Public - State of Florida
18    My Commission Expires:  5/22/2025
      My Commission No.:  HH116638
19
20
21
22
23
24
25
```