# EXHIBIT NO. 8

D.S., ET AL. vs CITY OF HUNTINGTON PARK, NICK NICHOLS, ET AL.
Rene A. Reza on 11/21/2024

```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   D.S., a minor by and through his      )
     guardian ad litem Elsa Acosta,        )
 5   individually and as successor-in-     )
     interest to William Salgado; C.S., a  )
 6   minor by and through his guardian ad  )
     litem Elsa Acosta, individually and   )
 7   as successor-in-interest to William   )
     Salgado; J.S., a minor by and through )
 8   her guardian ad litem Elsa Acosta,    )
     individually and as successor-in-     )
 9   interest to William Salgado; M.S., a  )
     minor by and through her guardian ad  )
10   litem Elsa Acosta, individually and   )
     as successor-in-interest to William   )
11   Salgado,                              )
                                           )
12                 Plaintiffs,             )
                                           )
13                  vs.                    ) Case No.
                                           ) 2:23-CV-09412-CBM-AGR
14   CITY OF HUNTINGTON PARK; NICK NICHOLS,)
     RENE REZA; MATTHEW RINCON; APRIL      )
15   WHEELER and DOES 5 through inclusive, )
                                           )
16                 Defendants.             )
     _____)

17

18         REMOTE VIDEOCONFERENCE DEPOSITION OF

19                     RENE A. REZA

20             THURSDAY, NOVEMBER 21, 2024

21

22

23   Reported Stenographically By:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:   117558
```

Page 2

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4    D.S., a minor by and through his      )
      guardian ad litem Elsa Acosta,        )
 5    individually and as successor-in-     )
      interest to William Salgado; C.S., a  )
 6    minor by and through his guardian ad  )
      litem Elsa Acosta, individually and   )
 7    as successor-in-interest to William   )
      Salgado; J.S., a minor by and through )
 8    her guardian ad litem Elsa Acosta,    )
      individually and as successor-in-     )
 9    interest to William Salgado; M.S., a  )
      minor by and through her guardian ad  )
10    litem Elsa Acosta, individually and   )
      as successor-in-interest to William   )
11    Salgado,                              )
                                            )
12                     Plaintiffs,          )
                                            )
13                 vs.                      ) Case No.
                                            ) 2:23-CV-09412-CBM-AGR
14    CITY OF HUNTINGTON PARK; NICK NICHOLS,)
      RENE REZA; MATTHEW RINCON; APRIL      )
15    WHEELER and DOES 5 through inclusive, )
                                            )
16                     Defendants.          )
                                            )

17

18          The remote videoconference deposition of RENE A.

19    REZA, taken on behalf of the Plaintiffs, beginning at 1:28

20    p.m., and ending at 3:10 p.m., on Thursday, November 21,

21    2024, before Jinna Grace Kim, Certified Stenographic

22    Shorthand Reporter No. 14151.

23

24

25
```

D.S., ET AL. vs CITY OF HUNTINGTON PARK, NICK NICHOLS, ET AL.
Rene A. Reza on 11/21/2024

Page 3

```
1    APPEARANCES OF COUNSEL:

2
     For the Plaintiffs:
3
              LAW OFFICES OF DALE K. GALIPO
4             BY:  DALE K. GALIPO, ESQ.
              BY:  BENJAMIN  S. LEVINE, ESQ.
5             21800 Burbank Boulevard, Suite 310
              Woodland Hills, California 91367
6             Tel:  818-347-3333
              Fax:  818-347-4118
7             E-mail:  dalekgalipo@yahoo.com
              E-mail:  blevine@galipolaw.com
8

9             CARRAZCO LAW, APC
              BY:  KENT M. HENDERSON, ESQ.
10            18301 Irvine Boulevard
              Tustin, California 92780
11            E-mail:  hendolaw@gmail.com

12

13

14   For the Defendants:

15            ATTORNEYS AT LAW
              BY:  ROGER A. COLVIN, ESQ.
16            BY:  CHRISTY M. GARCIA, ESQ.
              13181 Crossroads Parkway North
17            Suite 400-West Tower
              City of Industry, California 91746
18            E-mail:  rcolvin@agclawfirm.com
              E-mail:  cgarcia@agclawfirm.com
19

20

21

22

23

24

25
```

D.S., ET AL. vs CITY OF HUNTINGTON PARK, NICK NICHOLS, ET AL.
Rene A. Reza on 11/21/2024

Page 4

```
 1                         INDEX
 2   WITNESS:                                      PAGE
 3   RENE A. REZA
 4      BY: MR. GALIPO                             5
 5
 6                        EXHIBITS
 7   MARKED FOR IDENTIFICATION                     PAGE
 8   Exhibit 2           Photograph                13
 9   Exhibit 1           Photograph                36
10   Exhibit 3           Photograph                38
11   Exhibit 4           Photograph                38
12   Exhibit 5           Photograph                41
13   Exhibit 6           Photograph                42
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1                        CALIFORNIA
 2              THURSDAY, NOVEMBER 21, 2024
 3                         1:28 P.M.
 4                       RENE A. REZA,
 5   called as a witness on behalf of the Plaintiffs, having been
 6   first duly sworn remotely via videoconference, was examined
 7   and testified as follows:
 8                        EXAMINATION
 9   BY MR. GALIPO:
10      Q.   Can you please state your name and spell it for the
11   record.
12      A.   My name is Rene Alfonzo Reza, last name is
13   R-e-z-a.
14      Q.   Are you able to hear me okay so far?
15      A.   I am.
16      Q.   And if you have any trouble hearing me at any time,
17   will you please let me know?
18           Is that a yes?
19      A.   Yes.
20      Q.   I usually good about an hour and then take a break,
21   but if you need to take a break at anytime before that, you
22   just let me know and we'll take a break at that time.
23           Okay?
24      A.   Okay.  Sounds good.
25      Q.   Who do you currently work for?
```

D.S., ET AL. vs CITY OF HUNTINGTON PARK, NICK NICHOLS, ET AL.
Rene A. Reza on 11/21/2024

Page 6

```
 1    A.   I currently work for Tustin Police Department.
 2    Q.   And when did you start with Tustin?
 3    A.   I started with Tustin in March of this year.
 4    Q.   Where did you work before that?
 5    A.   I worked for the Huntington Park Police
 6  Department.
 7    Q.   What time period were you there?
 8    A.   I was there -- I was hired in September 15, 2021,
 9  and I was there until March of this year.
10    Q.   When did you go to the academy?
11    A.   I went to the academy in August of 2021.
12    Q.   And did you work with Huntington Park right out of
13  the academy?
14    A.   Yes, I did.  I started the academy in September as
15  well.  Sorry.
16    Q.   That's okay.  Let's start from the beginning.
17         When do you think you started the academy?
18    A.   Right after I was hired.  So in September.
19    Q.   Of 2021?
20    A.   Correct.
21    Q.   And then when did you graduate from the academy?
22    A.   I graduated in March of that year, 2021.
23    Q.   So do you think you started in September of 2020 or
24  September of 2021?
25         Because obviously, March would be 2022.
```

Page 7

```
 1    A.   Sorry.  That was my fault.
 2         2020.  And then I graduated in 2021.
 3    Q.   Okay.  Are you trying to confuse me already?
 4    A.   No.
 5    Q.   Okay.
 6    A.   Sorry.
 7    Q.   And then did you have a period of field training
 8    after graduating?
 9    A.   I did.
10    Q.   How long was the field training for,
11    approximately?
12    A.   Approximately three to four months.
13    Q.   And when were you done with field training, like,
14    somewhere in July, approximately?
15    A.   Yes.  July sounds about accurate.
16    Q.   And then when did this incident happen that we're
17    here to talk about?
18    A.   It happened on Sunday, October 30, 2022.
19    Q.   Do you know about what time the shooting occurred?
20    A.   I don't recall.  It was in the afternoon, though.
21         I remember that.
22    Q.   Did you fire any shots?
23    A.   I did.
24    Q.   What type of firearm did you fire the shots from?
25    A.   A Glock 17, 9-millimeter handgun.
```

| | | |
|---|---|---|
| 1 | Q. | Do you know how many rounds you fired? |
| 2 | A. | Yes. Five. |
| 3 | Q. | That's a semiautomatic weapon? |
| 4 | A. | It is. |
| 5 | Q. | So you need to press the trigger for each shot? |
| 6 | A. | Correct. |
| 7 | Q. | Before you fired, did you hear any other shots being |
| 8 | | fired? |
| 9 | A. | I did. |
| 10 | Q. | And how many shots did you hear approximately before |
| 11 | | you fired? |
| 12 | A. | I heard approximately two shots. |
| 13 | Q. | Can you tell where they were coming from? |
| 14 | A. | They were coming from the right, from my right side. |
| 15 | | So in that complex I would say north. |
| 16 | Q. | You didn't think Mr. Salgado was firing a firearm, |
| 17 | | did you? |
| 18 | A. | No. He was not firing a firearm. |
| 19 | Q. | Did you ever see a gun on him at any time? |
| 20 | A. | No. |
| 21 | Q. | At some point did you see him throw a knife? |
| 22 | A. | I did. |
| 23 | Q. | And how much time passed from him throwing the knife |
| 24 | | to you hearing those two shots to your right? |
| 25 | A. | I would say approximately 30 seconds. |

Page 53

1  Q. Do you recall other than your tactical
2  repositioning, the officers slightly advancing towards
3  Mr. Salgado into the courtyard before the shots were fired?
4  A. I don't recall.
5  Q. Were you aware at some point that Sergeant Rodriguez
6  had referenced somebody else having a 40-millimeter, either
7  himself or another officer?
8  A. I don't recall that.
9  Q. Were there times where Mr. Salgado would take a few
10 steps towards the officers and then take a few steps back?
11 A. Yes.
12 Q. How many times did you see that happen over that
13 approximate half hour?
14 A. Approximately three times. He would make short like
15 bursts towards us like sprinting bursts towards us and then
16 step back.
17 Q. Did you see him making a praying gesture at some
18 point?
19 A. I did.
20 Q. Did you see him making the sign of the cross at some
21 point?
22 A. Yes, I did.
23 Q. I take it you had, obviously, training with respect
24 to the use of deadly force?
25 A. Yes, sir.

1  Q.  Were you essentially trained that deadly force
2  should only be used if there is an immediate or imminent
3  threat of death or serious bodily injury?
4  A.  Yes, sir.
5  Q.  Essentially, when there are no other reasonable
6  options available?
7  A.  Yes, sir.
8  Q.  Were you trained that you're responsible to justify
9  each of your shots?
10  A.  Yes, sir.
11  Q.  And were you trained that a warning should be given
12  before using deadly force, a verbal warning, when feasible?
13  A.  When feasible, yes, sir.
14  Q.  Okay.  I think that's all the question I have at
15  this time.
16      MR. GALIPO:  I don't know if Christopher has any
17  follow-up or whether you would like to talk to me,
18  Christopher, about any potential follow-up off the record?
19      MR. HENDERSON:  Actually, yes.
20      MR. GALIPO:  Oh, there he is.  I was joking about
21  your creative questioning earlier.
22      MR. HENDERSON:  Yes.  And I replaced Chris for the
23  transcript maybe about 15 minutes ago.
24      But I don't have any questions.
25      MR. GALIPO:  Okay.  Ben, do you --

Page 55

```
 1          MR. COLVIN:  I don't have -- I don't have any
 2   questions.
 3          MR. GALIPO:  Very smart man, Roger.
 4          Ben, do you have any questions today?
 5          MR. LEVINE:  Nothing from me.
 6          Thank you, Dale.
 7          MR. GALIPO:  Okay.  Let's go off the record.
 8          (Deposition proceeding concluded at 3:10 p.m.)
 9                          *   *   *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                DECLARATION UNDER PENALTY OF PERJURY

 2

 3    Case Name:  D.S., a minor et al. vs. City of Huntington Park,

 4    et al.

 5    Date of Deposition:  November 21, 2024

 6    Job No.:  117558

 7

 8          I, _____, hereby certify

 9    under penalty of perjury under the laws of the State of

10    California that the foregoing is true and correct.

11          Executed this _____ day of _____,

12    20___, at _____, California.

13

14

15

16

17

18                              _____
                                       RENE A. REZA
19

20

21

22

23

24

25
```

Page 57

1  CERTIFICATE

2  OF

3  CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

4

5  I, JINNA GRACE KIM, CSR No. 14151, a Certified
6  Stenographic Shorthand Reporter of the State of California,
7  do hereby certify:
8       That the foregoing proceedings were taken before me
9  at the time and place herein set forth;
10      That any witnesses in the foregoing proceedings,
11 prior to testifying, were placed under oath;
12      That a verbatim record of the proceedings was made
13 by me, using machine shorthand, which was thereafter
14 transcribed under my direction;
15      Further, that the foregoing is an accurate
16 transcription thereof.
17      I further certify that I am neither financially
18 interested in the action, nor a relative or employee of any
19 attorney of any of the parties.
20
21      IN WITNESS WHEREOF, I have subscribed my name, this
22 date:  November 21, 2024.
23
24  _____
        Jinna Grace Kim, CSR No. 14151
25

Page 58

```
 1   DEPOSITION ERRATA SHEET
 2   Case Name:  D.S., a minor et al. vs. City of Huntington Park,
 3   et al.
 4   Witness:  Rene A. Reza
 5   Date of Deposition:  November 21, 2024
 6   Job No.:  117558
 7   Reason Codes:   1. To clarify the record.
 8                   2. To conform to the facts.
 9                   3. To correct transcription errors.
10
11   Page _____ Line _____ Reason _____
12   From _____ To _____
13   Page _____ Line _____ Reason _____
14   From _____ To _____
15   Page _____ Line _____ Reason _____
16   From _____ To _____
17   Page _____ Line _____ Reason _____
18   From _____ To _____
19   Page _____ Line _____ Reason _____
20   From _____ To _____
21   Page _____ Line _____ Reason _____
22   From _____ To _____
23   Page _____ Line _____ Reason _____
24   From _____ To _____
25   Page _____ Line _____ Reason _____
```

```
 1    DEPOSITION ERRATA SHEET

 2    From _____ To _____

 3    Page _____ Line _____ Reason _____

 4    From _____ To _____

 5    Page _____ Line _____ Reason _____

 6    From _____ To _____

 7    Page _____ Line _____ Reason _____

 8    From _____ To _____

 9    Page _____ Line _____ Reason _____

10    From _____ To _____

11    Page _____ Line _____ Reason _____

12    From _____ To _____

13    Page _____ Line _____ Reason _____

14    From _____ To _____

15    Page _____ Line _____ Reason _____

16    From _____ To _____

17

18         _____ Subject to the above changes, I certify that the

19    transcript is true and correct.

20         _____ No changes have been made.  I certify that the

21    transcript is true and correct.

22

23                           _____

24                                    RENE A. REZA

25
```