# EXHIBIT NO. 9

**D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.**
**Officer Jose Yamasaki on 12/11/2024**

```
 1              UNITED STATES DISTRICT COURT

 2            CENTRAL DISTRICT OF CALIFORNIA

 3

 4    D.S., a minor by and through his      )
      guardian ad litem Elsa Acosta,        )
 5    individually and as successor-in-     )
      interest to William Salgado; C.S.,    )
 6    a minor by and through his guardian   )
      ad litem Elsa Acosta, individually    )
 7    and as successor-in-interest to       )
      William Salgado; J.S., a minor by     )
 8    and through her guardian ad litem     )
      Elsa Acosta, individually and as      )
 9    successor-in-interest to William      )
      Salgado; M.S., a minor by and         )
10    through her guardian ad litem Elsa    )
      Acosta, individually and as           )
11    successor-in-interest to William      )
      Salgado,                              )
12                                          )
                        Plaintiffs,         )
13                                          )
         v.                                 )  Case No.  2:23-
14                                          )  cv-09412-CBM-AGR
      CITY OF HUNTINGTON PARK; NICK         )
15    NICHOLS; RENE REZA; MATTHEW RINCON;   )
      APRIL WHEELER; and DOES 5 through     )
16    10, inclusive,                        )
                                            )
17                      Defendants.         )
                                            )
18    _____)

19         DEPOSITION OF OFFICER JOSE YAMASAKI

20           Remotely Via Videoconference

21           Wednesday, December 11, 2024

22            1:33 p.m. to 4:22 p.m.

23

24    REPORTED BY:
      KIM FARBER
25    CSR NO.  13239
```

**D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.**
**Officer Jose Yamasaki on 12/11/2024**

Page 2

```
 1          The deposition of OFFICER JOSE YAMASAKI, taken

 2    on behalf of the Plaintiffs D.S., C.S., J.S., and

 3    M.S. remotely via videoconference, commencing at

 4    1:33 p.m., Wednesday, December 11, 2024, before Kim

 5    Farber, CSR No. 13239.

 6
                             *  *  *
 7
      APPEARANCES OF COUNSEL:
 8
          FOR PLAINTIFFS D.S., C.S., J.S., AND M.S.:
 9
               LAW OFFICES OF DALE K. GALIPO
10             BY:  BENJAMIN LEVINE (VIA VIDEOCONFERENCE)
               21800 Burbank Boulevard, Suite 310
11             Woodland Hills, California 91367-6479
               (818) 347-3333
12             blevine@galipolaw.com

13        FOR PLAINTIFFS WILLIAM OMAR CASTILLO MIRANDA,
          JUANA MARIA MIRANDA, OSMAR ANTONIO CASTILLO
14        BLANDON, EUGENIA GUADELUPE ESPINOZA SALMERON, AND
          KARLA VANESSA BLANDON:
15
               CARRAZCO LAW, APC
16             BY:  KENT HENDERSON (VIA VIDEOCONFERENCE)
               18301 Irvine Boulevard
17             Tustin, California 92780
               (714) 541-8600
18             hendolaw@gmail.com

19        FOR DEFENDANT CITY OF HUNTINGTON PARK:

20             ALVAREZ-GLASMAN & COLVIN
               BY:  CHRISTY M. GARCIA (VIA VIDEOCONFERENCE)
21             13181 Crossroads Parkway North, Suite 400
               West Tower
22             City of Industry, California 91746
               (562) 699-5500
23             cgarcia@agclawfirm.com

24

25
```

**D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.**
**Officer Jose Yamasaki on 12/11/2024**

Page 3

1                          I N D E X

2    WITNESS                EXAMINATION              PAGE

3    OFFICER JOSE YAMASAKI  BY MR. LEVINE               5

4                           BY MR. HENDERSON           97

5

6

7

8

9

10

11

12                    DEPOSITION EXHIBITS

13   EXHIBIT                DESCRIPTION             PAGE

14   Exhibit 1    Photograph                       104

15

16

17

18

19

20

21

22

23

24

25

**D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.**
**Officer Jose Yamasaki on 12/11/2024**

Page 4

```
 1              Remote Deposition Via Videoconference

 2                 Wednesday, December 11, 2024

 3                         1:33 p.m.

 4                           * * *

 5

 6              THE COURT REPORTER:  Good afternoon.  My name

 7    is Kim Farber, CSR Number 13239.  I am taking this

 8    deposition on behalf of Huseby.

 9              We are here for the deposition of OFFICER JOSE

10    YAMASAKI.  The date is December 11, 2024.  The time is

11    1:33 p.m.

12              This deposition is being taken via Zoom

13    conference.

14

15                   OFFICER JOSE YAMASAKI,

16         witness herein, having been called by and on

17    behalf of the Plaintiffs D.S., C.S., J.S., and M.S., was

18              sworn and testified as follows:

19

20              THE COURT REPORTER:  Okay.  And you could lower

21    your hand.  May we please have introductions of all

22    persons present, starting with the taking attorney.

23              MR. LEVINE:  Benjamin Levine, Law Offices of

24    Dale K. Galipo for the Salgado Plaintiffs.

25              MR. HENDERSON:  Good afternoon.  My name is
```

Page 5

```
 1   Kent Henderson, of counsel, Carrazco Law, APC on behalf

 2   of William Salgado and others, Plaintiffs.

 3             MS. GARCIA:  Good afternoon.  Christy Garcia

 4   from Alvarez-Glasman & Colvin on behalf of the

 5   Defendants.

 6             THE WITNESS:  Police Officer Jose Yamasaki,

 7   Huntington Park Police Department.

 8

 9                         EXAMINATION

10   BY MR. LEVINE:

11        Q    All right, Officer.  Could you start -- I know

12   you said your name a moment ago.  Can you just spell your

13   name for the record, please?

14        A    First name Jose, J-o-s-e.  Last name Yamasaki,

15   Y-a-m-a-s-a-k-i.

16        Q    Thank you, Officer.  Have you had your

17   deposition taken before?

18        A    No.

19        Q    Have you testified in court before?

20        A    Yes.

21        Q    How many times approximately?

22        A    Once.

23        Q    All right.  Would that have been in criminal

24   court if you know?

25        A    I do not know.
```

Page 6

1      Q     Have you ever been a party to a civil lawsuit

2    before?

3      A     No.

4      Q     So we have a court reporter today.  She just

5    swore you in.  I know that you mentioned you have not had

6    your deposition taken before, so I just want to cover a

7    couple of basics before we start off.

8            She will be taking down all of my questions,

9    all of your answers, any objections your attorney might

10   make, and she's typing all of that out.  So it's

11   important that we speak a little bit slowly so that she

12   can get all of that and also not talk over each other.

13   You might know where my question is going in a normal

14   conversation.  You might kind of jump in to give the

15   answer to the question you know I'm asking before I'm

16   quite finished.

17           But just for this deposition today, if you

18   could please let me finish before answering, I'll do my

19   best to let you finish your answer before I ask another

20   question.  Sometimes there can be a little bit of a delay

21   over Zoom.  So as long as we do our best, I think that's

22   fine.  Does that sound all right to you?

23     A     Yes, it does.

24     Q     Okay.  I'll plan to go for about an hour, and

25   then we can take a break.  But if you need to take a

D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.
Officer Jose Yamasaki on 12/11/2024

Page 41

1    A    I saw that he still had his left hand in his

2  pocket, but at the time, I did not see a weapon.

3    Q    Did you ever see a gun on him at any time?

4    A    No.

5    Q    Did you ever see a gun in the possession of any

6  civilian at the scene at any time that day?

7    A    No.

8    Q    The only guns you ever saw that day while you

9  were there were being held by officers?

10    A    Yes.

11    Q    Do you know the person in the white shirt now

12  to be someone who was named William Salgado?

13    A    Yes.

14    Q    So if I talk about William or Mr. Salgado, will

15  you understand that I'm referring to the person who was

16  wearing the white shirt that day?

17    A    Yes.

18    Q    Did you learn his name at any point before the

19  gunshots were fired?

20    A    No.

21    Q    You only learned that his name was William

22  Salgado after the shooting?

23    A    Yes.

24    Q    After you and the other officers formed a line

25  like you've described to me already after entering

**D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.**
**Officer Jose Yamasaki on 12/11/2024**

Page 112

1    photograph, or would they have been out of view?  In

2    other words, they would have been even further back than

3    this?

4             MS. GARCIA:  Objection.  Calls for speculation.

5    Calls for an incomplete hypothetical.  The document

6    speaks for itself.  You can answer.

7             THE WITNESS:  I wouldn't be able to tell given

8    the view that the photo was taken of.

9    BY MR. HENDERSON:

10        Q    Let's try this.  Do you see where the end of

11   the stairs are where you are right there?

12        A    Yes.

13        Q    Coming up the stairs?  Okay.  At the time that

14   the officers were shooting bullets, I'm talking about

15   actual bullets at this guy, were they down as far as the

16   end of those stairs right there, or were they farther

17   back than that?

18        A    Again, I wouldn't be able to tell being that I

19   only focused on Salgado.

20        Q    Okay.  Was one of the officers who was

21   shooting, was it Officer Nichols?

22        A    I couldn't tell who was shooting at the moment.

23        Q    Okay.  All right.  Was one of the officers who

24   was shooting, was he all the way back in the entryway or

25   breezeway behind where these stairs are?

**D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.**
**Officer Jose Yamasaki on 12/11/2024**

Page 113

```
1        A    Again, I wouldn't have been able to tell who if

2   he was -- where he was standing or if he shot at the

3   time.

4        Q    Let me ask you this.  If we were to determine

5   where the position of the officers were and if we were to

6   measure it to where this body we see is lying at its

7   point of rest and if it were to come out that really that

8   distance from where the officers shot to where this body

9   is is more like 45 to 50 feet away from where the

10  officers shot rather than 20 to 25 feet, would you go

11  with that as being the correct distance rather than your

12  estimate that you gave earlier?

13            MS. GARCIA:  Objection.  Calls for speculation.

14  Calls for an incomplete hypothetical.  Assumes facts not

15  in evidence.  You can answer.

16            THE WITNESS:  I would go with my estimate.

17  BY MR. HENDERSON:

18       Q    All right.  And do you think that the area, the

19  distance from where that body that we see is there to the

20  base of the stairs where you're located in this

21  photograph, you think that's only about 20 feet?

22            MS. GARCIA:  Objection.  Calls for speculation.

23  You can answer.

24            THE WITNESS:  I wouldn't be able to tell.

25  ///
```

**D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.**
**Officer Jose Yamasaki on 12/11/2024**

Page 114

```
 1   BY MR. HENDERSON:

 2        Q    Was the day that you were there the first time

 3   you had ever been to this apartment building?

 4        A    Yes.

 5        Q    Did you ever go to where the officers were

 6   shooting from that day or any day since then and pace it

 7   off, taking your feet and actually putting one foot in

 8   front of the other and pacing it off down to where the

 9   body lay to figure out and recreate about how far it was?

10        A    I have not been to that location since the day

11   of the incident.

12        Q    All right.  So you've never done that.  You

13   never tried to figure it out by actually pacing it off or

14   measuring it; right?

15        A    I have not.

16             MR. HENDERSON:  Okay.  All right.  I don't have

17   any questions.  Thank you.

18             MS. GARCIA:  I have no questions.  Ben, do you

19   have any follow-up?

20             MR. LEVINE:  I don't.  Thank you.  And thank

21   you, Officer Yamasaki.  Appreciate your time today.

22             THE WITNESS:  Thank you so much.

23             MR. HENDERSON:  Thank you, Officer.

24             THE COURT REPORTER:  Ms. Garcia, did you need a

25   copy?
```

D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.
Officer Jose Yamasaki on 12/11/2024

Page 115

1     MS. GARCIA:  Yes, please.

2     THE COURT REPORTER:  Mr. Henderson?

3     MR. HENDERSON:  Yeah, I'll take a copy.

4     (The deposition concluded at 4:22 p.m.)

5                     *  *  *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.**
Officer Jose Yamasaki on 12/11/2024

Page 116

```
 1              DEPONENT'S DECLARATION UNDER PENALTY OF PERJURY

 2

 3

 4

 5

 6              I, OFFICER JOSE YAMASAKI, do hereby declare

 7    under penalty of perjury that I have read the foregoing

 8    transcript; that I have made any corrections as appear

 9    noted, in ink, initialed by me; that my testimony as

10    contained herein, as corrected, is true and correct.

11              EXECUTED this _____ day of _____,

12    2024, at _____, California.

13

14

15

16

17

18

19                                    _____
                                      OFFICER JOSE YAMASAKI
20

21

22

23

24

25
```

**D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.**
**Officer Jose Yamasaki on 12/11/2024**

Page 117

```
 1                  C E R T I F I C A T E

 2

 3          I, KIM FARBER, CSR, do hereby certify:

 4          That the foregoing proceedings were taken

 5   before me at the time and place herein set forth;

 6          That the witness in the foregoing deposition,

 7   prior to testifying, was placed under oath;

 8          That a verbatim record of the proceedings was

 9   made by me using machine shorthand which was thereafter

10   transcribed under my direction;

11          Further, that the foregoing is an accurate

12   transcription thereof.

13          If this is a Federal case, the deponent HAS

14   [  ] HAS NOT [ X ] been requested to read and sign the

15   transcript.

16          I further certify that I am neither financially

17   interested in the action nor a relative or employee of an

18   attorney of any of the parties.

19          IN WITNESS WHEREOF, I have this date subscribed

20   my name.

21   Dated:  December 17, 2024

22

23                              _____

24                              KIM FARBER
                                CSR No. 13239
25
```