# EXHIBIT NO. 11

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   D.S., a minor by and through his       )
     guardian ad litem Elsa Acosta,         )
 5   individually and as successor-in-      )
     interest to William Salgado; C.S., a   )
 6   minor by and through his guardian ad   )
     litem Elsa Acosta, individually and    )
 7   as successor-in-interest to William    )
     Salgado; J.S., a minor by and through  )
 8   her guardian ad litem Elsa Acosta,     )
     individually and as successor-in-      )
 9   interest to William Salgado; M.S., a   )
     minor by and through her guardian ad   )
10   litem Elsa Acosta, individually and    )
     as successor-in-interest to William    )
11   Salgado,                               )
                                            )
12                    Plaintiffs,           )
                                            )
13                 vs.                      ) Case No.
                                            ) 2:23-CV-09412-CBM-AGR
14   CITY OF HUNTINGTON PARK; NICK NICHOLS, )
     RENE REZA; MATTHEW RINCON; APRIL       )
15   WHEELER and DOES 5 through inclusive,  )
                                            )
16                    Defendants.           )
     _____)
17

18            REMOTE VIDEOCONFERENCE DEPOSITION OF

19                       MATTHEW RINCON

20                 WEDNESDAY, NOVEMBER 20, 2024

21

22

23   Reported Stenographically By:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:   115432
```

Page 2

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3

4   D.S., a minor by and through his            )
    guardian ad litem Elsa Acosta,              )
5   individually and as successor-in-           )
    interest to William Salgado; C.S., a        )
6   minor by and through his guardian ad        )
    litem Elsa Acosta, individually and         )
7   as successor-in-interest to William         )
    Salgado; J.S., a minor by and through       )
8   her guardian ad litem Elsa Acosta,          )
    individually and as successor-in-           )
9   interest to William Salgado; M.S., a        )
    minor by and through her guardian ad        )
10  litem Elsa Acosta, individually and         )
    as successor-in-interest to William         )
11  Salgado,                                    )
                                                )
12                  Plaintiffs,                 )
                                                )
13              vs.                             ) Case No.
                                                ) 2:23-CV-09412-CBM-AGR
14  CITY OF HUNTINGTON PARK; NICK NICHOLS,)
    RENE REZA; MATTHEW RINCON; APRIL            )
15  WHEELER and DOES 5 through inclusive,       )
                                                )
16                  Defendants.                 )
                                                )

17  _____

18       The remote videoconference deposition of MATTHEW

19  RINCON, taken on behalf of the Plaintiffs, beginning at 10:03

20  a.m., and ending at 12:24 p.m., on Wednesday, November 20,

21  2024, before Jinna Grace Kim, Certified Stenographic

22  Shorthand Reporter No. 14151.

23

24

25

D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.
Matthew Rincon on 11/20/2024

Page 3

```
 1   APPEARANCES OF COUNSEL:

 2
     For the Plaintiffs:
 3
             LAW OFFICES OF DALE K. GALIPO
 4           BY:  DALE K. GALIPO, ESQ.
             BY:  BENJAMIN  S. LEVINE, ESQ.
 5           21800 Burbank Boulevard, Suite 310
             Woodland Hills, California 91367
 6           Tel:   818-347-3333
             Fax:   818-347-4118
 7           E-mail:  dalekgalipo@yahoo.com
             E-mail:  blevine@galipolaw.com
 8

 9           CARRAZCO LAW, APC
             BY:   KENT M. HENDERSON, ESQ.
10           18301 Irvine Boulevard
             Tustin, California 92780
11           E-mail:  hendolaw@gmail.com

12

13

14   For the Defendants:

15           ALVAREZ-GLASMAN & COLVIN
             BY:  ROGER A. COLVIN, ESQ.
16           BY:  CHRISTY M. GARCIA, ESQ.
             13181 Crossroads Parkway North
17           Suite 400-West Tower
             City of Industry, California 91746
18           E-mail:  rcolvin@agclawfirm.com
             E-mail:  cgarcia@agclawfirm.com
19

20

21

22

23

24

25
```

D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.
Matthew Rincon on 11/20/2024

Page 4

```
 1                        INDEX
 2  WITNESS:                                    PAGE
 3  MATTHEW RINCON
 4      BY: MR. GALIPO                          5
 5      BY: MR. HENDERSON                       74
 6      BY: MR. GALIPO                          93
 7
 8                       EXHIBITS
 9  MARKED FOR IDENTIFICATION                   PAGE
10  Exhibit 2              Photograph 442       15
11  Exhibit 1              Photograph 445       16
12  Exhibit 3              Photograph           37
13  Exhibit 4              Photogragh           37
14  Exhibit 5              Photograph           39
15  Exhibit 6              Photograph           54
16  Exhibit 7              Photograph           54
17  Exhibit 8              Photograph           54
18  Exhibit 9              Photograph 619       58
19  Exhibit 10             Photograph 482       60
20  Exhibit 11             Photograph 267       71
21  Exhibit 12             Photograph 268       72
22  Exhibit 13             Photograph 269       73
23
24
25
```

```
1                      CALIFORNIA

2              WEDNESDAY, NOVEMBER 20, 2024

3                       10:03 A.M.

4                     MATTHEW RINCON,

5    called as a witness on behalf of the Plaintiffs, having been

6    first duly sworn remotely via videoconference, was examined

7    and testified as follows:

8                      EXAMINATION

9    BY MR. GALIPO:

10       Q.   Can you please state your full name and spell it for

11   the record.

12       A.   Matthew Rincon, R-i-n-c-o-n.

13       Q.   Have you ever had your deposition taken before?

14       A.   I have not.

15       Q.   Have you testified in court before?

16       A.   I have.

17       Q.   Do you have an estimate as to how many times you've

18   done that?

19       A.   Approximately a 100 times, maybe.

20       Q.   Did you have some training with respect to

21   testifying in court?

22       A.   I have.

23       Q.   Who do you currently work for?

24       A.   The Huntington Park Police Department.

25       Q.   When did you go to the police academy?
```

1    A.    2010.

2    Q.    What type of work did you do before you went to the
3  academy?

4    A.    I was a student, and then I was -- or prior to that
5  I was a correctional officer with the Sheriff's Department.

6    Q.    What period were you a correctional officer?

7    A.    2007 to 2010.

8    Q.    Where did you work during that time frame?

9    A.    Men's Central Jail in Downtown LA with the Los
10  Angeles County Sheriff's Department.

11    Q.    And what were you going to school for?

12    A.    My Bachelor's in Criminology.

13    Q.    When approximately did you graduate from the
14  academy?

15    A.    November of 2010 -- excuse me -- March 2010, I
16  believe, eleven.

17    Q.    And where did you first go to work?

18    A.    Men's Central Jail.

19    Q.    Up to what year?

20    A.    2000 -- from 2000 to 2010 I worked at Men's Central
21  Jail, and then I went to the police academy and then was
22  reassigned at Men's Central Jail.

23        So from 2010 to 2013 -- or '12, excuse me.

24    Q.    So you worked at the Men's Central Jail from 2007 to
25  2010?

```
 1    A.   '12, sir.
 2    Q.   '12.
 3    A.   Correct.
 4    Q.   Okay.  And then where did you go work after that?
 5    A.   I worked at Burbank Courthouse as a bailiff.
 6    Q.   What period of time did you do that?
 7    A.   2012, 2013.
 8    Q.   What judge did you work for, if you remember?
 9    A.   I don't remember.
10    Q.   And then where did you go work after that?
11    A.   Then I worked at Ontario Montclair School District
12  as a campus officer.
13    Q.   What time frame did you do that?
14    A.   2015 to till I got hired at Huntington Park Police
15  Department in 2019, I believe.
16    Q.   Had you applied to other police departments for work
17  other than Huntington Park?
18    A.   Yes.
19    Q.   How many other departments did you apply to?
20    A.   Approximately two or three.
21    Q.   And when did you start with Huntington Park?
22    A.   March of 2019 or '20 -- 2020, I believe.
23    Q.   Did you have a period of field training?
24    A.   Yes, I did.
25    Q.   And then were you assigned to patrol?
```

```
 1   BY MR. GALIPO:
 2      Q.   At any time before the 40-millimeter was deployed
 3   when you were present?
 4      A.   Not that I recall.  I always remember maybe seeing
 5   one or seeing one hand at least in his waistband.
 6      Q.   The entire 15 to 20 minutes?
 7      A.   Yes.  That was the -- we were giving commands almost
 8   the entire time for him to let us see his hands so we can
 9   kind of work from there.
10      Q.   So before the 40-millimeter was deployed, did you
11   yourself ever see a weapon on him?
12      A.   I did not.
13      Q.   For example, did you ever see a gun?
14      A.   I did not see a gun.
15      Q.   Did you know the 40-millimeter was going to be
16   deployed when it was?
17      A.   Yes.  I believe I heard Officer Wheeler announce the
18   shooting of the 40.
19      Q.   Officer Wheeler?
20      A.   Yes.
21      Q.   You recall her saying that she was going to deploy
22   the 40-millimeter?
23      A.   Yes.
24      Q.   What exactly was Mr. Salgado doing when the
25   40-millimeter was deployed the first time?
```

```
 1      A.   Correct.
 2      Q.   So what you're saying is at the time he was shot,
 3   he's running towards you?
 4      A.   Correct.
 5      Q.   So he doesn't have -- at the time he's shot he
 6   doesn't have his hands in the air; he's not slowly rotating
 7   around like this at the time that he's shot; is that true?
 8      A.   He's running towards me.
 9           Does not have his hands in the air.
10           He has a knife in his hand and he's running towards
11   me.
12      Q.   Right.  And he is not rotating around?
13      A.   No, he's not.
14      Q.   And when he's running towards, the shots that you
15   guys were shooting at him, you're shooting him right --
16   you're shooting him center mass, and he's got his shoulders
17   squared like this, and you're shooting right at him, right at
18   the front of his chest as he's running towards you; isn't
19   that true?
20      A.   I can speak for only what -- where I shot.
21           I don't know what the other officers -- what their
22   angle was.
23      Q.   Right.  But where you shot, he was running towards
24   you and his shoulders are squared, and you guys are shooting
25   at the front of his chest; right?
```

Page 93

```
 1    A.   If he's running towards me, I was aiming for his
 2  torso area.  That's where the portion of where my shots went,
 3  and that's where it went, yes.
 4    Q.   Right.  And your bullets went straight when you
 5  fired at him?
 6         MR. COLVIN:  Objection.  Calls for speculation.
 7         THE WITNESS:  I don't know exactly which angle,
 8  where they went.  My aim was towards the torso.
 9  BY MR. HENDERSON:
10    Q.   And you're shooting straight at the front of his
11  chest, and you're shooting straight through front to back;
12  right?
13    A.   That was my intent, to end the threat, yes.
14    Q.   All right.  Okay.
15         I don't have any questions.  Thank you.
16         MR. COLVIN:  I have no questions.
17         MR. GALIPO:  Okay.  I don't have any other questions
18  either -- oh, just one.
19                        EXAMINATION
20  BY MR. GALIPO:
21    Q.   Did you see at any time afterwards that there were
22  wounds to either one of his shoulders?
23    A.   I don't recall.  I just remember blood being there.
24         I couldn't really know where the wounds were at.
25    Q.   When did you give your interview in relation to the
```

Page 94

1   incident?

2   A.  I don't recall. Maybe a few weeks after.

3       I don't recall exactly.

4   Q.  Do you recall where you were when you gave the

5   interview?

6   A.  I was at the LASD Homicide Bureau.

7   Q.  And did you have a representative present with you

8   at that time?

9   A.  I did.

10  Q.  Was that an attorney, if you know?

11  A.  I believe so.

12  Q.  Okay. I think that's all I have.

13      MR. GALIPO: Roger, are we good for today?

14      MR. COLVIN: Yes, we're good.

15      I have no questions.

16      MR. GALIPO: Great. Off the record.

17      (Deposition proceeding concluded at 12:34 p.m.)

18                      * * *

19

20

21

22

23

24

25

1  DECLARATION UNDER PENALTY OF PERJURY

2

3  Case Name: D.S., a minor et al. vs. City of Huntington Park,

4  et al.

5  Date of Deposition: November 20, 2024

6  Job No.: 115432

7

8      I, _____, hereby certify

9  under penalty of perjury under the laws of the State of

10 California that the foregoing is true and correct.

11     Executed this _____ day of _____,

12 20____, at _____, California.

13

14

15

16

17

18                                 _____
19                                 MATTHEW RINCON

20

21

22

23

24

25

```
 1                    CERTIFICATE

 2                        OF

 3         CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

 4

 5         I, JINNA GRACE KIM, CSR No. 14151, a Certified

 6  Stenographic Shorthand Reporter of the State of California,

 7  do hereby certify:

 8         That the foregoing proceedings were taken before me

 9  at the time and place herein set forth;

10         That any witnesses in the foregoing proceedings,

11  prior to testifying, were placed under oath;

12         That a verbatim record of the proceedings was made

13  by me, using machine shorthand, which was thereafter

14  transcribed under my direction;

15         Further, that the foregoing is an accurate

16  transcription thereof.

17         I further certify that I am neither financially

18  interested in the action, nor a relative or employee of any

19  attorney of any of the parties.

20

21         IN WITNESS WHEREOF, I have subscribed my name, this

22  date: November 20, 2024.

23
                              _____
24
                              Jinna Grace Kim, CSR No. 14151
25
```

Page 97

```
 1   DEPOSITION ERRATA SHEET
 2   Case Name:  D.S., a minor et al. vs. City of Huntington Park,
 3   et al.
 4   Witness:  Matthew Rincon
 5   Date of Deposition:  November 20, 2024
 6   Job No.:  115432
 7   Reason Codes:    1. To clarify the record.
 8                    2. To conform to the facts.
 9                    3. To correct transcription errors.
10
11   Page _____ Line _____ Reason _____
12   From _____ To _____
13   Page _____ Line _____ Reason _____
14   From _____ To _____
15   Page _____ Line _____ Reason _____
16   From _____ To _____
17   Page _____ Line _____ Reason _____
18   From _____ To _____
19   Page _____ Line _____ Reason _____
20   From _____ To _____
21   Page _____ Line _____ Reason _____
22   From _____ To _____
23   Page _____ Line _____ Reason _____
24   From _____ To _____
25   Page _____ Line _____ Reason _____
```

D.S., ET AL. vs CITY OF HUNTINGTON PARK, ET AL.
Matthew Rincon on 11/20/2024

Page 98

```
 1    DEPOSITION ERRATA SHEET
 2    From _____ To _____
 3    Page _____ Line _____ Reason _____
 4    From _____ To _____
 5    Page _____ Line _____ Reason _____
 6    From _____ To _____
 7    Page _____ Line _____ Reason _____
 8    From _____ To _____
 9    Page _____ Line _____ Reason _____
10    From _____ To _____
11    Page _____ Line _____ Reason _____
12    From _____ To _____
13    Page _____ Line _____ Reason _____
14    From _____ To _____
15    Page _____ Line _____ Reason _____
16    From _____ To _____
17
18          _____ Subject to the above changes, I certify that the
19    transcript is true and correct.
20          _____ No changes have been made.  I certify that the
21    transcript is true and correct.
22
23                              _____
24                                     MATTHEW RINCON
25
```