# EXHIBIT NO. 12

D.S. A MINOR, ET AL vs CITY OF HUNTINGTON PARK, ET AL
Lt. Saul Rodriguez on 12/10/2024

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S. a minor by and through his his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interst to William Salgado, J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to to William Salgado.<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive,<br><br>        Defendants. | Case No. 2:23-cv-09412-CBM-AGR |

REMOTE DEPOSITION OF

LT. SAUL RODRIGUEZ

Tuesday, December 10, 2024

Reported by:
Janet Marsden
C.S.R. 9940
Job No. 122620

**D.S. A MINOR, ET AL vs CITY OF HUNTINGTON PARK, ET AL**
**Lt. Saul Rodriguez on 12/10/2024**

Page 2

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   D.S. a minor by and through his  ) Case No. 2:23-ev-09412-
     his guardian ad litem Elsa       )            CBM-AGR
 5   Acosta, individually and as      )
     successor-in-interest to William )
 6   Salgado; C.S., a minor by and    )
     through his guardian ad litem    )
 7   Elsa Acosta, individually and    )
     as successor-in-interst to       )
 8   William Salgado, J.S., a minor   )
     by and through her guardian ad   )
 9   litem Elsa Acosta, individually  )
     and as successor-in-interest to  )
10   William Salgado; M.S., a minor   )
     by and through her guardian ad   )
11   litem Elsa Acosta, individually  )
     and as successor-in-interest to  )
12   to William Salgado.              )
                                      )
13              Plaintiffs,           )
                                      )
14        v.                          )
                                      )
15   CITY OF HUNTINGTON PARK; NICK    )
     NICHOLS; RENE REZA; MATTHEW      )
16   RINCON; APRIL WHEELER; and DOES  )
     5 through 10, inclusive,         )
17                                    )
                Defendants.           )
18   _____)

19

20             Remote deposition of

21        LT. SAUL RODRIGUEZ, taken on behalf of the

22        Defendants, on Tuesday, December 10, 2024,

23        at 1:37 p.m., via Zoom videoconferencing,

24        before Janet Marsden, C.S.R. No. 9940.

25
```

D.S. A MINOR, ET AL vs CITY OF HUNTINGTON PARK, ET AL
Lt. Saul Rodriguez on 12/10/2024

Page 3

```
 1    REMOTE APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFFS:

 4              LAW OFFICES OF DALE K. GALIPO
                BY:  BENJAMIN S. LEVINE, ESQ.
 5              21800 Burbank Boulevard.
                Suite 310
 6              Woodland Hills, California 91367
                (818) 347-4118 or  818-347-3333
 7              blevine@galipolaw.com

 8                        -AND-

 9              CARRAZCO LAW, A.P.C.
                BY:  KENT M. HENDERSON, ESQ.
10              18301 Irvine Boulevard
                Tustin, California 92780-3412
11              (949) 303-6232
                hendolaw@gmail.com
12

13    FOR DEFENDANT CITY OF HUNTINGTON PARK:

14              ALVAREZ-GLASMAN & COLVIN
                BY:  CHRISTY M. GARCIA, ESQ.
15              13181 Crossroads Parkway North
                Suite 400-West Tower
16              City of Industry, California 91746-3467
                (562) 699-5500
17              cgarcia@agclawfirm.com

18

19

20

21

22

23

24

25
```

D.S. A MINOR, ET AL vs CITY OF HUNTINGTON PARK, ET AL
Lt. Saul Rodriguez on 12/10/2024

Page 4

```
 1                    I N D E X

 2

 3    EXAMINATION                                    PAGE

 4    BY MR. LEVINE                                  5, 122

 5    BY MR. HENDERSON                               105, 126

 6
                              EXHIBITS
 7
      PLAINTIFFS'                                    PAGE
 8
         1     Aerial view of apartment complex       44
 9             (1 page)

10       2     Photograph of the courtyard (1 page)   44

11       3     Photograph of gateway and surrounding  48
               area (1 page)
12
         4     Photograph of officer coming up        119
13             stairway (1 page)

14
                       INFORMATION REQUESTED
15
                              (None)
16

17                MARKED QUESTIONS OR COLLOQUY

18                            (None)

19

20

21

22

23

24

25
```

D.S. A MINOR, ET AL vs CITY OF HUNTINGTON PARK, ET AL
Lt. Saul Rodriguez on 12/10/2024

Page 5

```
 1                TUESDAY, DECEMBER 10, 2024; 1:37 P.M.
 2                             -oOo-
 3
 4                    LT. SAUL RODRIGUEZ,
 5           having been first duly sworn or affirmed,
 6           was examined and testified as follows:
 7
 8                           EXAMINATION
 9   BY MR. LEVINE:
10       Q    All right.  Good afternoon.
11       A    Good afternoon.
12       Q    Could you start by please stating and spelling
13   your name for the record.
14       A    It's Saul Rodriguez, S-A-U-L, R-O-D-R-I-G-U-E-Z.
15       Q    Have you had your deposition taken before?
16       A    Yes.
17       Q    How many times approximately?
18       A    Once.
19       Q    Do you recall approximately how long ago that
20   would have been?
21       A    I don't remember how long.
22       Q    Do you recall if that was a case in which you
23   were named as a defendant?
24       A    I don't remember the -- the circumstances.
25       Q    Have you testified in court before?
```

```
1    A    Yes.
2    Q    How many times approximately?
3    A    More than 50 times.
4    Q    Were those in criminal court, if you know?
5    A    Yes.
6    Q    Have you ever testified in court in a civil case
7    before, if you recall?
8    A    No.
9    Q    So I ask just to get your familiarity.
10        We have a court reporter here today who will be
11   taking down all of my questions, your answers, any
12   objections your attorney might make on the record, and so I
13   just wanted to say it's important that we both speak slowly
14   so we can get everything down and also just not to talk
15   over each other, although that may be natural in normal
16   conversations.  Does that make sense?
17   A    Yes.
18   Q    I'll plan to go for about an hour and then take a
19   break, but if you need a break at any time sooner than
20   that, please just let me know and we can take one so long
21   as we've gotten an answer to whatever the last question
22   was.  Does that work for you?
23   A    Yes.
24   Q    Thank you.  Is there any reason why you cannot
25   give your best testimony today?
```

D.S. A MINOR, ET AL vs CITY OF HUNTINGTON PARK, ET AL
Lt. Saul Rodriguez on 12/10/2024

Page 7

```
 1     A    No.
 2     Q    Do you understand we're here to discuss an
 3   incident involving somebody named William Salgado?
 4     A    Yes.
 5     Q    Have you reviewed any documents in preparation
 6   for this deposition today?
 7     A    Yes.
 8     Q    What documents?
 9     A    With my -- with my attorneys, with the lawyers.
10     Q    Yeah.  Any documents that you've reviewed for
11   this deposition?
12     A    I'm sorry?
13     Q    I'm asking what the documents are that you've
14   reviewed in preparation for this deposition.
15     A    Just the documents that my attorneys would
16   discuss with me.
17     Q    Do you recall what documents those are?
18     A    Just documents for the case, regarding the case.
19     Q    Are you able to be any more specific?
20          And just to clarify, I don't want you to share
21   any discussions you had with your attorney.  I'm just
22   interested in knowing what are the actual documents that
23   you reviewed in preparation for this deposition.
24          For example, did you review any police reports?
25     A    No, I didn't.  No reports.
```

1  mind for the next few questions that I'm going to ask.
2     A    Okay.
3     Q    During that time period, did you see William have
4  a gun at any point?
5     A    No.
6     Q    Could you tell if William had a gun anywhere on
7  his person during that period of time?
8     A    I could not tell.
9     Q    Did you observe William harm himself physically
10 at all during that period of time?
11    A    No.
12    Q    Did you see William -- was William attacking
13 anybody at any point during that period of time?
14    A    No.
15    Q    Could you tell if William was armed with any
16 weapon at any point during that period of time?
17    A    No.
18    Q    During that period of time, did he continue to
19 have his right hand out of his pocket?
20    A    The right hand, yes.  That was visible.
21    Q    Okay.  And could you tell during that period of
22 time if anything was in his right hand?
23    A    No.
24    Q    But you didn't notice anything that stood out to
25 you in his right hand during that period of time, correct?

1  Q  Because he was armed with a gun?

2  A  No. Because he was not inside hiding or
3  barricaded somewhere, so we didn't need the dog at that
4  point either.

5  Q  To your knowledge, is the training that your
6  department provides, that police are only to be used when
7  someone is hiding or barricaded?

8  A  Yes.

9  Q  There is no other use cases or utility for a
10 police dog that you are trained on in your department, as
11 far as you know?

12 A  Unless they are also trained for narcotics.

13 Q  Okay. I was asking you earlier about some of the
14 training that you've received as a police officer,
15 including at your department, before Mr. Henderson was
16 asking you his questions. Do you remember when I was
17 asking you those general training questions towards the
18 end?

19 A  Yes.

20 Q  Were you also trained that officers should give
21 clear commands to a subject when trying to gain compliance
22 from him?

23 A  Yes.

24 Q  Is part of the reason for that so that the
25 subject can understand what the commands are?

```
 1     A    Yes.
 2     Q    Were you also trained that one officer should be
 3  giving commands at a time to avoid confusion?
 4     A    Yes.
 5          MR. LEVINE:  I don't have any further questions.
 6          MR. HENDERSON:  Sorry.  But I have one follow-up
 7  that I forgot to ask.
 8
 9                    FURTHER EXAMINATION
10  BY MR. HENDERSON:
11     Q    And that's this -- I think it's just one or two
12  questions.
13          Officer, I think you said there was about a
14  hundred previous different ones that you had responded to,
15  calls with mental health, you know, where there was an
16  emotionally disturbed or suicidal person.  What's your best
17  estimate in those of about how many of those you were
18  actually able to get the mental health professional to come
19  out?
20     A    My guess would be about in -- approximately 15.
21          MR. HENDERSON:  Okay.  All right.  I don't have
22  anything else.
23          Thank you.
24          MS. GARCIA:  Okay.
25          MR. LEVINE:  Thank you, everybody.  Thank you,
```

```
 1   Lieutenant.
 2            THE REPORTER:  Does anyone need a copy of the
 3   deposition besides Mr. Levine?
 4            THE WITNESS:  You're welcome.
 5            MS. GARCIA:  I do.
 6            MR. HENDERSON:  I'm going to take a copy.
 7            THE REPORTER:  Is electronic okay for the copies?
 8            MR. HENDERSON:  Yes.
 9            MS. GARCIA:  Yes.
10            (The deposition concluded at 4:46 p.m.)
11                            -oOo-
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              SIGNATURE UNDER PENALTY OF PERJURY

 2

 3

 4          I hereby declare I am the deponent in the within

 5    matter; that I have read the foregoing deposition and know

 6    the contents thereof and I declare that the same is true of

 7    my knowledge except as to the matters which are therein

 8    stated upon my information or belief, and as to those

 9    matters I believe it to be true.

10          I declare under penalty of perjury that the

11    foregoing is true and correct.

12

13

14          Executed on the _____ day of _____,
                              (date)          (month)
15
      20____, at _____,
16     (year)                   (city)

17    _____.
        (state)
18

19

20                                  _____
                                           LT. SAUL RODRIGUEZ
21

22

23

24

25
```

1  I, Janet Marsden, C.S.R. 9940, do hereby declare:

2        That, prior to being examined, the witness named in the forgoing deposition was by me duly sworn pursuant to
3  Section 30 (f)(1) of the Federal Rules of Civil Procedure and the deposition is a true record of the testimony given
4  by the witness;

5        That said deposition was taken down by me in shorthand at the time and in the manner herein named and
6  thereafter reduced to text under my direction.

7        _____ That the witness was requested to review the transcript and make any changes to the transcript as a
8  result of that review pursuant to Section 30(e) of the Federal rules of Civil Procedure.

9        _____ No changes have been provided by the
10  witness during the period allowed.

11        _____ The changes made by the witness are appended to the transcript.
12

        __x__ No request was made that the transcript be
13  reviewed pursuant to Section 30 (e) of the Federal Rules of Civil Procedure.
14

        I further declare that I have no interest in the
15  event of the action.

16        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
17  and correct.

18
        WITNESS my hand this 29th of December, 2024
19

20        _[signature]_

21        _____
        Janet Marsden, C.S.R. 9940
22

23

24

25