# EXHIBIT NO. 13

Angel Carrazco, Jr. (SBN 230845) angel@carrazcolawapc.com
Kent M. Henderson (SBN 139530) hendolaw@gmail.com
Christopher L. Holm (SBN 308446) chris@carrazcolawapc.com
**CARRAZCO LAW, A.P.C.**
18301 Irvine Boulevard
Tustin, CA 92780
Telephone: 714-541-8600
Facsimile: 714-541-8601

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado, et.al.<br><br>Plaintiffs,<br>v.<br><br>CITY OF HUNTINGTON PARK; et.al.<br><br>Defendants | ) Case No. 2:23-cv-09412 CBM (AGR) *[lead case]*<br>) *(Consolidated with* 2:24-cv-04898 CBM *(AGR)*)<br>) *Assigned to*:<br>) District Judge: Consuelo B. Marshall<br>) Magistrate Judge: Alicia G. Rosenberg<br>)<br>) **DECLARATION OF WILLIAM OMAR CASTILLO MIRANDA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| AND CONSOLIDATED ACTION | ) [Plaintiffs' Memorandum of Points and Authorities and Separate Statement of Disputed and Undisputed Material facts filed concurrently herewith]<br>)<br>) Date: April 1, 2025<br>) Time: 10:00 a.m.<br>) Courtroom: 8D |

Docusign Envelope ID: 4BE5BA51-6AF9-4268-ADF1-41D7C2F3A592

**DECLARATION OF WILLIAM OMAR CASTILLO MIRANDA**

I, William Omar Castillo Miranda, do hereby declare and state as follows:

1. The facts stated in this Declaration are true and correct to the best of my knowledge and/or I am informed and believe that they are true.

2. I am Decedent, William Salgado's biological father and I raised him as my son.

3. I was not asked in any detail about the damages that I suffered in the deposition I gave in this case. If I had been, I would have testified as set forth herein.

4. When Decedent, William Salgado was born in 1991 in Nicaragua, I was listed as the biological father on the original birth certificate.

5. As a matter of convenience, seven (7) years later in 1998, William Salgado's grandparents were listed on a birth certificate because William's natural mother had left us when he was forty days old. I continued to remain involved in William's life, and I continued to financially support him and the family, but I needed my parents' help.

6. My son continued to live with me under the same roof in Nicaragua for about 10 years.

7. I have always held out Decedent, William Salgado as my son, and he has always recognized me as his father. Whenever I have talked to anyone about Decedent, William Salgado – relatives, friends, or strangers – I have always told them that William Salgado is my son.

8. I was scared to death, and incredibly stressed out, at the sight of seeing the officers shooting my son. I still struggle with the idea of seeing my child get shot. I felt completely helpless because they are the authority. Everything came at me at once. I wanted to run to my son and knew that I could not help him in any way. An anxiety that I cannot explain, the feeling of anguish. I felt so much pain that I do not know if it was pain or anger. I could not believe and I still do not understand.

9. The night of the shooting, I could not sleep. I stayed up thinking about how awful my son had been treated. This stress and anxiety that I was feeling watching my son get shot, and later that evening, and even up to today, is far beyond any kind of stress or anxiety I have ever experienced in my life. I was trembling, thinking about how I watched my son die before my eyes. At some point in time after my son was shot, the police asked me if I knew who William Salgado was. I replied that he was my son.

10. I miss my son so much. He was such a happy person. He loved to dance, he always danced. I remember walking with William at a construction site and he was playing loud music and he was just dancing and walking. I have all these beautiful memories and I know I will never experience those moments again, but we have to give up that hope of having him here because we are just left with memories. Now we rarely listen to music that William enjoyed, because it only reminds us of what we lost, and makes us anxious, stressed out, and I relive that awful day. He would come home and ask me if I needed anything.

11. Now that he is gone, there is an emptiness that can't be filled. We try to pretend like we're okay, but it is so hard on all of us to keep it together. One of the reasons I think I am so anxious, upset and stressed out about William being gone is that I saw his life taken right in front of me and I will never be able to forget it, and it will bother me forever.

12. I will be at the store and I will check to see where William is, and then I again remember I am empty and he is not here. My world has come to ruin. These feelings will never go away and we will never stop thinking of him. My son William has been gone for over two years, and I still have so much pain.

\\

\\

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed March 11, 2025, at Huntington Park, California.

Firmado por:
B835B27AFBF84DA...

William Omar Castillo Miranda, Declarant

docusign

## Certificate Of Completion

Envelope Id: 4BE5BA51-6AF9-4268-ADF1-41D7C2F3A592
Subject: Complete with Docusign: 3-11-25_Declaration of WOCM.pdf
Source Envelope:
Document Pages: 4
Certificate Pages: 4
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Signatures: 1
Initials: 0

Status: Completed

Envelope Originator:
Angel Carrazco
18301 Irvine Boulevard
Tustin, CA 92780
accounts@carrazcolawapc.com
IP Address: 70.229.241.193

## Record Tracking

| Status | Holder | Location |
|---|---|---|
| Status: Original<br>3/11/2025 4:31:11 PM | Holder: Angel Carrazco<br>accounts@carrazcolawapc.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| William Salgado<br>WilliamOmarcastilloMiranda@Gmail.com<br>Security Level: Email, Account Authentication (None) | Firmado por:<br>B835B27AFBF84DA...<br>Signature Adoption: Drawn on Device<br>Using IP Address: 172.58.115.7<br>Signed using mobile | Sent: 3/11/2025 4:31:46 PM<br>Viewed: 3/11/2025 4:37:36 PM<br>Signed: 3/11/2025 4:38:13 PM |

**Electronic Record and Signature Disclosure:**
Accepted: 3/11/2025 4:37:36 PM
ID: 9ebe5322-06c9-4f5f-9388-504af66a0281

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/11/2025 4:31:46 PM |
| Certified Delivered | Security Checked | 3/11/2025 4:37:36 PM |
| Signing Complete | Security Checked | 3/11/2025 4:38:13 PM |
| Completed | Security Checked | 3/11/2025 4:38:13 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**CONSUMER DISCLOSURE**
From time to time, Carrazco Law, A.P.C. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**
At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**
If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**
If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**
Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact Carrazco Law, A.P.C.:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by email send messages to: payables@carrazcolaw.com

**To advise Carrazco Law, A.P.C. of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at payables@carrazcolaw.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Carrazco Law, A.P.C.**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to payables@carrazcolaw.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Carrazco Law, A.P.C.**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an e-mail to payables@carrazcolaw.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| | |
|---|---|
| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.
By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Carrazco Law, A.P.C. as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Carrazco Law, A.P.C. during the course of my relationship with you.