EXHIBIT NO. 14

| | |
|---|---|
| Angel Carrazco, Jr. | (SBN 230845) angel@carrazcolawapc.com |
| Kent M. Henderson | (SBN 139530) hendolaw@gmail.com |
| Christopher L. Holm | (SBN 308446) chris@carrazcolawapc.com |

**CARRAZCO LAW, A.P.C.**
18301 Irvine Boulevard
Tustin, CA 92780
Telephone: 714-541-8600
Facsimile: 714-541-8601

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado, et.al.<br><br>Plaintiffs,<br>v.<br><br>CITY OF HUNTINGTON PARK; et.al.<br><br>Defendants<br><br>AND CONSOLIDATED ACTION | Case No. 2:23-cv-09412 CBM (AGR) *[lead case]*<br>*(Consolidated with 2:24-cv-04898 CBM (AGR))*<br>*Assigned to*:<br>District Judge: Consuelo B. Marshall<br>Magistrate Judge: Alicia G. Rosenberg<br><br>**DECLARATION OF OSMAR ANTONIO CASTILLO BLANDON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Plaintiffs' Memorandum of Points and Authorities and Separate Statement of Disputed and Undisputed Material facts filed concurrently herewith]<br><br>Date:  April 1, 2025<br>Time:  10:00 a.m.<br>Courtroom: 8D |

## DECLARATION OF OSMAR ANTONIO CASTILLO BLANDON

I, Osmar Antonio Castillo Blandon, do hereby declare and state as follows:

1. The facts stated in this Declaration are true and correct to the best of my knowledge and/or I am informed and believe that they are true.
2. I am Decedent, William Salgado's biological brother.
3. Decedent, William Salgado and I have the same biological father, William Omar Castillo Miranda.
4. I was not asked in any detail about the damages that I suffered in the deposition I gave in this case. If I had been, I would have testified as set forth herein.
5. Before my brother, William Salgado was shot by the police, he had been living in the same apartment in Huntington Park with our dad, our stepmom, and our little brother.
6. When my brother, William Salgado, was in the courtyard of the apartment with the police, I was so worried for him. I saw my brother, William Salgado, shot dead by the police and it was so hard to watch my own brother killed in front of me and not be able to do anything.
7. I was scared and panicked, and I didn't know what to do. I was also worried for my stepmom and my little brother. Watching my dad be so worried and anxious was very hard.
8. While the officers were all talking in English, I couldn't understand why they shot him and then I saw my brother, William Salgado, fall to the ground. I saw my brother, William Salgado, lying on the ground and officers rushed in on top of him.
9. The officers told us to go to our apartment, and this was not fair. Then I was right behind my dad, and I was leaning on him and my stepmom fell on the floor and I went to pick my stepmom up, and then I saw my brother, William Salgado, on the gurney.

10. I looked over at my dad, and he was trembling, and he was also in shock. We were so desperate and so upset about how everything happened. I was in shock that this happened, and it was hard for me to understand that my brother was dead although I knew it was true because I saw my brother hit by the shots, I heard the shots, and I saw my brother lying on the ground.

11. I saw my brother was killed, and even though it has been a couple of years it is like it just happened. I remember him while I am in the living room, looking at his picture. I try to grieve him, but I am alone now. No more William blasting his music here at home, no more talking about our lives together or our plans. Even to this day, I get so upset and nervous about what happened. It is so hard to lose a brother and to watch him get killed in such a terrible way. The feelings of anxiety, stress, and fear that I feel because of having seen my brother get shot right in front of me are far beyond any kind of stress I have ever felt in my life. These feelings are still with me, even now.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed March 11, 2025, at Huntington Park, California.

Firmado por:

_Osmar C._

Osmar Antonio Castillo Blandon, Declarant

---

3

DECLARATION OF OSMAR ANTONIO CASTILLO BLANDON
IN SUPPORT OF PLAINTIFF'S OPPOSITION

**docusign**

## Certificate Of Completion

Envelope Id: 7D25D279-8637-461D-AF56-4236E28FDD45
Subject: Complete with Docusign: MX-M6050_20250311_181045.pdf
Source Envelope:
Document Pages: 3　　　　　　　　　Signatures: 1
Certificate Pages: 4　　　　　　　　　Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Completed

Envelope Originator:
Angel Carrazco
18301 Irvine Boulevard
Tustin, CA 92780
accounts@carrazcolawapc.com
IP Address: 70.229.241.193

### Record Tracking

Status: Original
　　3/11/2025 4:11:30 PM

Holder: Angel Carrazco
　　accounts@carrazcolawapc.com

Location: DocuSign

### Signer Events

Osmar Castillo
osmarcastilloblandon@gmail.com
Security Level: Email, Account Authentication (None)

Electronic Record and Signature Disclosure:
　Accepted: 3/11/2025 4:14:44 PM
　ID: c48dbdb9-d555-4a29-a5d5-52b3e73a2ad4

**Signature**

Firmado por:
OSMar·C
54A872BCFC28428...

Signature Adoption: Drawn on Device
Using IP Address: 172.56.234.79
Signed using mobile

**Timestamp**

Sent: 3/11/2025 4:12:12 PM
Viewed: 3/11/2025 4:14:44 PM
Signed: 3/11/2025 4:16:07 PM

### In Person Signer Events

Signature

Timestamp

### Editor Delivery Events

Status

Timestamp

### Agent Delivery Events

Status

Timestamp

### Intermediary Delivery Events

Status

Timestamp

### Certified Delivery Events

Status

Timestamp

### Carbon Copy Events

Status

Timestamp

### Witness Events

Signature

Timestamp

### Notary Events

Signature

Timestamp

### Envelope Summary Events

| | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/11/2025 4:12:12 PM |
| Certified Delivered | Security Checked | 3/11/2025 4:14:44 PM |
| Signing Complete | Security Checked | 3/11/2025 4:16:07 PM |
| Completed | Security Checked | 3/11/2025 4:16:07 PM |

### Payment Events

Status

Timestamps

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 2/12/2018 2:02:04 PM
Parties agreed to: Osmar Castillo

**CONSUMER DISCLOSURE**
From time to time, Carrazco Law, A.P.C. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**
At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**
If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**
If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**
Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact Carrazco Law, A.P.C.:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: payables@carrazcolaw.com

**To advise Carrazco Law, A.P.C. of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at payables@carrazcolaw.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Carrazco Law, A.P.C.**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to payables@carrazcolaw.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Carrazco Law, A.P.C.**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:
    i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
    ii. send us an e-mail to payables@carrazcolaw.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| | |
|---|---|
| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.
By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Carrazco Law, A.P.C. as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Carrazco Law, A.P.C. during the course of my relationship with you.