1  Angel Carrazco, Jr.      (SBN 230845) angel@carrazcolawapc.com
2  Kent M. Henderson        (SBN 139530) hendolaw@gmail.com
3  Christopher L. Holm      (SBN 308446) chris@carrazcolawapc.com
   **CARRAZCO LAW, A.P.C.**
4  18301 Irvine Boulevard
5  Tustin, CA 92780
   Telephone: 714-541-8600
6  Facsimile: 714-541-8601
7
   Attorneys for Plaintiffs
8
                    **UNITED STATES DISTRICT COURT**
9
              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado, et.al. | Case No. 2:23-cv-09412 CBM (AGR) *[lead case]* *(Consolidated with* 2:24-cv-04898 CBM *(AGR))* |
| Plaintiffs, | *Assigned to*: District Judge: Consuelo B. Marshall; Magistrate Judge: Alicia G. Rosenberg |
| v. | **PLAINTIFF'S ADDENDUM TO PLAINTIFF'S UNDISPUTED MATERIAL FACTS** |
| CITY OF HUNTINGTON PARK; et.al. | |
| Defendants | [Declaration of Kent M. Henderson and Exhibit No. 15 filed concurrently herewith] |
| AND CONSOLIDATED ACTION | Date:     April 1, 2025<br>Time:     10:00 a.m.<br>Courtroom:  8D |

1
**PLAINTIFFS ADDENDUM TO PLAINTIFF'S UNDISPUTED MATERIAL FACTS**

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Plaintiff's William Castillo Miranda by and through his counsel hereby submit PLAINTIFF'S ADDENDUM TO PLAINTIFF'S UNDISPUTED MATERIAL FACTS.

*PLAINTIFSS ADDENDUM TO PLAINTIFF'S UNDISPUTED MATERIAL FACTS*

Plaintiffs, WILLIAM OMAR CASTILLO MIRANDA; JUANA MARIA MIRANDA; O.C.E. a minor by and through their Guardian ad Litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, OSMAR ANTONIO CASTILLO BLANDON, and KARLA VANESSA BLANDON hereby provide the following Statement of Undisputed Facts in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement, or in the alternative, Partial Summary Judgment, as follows:

| PLAINTIFFS' UNDISPUTED MATERIAL FACT | EVIDENCE IN SUPPORT |
|---|---|
| 40. The birth certificate issued for the decedent William Salgado lists Plaintiff William Castillo Miranda as the biological/natural father of decedent William Salgado. | Birth Certificate of Decedent William Salgado at Ex. 15 of the Declaration of Kent M. Henderson date March 17, 2025. |

DATED: March 17, 2025

**CARRAZCO LAW, A.P.C.**

__/S/ Kent M. Henderson__
ANGEL CARRAZCO, JR.

KENT M. HENDERSON
CHRISTOPHER L. HOLM
Attorneys for Plaintiffs

**PLAINTIFFS ADDENDUM TO PLAINTIFF'S UNDISPUTED MATERIAL FACTS**