Angel Carrazco, Jr. (SBN 230845) angel@carrazcolawapc.com
Kent M. Henderson (SBN 139530) hendolaw@gmail.com
Christopher L. Holm (SBN 308446) chris@carrazcolawapc.com
**CARRAZCO LAW, A.P.C.**
18301 Irvine Boulevard
Tustin, CA 92780
Telephone: 714-541-8600
Facsimile: 714-541-8601

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.S., a minor by and through his guardian *ad litem* Elsa Acosta, individually and as successor-in-interest to William Salgado, et.al.<br><br>Plaintiffs,<br>v.<br><br>CITY OF HUNTINGTON PARK; et.al.<br><br>Defendants<br><br>AND CONSOLIDATED ACTION | Case No. 2:23-cv-09412 CBM (AGR) *[lead case]*<br>*(Consolidated with* 2:24-cv-04898 CBM *(AGR)*)<br>*Assigned to*:<br>District Judge: Consuelo B. Marshall<br>Magistrate Judge: Alicia G. Rosenberg<br><br>**DECLARATION OF KENT M. HENDERSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXHIBIT NO. 15 THERETO**<br><br>[Plaintiffs' Addendum to Plaintiff's Undisputed Material of Facts filed hereto]<br><br>Date: April 1, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8D |

**TO THE HONORABLE COURT, DEFENDANTS, AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Plaintiffs, WILLIAM OMAR CASTILLO MIRANDA; JUANA MARIA MIRANDA; O.C.E. a minor by and through their Guardian ad Litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, OSMAR ANTONIO CASTILLO BLANDON, and KARLA VANESSA BLANDON hereby submit the Declaration of Kent M. Henderson in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement, or in the alternative Partial Summary Judgment and Exhibit No. 15 thereto.

DATED: March 17, 2025

**CARRAZCO LAW, A.P.C.**

*/S/ Kent M. Henderson*

______________________________

ANGEL CARRAZCO, JR.
KENT M. HENDERSON
CHRISTOPHER L. HOLM
Attorneys for Plaintiffs

**DECLARATION OF KENT M. HENDERSON**

I, Kent M. Henderson, do hereby declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and the following Federal Courts: Supreme Court of the United States; United States Court of Appeals for the Ninth Circuit; United States Court of Appeals for the Fifth Circuit; United States Court of Federal Claims; United States District Court for the Northern, Eastern, Central and Southern Districts of California and the Eastern District of Texas. I am counsel with CARRAZCO LAW A.P.C. (hereinafter, sometimes referred to as "Carrazco Law"), counsel of record for the Salgado Plaintiffs, including WILLIAM OMAR CASTILLO MIRANDA; JUANA MARIA MIRANDA; O.C.E. a minor by and through their Guardian ad Litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, OSMAR ANTONIO CASTILLO BLANDON, and KARLA VANESSA BLANDON, in the above-entitled action. I am one of the handling attorneys regarding this case and the facts stated in this Declaration are of my own personal knowledge and/or I am informed and believe they are true and if called upon to testify as a witness, I could and would competently testify thereto under oath.

2. After a further diligent search, Plaintiff's recently discovered the birth certificate of the Decedent, William Salgado, which lists Plaintiff William Castillo Miranda as is biological/natural father.

\\

\\

\\

\\

\\

\\

\\=

3. Attached hereto and incorporated herein as Exhibit No. 15 is a true and correct copy of the birth certificate of Decedent William Salgado, with serial number "Serie C 1821782", which lists Plaintiff William Castillo Miranda as is biological/natural father.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 17th Day of March, 2025 at Tustin, California.

*/S/ Kent M. Henderson*

Kent M. Henderson, Declarant