# EXHIBIT NO. 15



**REPUBLICA DE NICARAGUA**
**CONSEJO SUPREMO ELECTORAL**
**REGISTRO CENTRAL DEL ESTADO CIVIL DE LAS PERSONAS**

CERTIFICADO DE NACIMIENTO

Serie C
1821782

EL REGISTRO CENTRAL DEL ESTADO CIVIL DE LAS PERSONAS CERTIFICA QUE:

1567551

LIBRO: NACIMIENTO**    TOMO: 207**    FOLIO: 257**    PARTIDA: 513**

CÓDIGO PERSONA: **63E43C68**
NOMBRE: **WILLIAM, RENE** **CASTILLO, MENDEZ**
PADRE: **WILLIAM OSMAR CASTILLO MIRANDA**
MADRE: **MARCIA CENOBIA MENDEZ CARVAJAL**
SEXO: **MASCULINO**
LUGAR DE NACIMIENTO: **CHINANDEGA, CHINANDEGA, NICARAGUA**
FECHA DE NACIMIENTO: **SIETE DE NOVIEMBRE DE MIL NOVECIENTOS NOVENTA**
LUGAR DE INSCRIPCIÓN: **CHINANDEGA, CHINANDEGA**
FECHA DE INSCRIPCIÓN: **DIECISIETE DE JUNIO DE MIL NOVECIENTOS NOVENTA Y UNO**
LUGAR Y FECHA EMISIÓN: **CHINANDEGA, CHINANDEGA, DIECISIETE DE MARZO DE DOS MIL VEINTICINCO**
OBSERVACIONES: ****
MODIFICACIONES: ****

1045-398-3557039

REGISTRADOR(A)
JOSE IGNACIO JUAREZ MORAN

081
E-1

SECRETARIO(A)
ARLEN MARIA RODRIGUEZ MAYORGA