**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs D.S., C.S., J.S., and M.S.*

**CARRAZCO LAW, A.P.C.**
Angel Carrazco, Jr. (SBN 230845)
angel@carrazcolawapc.com
Kent M. Henderson (SBN 139530)
hendolaw@gmail.com
Christopher L. Holm (SBN 308446)
chris@carrazcolawapc.com
18301 Irvine Boulevard
Tustin, CA 92780
Telephone: (714) 541-8600
Facsimile: (714) 541-8601

*Attorneys for Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon*

Roger A. Colvin (SBN 068773)
rcolvin@acglawfirm.com
Christy M. Garcia (SBN 316570)
**ALVAREZ-GLASMAN & COLVIN**
13181 Crossroads Parkway North,
Suite 400 – West Tower
City of Industry, California 91746
Tel. (562) 699-5500
Fax (562) 692-2244

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado, | **Case No. 2:23-cv-09412-CBM-AGR (Consolidated with Case No. 2:24-cv-04898-CBM-AGR)**<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING INITIAL PRETRIAL FILING DEADLINES BY ONE WEEK ONLY**<br><br>*[Proposed Order filed concurrently herewith]* |

| | |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 | |
| 4 | CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive, |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |
| | WILLIAM OMAR CASTILLO MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; JUANA MARIA MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; OSMAR ANTONIO CASTILLO BLANDON, a minor by and through Guardian ad litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, an individual; KARLA VANESSA BLANDON, an individual, |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | Plaintiffs, |
| 20 | v. |
| 21 | |
| 22 | CITY OF HUNTINGTON PARK; RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW RINCON, an individual; NICK NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL RODRIGUEZ, an individual; and DOES 1 TO 10, inclusive, |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | Defendants. |

STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING INITIAL PRETRIAL FILING DEADLINES BY ONE WEEK ONLY

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs D.S., C.S., J.S., and M.S. ("*Salgado* Plaintiffs"); Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadalupe Espinoza Salmeron, and Karla Vanessa Blandon ("*Miranda* Plaintiffs"); and Defendants City of Huntington Park, Rene Reza, April Wheeler, Matthew Rincon, Nick Nichols, Jose A. Yamasaki, and Saul Rodriguez ("Defendants")—the parties to this action—for the purpose of jointly requesting that the honorable Court enter an order, pursuant to Fed. R. Civ. P. 16(b)(4) and any applicable Orders of the Court, continuing the deadline for the filing of initial pretrial documents in this case by one week, as follows:

**GOOD CAUSE STATEMENT.**

1. WHEREAS, this is a wrongful death civil rights case involving the City of Huntington Park Police Department. The *Salgado* Plaintiffs' original Complaint was filed against the City of Huntington Park and Doe defendants on November 7, 2023. [Dkt. 1.] After that Complaint was filed, a First Amended Complaint was filed on July 10, 2024, naming additional defendants. [Dkt. 31-1.] All named defendants subsequently answered the First Amended Complaint.

2. The Court issued an Order setting pretrial and trial dates and deadlines in the *Salgado* action on April 30, 2024. [Dkt. 22.] Those dates and deadlines included a Pre Trial Conference set for April 22, 2025, at 2:30 p.m. [*Id.*]

3. The *Miranda* Plaintiffs' original Complaint was filed on June 11, 2024. [No. 2:24-cv-04898-CBM-AGR, Dkt. 1.] After that Complaint was filed, a First Amended Complaint was filed on July 29, 2024, naming additional defendants. [No. 2:24-cv-04898-CBM-AGR, Dkt. 12.] All named defendants subsequently answered the First Amended Complaint.

4. The Court issued an Order consolidating the *Salgado* and *Miranda* cases for purposes of discovery and trial on September 3, 2024, under the *Salgado* docket, No. 2:23-cv-09412-CBM-AGR. [Dkt. 38.]

5. This Court's Local Rules set forth various requirements for the filing of pretrial documents. These include requirements that parties file, "[n]ot later than twenty-one (21) days before the Final Pretrial Conference," a Memorandum of Contentions of Fact and law, a Witness List, and a Joint Exhibit List. (L.R. 16-4, 16-5, 16-6.1.) As such, these documents are currently due to the Court by April 1, 2025. [*See id.*, Dkt. 22.]

6. The parties to this action are currently set to participate in a mediation with panel mediator Richard Copeland on April 3, 2025.

7. Additionally, a motion for summary judgment filed in the *Miranda* action is currently set for a hearing before the Court on April 1, 2025, at 10:00 a.m. [No. 2:24-cv-04898-CBM-AGR, Dkt. 25.]

8. In order to allow the parties to participate in the scheduled mediation and endeavor to resolve this action prior to trial, without the parties first having to prepare and submit the above-mentioned pretrial documents to the Court, the parties are respectfully requesting that the Court continue the deadlines governing the submission of these documents by seven (7) days only, such that the Memoranda of Contentions of Fact and Law, Witness Lists, and Joint Exhibit List would be due on April 8, 2025.

9. This is the first request by the parties for a continuance of the above deadlines in this matter, and the fourth request for a continuance more generally.

/ / /

/ / /

-2-
STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING INITIAL PRETRIAL FILING DEADLINES BY ONE WEEK ONLY

**STIPULATION RE CONTINUANCE OF SCHEDULING ORDER DEADLINE.**

10. Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate and request an order continuing the deadline for the filing of the above-mentioned pretrial documents as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Deadline to File Memorandum of Contentions of Fact and Law (L.R. 16-4) | 04/01/2025 | 04/08/2025 |
| Deadline to File Witness List (L.R. 16-5) | 04/01/2025 | 04/08/2025 |
| Deadline to File Joint Exhibit List (L.R. 16-6.1) | 04/01/2025 | 04/08/2025 |

11. The parties are not currently requesting a continuance of any other dates or deadlines set by the Court in this case and the parties understand that all other dates and deadlines shall remain unchanged and unaffected by the parties' stipulation and by the Order requested by the parties.

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED: March 28, 2025                LAW OFFICES OF DALE K. GALIPO

                                     By:  /s/ Benjamin S. Levine
                                          Dale K. Galipo
                                          Benjamin S. Levine[1]
                                          *Attorneys for Plaintiffs D.S., C.S., J.S., and M.S.*

DATED: March 28, 2025                CARRAZCO LAW, A.P.C.

                                     By:  /s/ Kent M. Henderson
                                          Angel Carrazco, Jr.
                                          Kent M. Henderson
                                          Christopher L. Holm
                                          *Attorneys for Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon*

DATED: March 28, 2025                ALVAREZ-GLASMAN & COLVIN

                                     By:  /s/ Roger A. Colvin
                                          Roger A. Colvin
                                          Christy M. Garcia
                                          *Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.