**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| D.S., et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-09412-CBM (AGR) |
| v. | |
| City of Huntington Park, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

City of Huntington Park _____  ☐ Plaintiff ☒ Defendant ☐Other _____
*Name of Party*

☒ to substitute Caroline A. Byrne, Esq. _____ who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

555 Anton Boulevard, Suite 1200

Costa Mesa, CA 92626 _____  *Street Address*  cbyrne@woodruff.law
*City, State, Zip*                                              *E-Mail Address*

(714) 415-1054 _____ _____ 196541
*Telephone Number*         *Fax Number*      *State Bar Number*

as attorney of record instead of Roger A. Colvin, Esq., and Christy M. Garcia, Esq.
                                    *List **all** attorneys from same firm or agency who are withdrawing.*

_____

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

☒ The Court hereby orders that the request of | City of Huntington Park |
                                    *List **all** attorneys from same firm or agency who are withdrawing.*

| Roger A. Colvin, Esq., and Christy M. Garcia, Esq. |

to withdraw as attorney of record for | City of Huntington Park |
**is hereby** ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____        _____
                                    U. S. District Judge/U.S. Magistrate Judge