**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.S., et al. | CASE NUMBER |
| Plaintiff(s) | 2:23-cv-09412-CBM (AGR) |
| v. | |
| City of Huntington Park, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

[x] The Court hereby orders that the request of:

Nick Nichols          [ ] Plaintiff [x] Defendant [ ] Other _____
*Name of Party*

[x] to substitute Caroline A. Byrne, Esq.                                    who is

[x] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only) [ ] Pro Se

555 Anton Boulevard, Suite 1200

Costa Mesa, CA  92626          *Street Address*     cbyrne@woodruff.law
*City, State, Zip*                                                *E-Mail Address*

(714) 415-1054                                         196541
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of Roger A. Colvin, Esq., and Christy M. Garcia, Esq.
                                  *List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** [ ] **GRANTED** [ ] **DENIED**

[x] The Court hereby orders that the request of | Nick Nichols |
                                  *List **all** attorneys from same firm or agency who are withdrawing.*

| Roger A. Colvin, Esq., and Christy M. Garcia, Esq. |

to withdraw as attorney of record for | Nick Nichols |

**is hereby** [ ] **GRANTED** [ ] **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge