# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| D.S., et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-09412-CBM (AGR) |
| v. | |
| City of Huntington Park, et al. | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

[x] The Court hereby orders that the request of:

Matthew Rincon        ☐ Plaintiff  [x] Defendant  ☐ Other
*Name of Party*

[x] to substitute Caroline A. Byrne, Esq.    who is

[x] Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

555 Anton Boulevard, Suite 1200
*Street Address*

Costa Mesa, CA 92626              cbyrne@woodruff.law
*City, State, Zip*                *E-Mail Address*

(714) 415-1054                                196541
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record instead of Roger A. Colvin, Esq., and Christy M. Garcia, Esq.
List **all** attorneys from same firm or agency who are withdrawing.

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

[x] The Court hereby orders that the request of Matthew Rincon
List **all** attorneys from same firm or agency who are withdrawing.

Roger A. Colvin, Esq., and Christy M. Garcia, Esq.

to withdraw as attorney of record for Matthew Rincon

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____        _____
                                     U. S. District Judge/U.S. Magistrate Judge