**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.S., et al. | CASE NUMBER |
| Plaintiff(s) | 2:23-cv-09412-CBM (AGR) |
| v. | |
| City of Huntington Park, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

[x] The Court hereby orders that the request of:

April Wheeler
*Name of Party*    ☐ Plaintiff [x] Defendant ☐Other

[x] to substitute Caroline A. Byrne, Esq.    who is

[x] Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

555 Anton Boulevard, Suite 1200

Costa Mesa, CA 92626    *Street Address*    cbyrne@woodruff.law
*City, State, Zip*    *E-Mail Address*

(714) 415-1054        196541
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of Roger A. Colvin, Esq., and Christy M. Garcia, Esq.
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**☐ **GRANTED** ☐ **DENIED**

[x] The Court hereby orders that the request of April Wheeler
*List **all** attorneys from same firm or agency who are withdrawing.*

Roger A. Colvin, Esq., and Christy M. Garcia, Esq.

to withdraw as attorney of record for April Wheeler
**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge