# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., et al.<br><br>Plaintiff(s)<br>v.<br>City of Huntington Park, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:23-cv-09412-CBM (AGR)<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

[x] The Court hereby orders that the request of:

Saul Rodriguez                    ☐ Plaintiff  [x] Defendant  ☐ Other
*Name of Party*

[x] to substitute Caroline A. Byrne, Esq.                                          who is

[x] Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

555 Anton Boulevard, Suite 1200
Costa Mesa, CA  92626                *Street Address*     cbyrne@woodruff.law
*City, State, Zip*                                                                  *E-Mail Address*

(714) 415-1054                                                          196541
*Telephone Number*              *Fax Number*                        *State Bar Number*

as attorney of record instead of Roger A. Colvin, Esq., and Christy M. Garcia, Esq.
List **all** attorneys from same firm or agency who are withdrawing.

is hereby ☐ GRANTED  ☐ DENIED

[x] The Court hereby orders that the request of Saul Rodriguez
List **all** attorneys from same firm or agency who are withdrawing.

Roger A. Colvin, Esq., and Christy M. Garcia, Esq.

to withdraw as attorney of record for Saul Rodriguez

is hereby ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____          _____
                                                                           U. S. District Judge/U.S. Magistrate Judge