# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., et al.<br><br>Plaintiff(s)<br>v.<br>City of Huntington Park, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:23-cv-09412-CBM (AGR)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

[x] The Court hereby orders that the request of:

Jose A. Yamasaki    [ ] Plaintiff  [x] Defendant  [ ] Other
*Name of Party*

[x] to substitute Caroline A. Byrne, Esq.   who is

[x] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [ ] Pro Se

555 Anton Boulevard, Suite 1200
Costa Mesa, CA 92626                *Street Address*   cbyrne@woodruff.law
*City, State, Zip*                                                *E-Mail Address*

(714) 415-1054                                                    196541
*Telephone Number*             *Fax Number*                *State Bar Number*

as attorney of record instead of Roger A. Colvin, Esq., and Christy M. Garcia, Esq.
List **all** attorneys from same firm or agency who are withdrawing.

is hereby [ ] GRANTED  [ ] DENIED

[x] The Court hereby orders that the request of Jose A. Yamasaki
List **all** attorneys from same firm or agency who are withdrawing.

Roger A. Colvin, Esq., and Christy M. Garcia, Esq.

to withdraw as attorney of record for Jose A. Yamasaki
is hereby [ ] GRANTED  [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____        _____
                                                                        U. S. District Judge/U.S. Magistrate Judge