1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

12  D.S., a minor by and through his
13  guardian ad litem Elsa Acosta,
    individually and as successor-in-interest
14  to William Salgado; C.S., a minor by
    and through his guardian ad litem Elsa
15  Acosta, individually and as successor-
    in-interest to William Salgado; J.S., a
16  minor by and through her guardian ad
17  litem Elsa Acosta, individually and as
    successor-in-interest to William
18  Salgado; M.S., a minor by and through
    her guardian ad litem Elsa Acosta,
19  individually and as successor-in-interest
20  to William Salgado,

21              Plaintiffs,

22      v.

23

24  CITY OF HUNTINGTON PARK;
25  NICK NICHOLS; RENE REZA;
    MATTHEW RINCON; APRIL
26  WHEELER; and DOES 5 through 10,
27  inclusive,

28

**Case No. 2:23-cv-09412-CBM-AGR
(Consolidated with Case No. 2:24-cv-04898-CBM-AGR)**

*District Judge Consuelo B. Marshall*
*Magistrate Judge Alicia G. Rosenberg*

**ORDER RE: STIPULATION AND
JOINT REQUEST FOR ORDER
CONTINUING INITIAL PRETRIAL
FILING DEADLINES BY ONE
WEEK ONLY**

| | |
|---|---|
| 1 | Defendants. |
| 2 | WILLIAM OMAR CASTILLO MIRANDA, an individual and as |
| 3 | Successor in Interest for Decedent, WILLIAM RENE SALGADO |
| 4 | MIRANDA; JUANA MARIA MIRANDA, an individual and as |
| 5 | Successor in Interest for Decedent, |
| 6 | WILLIAM RENE SALGADO MIRANDA; OSMAR ANTONIO |
| 7 | CASTILLO BLANDON, a minor by |
| 8 | and through Guardian ad litem, EUGENIA GUADALUPE ESPINOZA |
| 9 | SALMERON; EUGENIA GUADALUPE ESPINOZA |
| 10 | SALMERON, an individual; KARLA |
| 11 | VANESSA BLANDON, an individual, |
| 12 | Plaintiffs, |
| 13 | |
| 14 | v. |
| 15 | CITY OF HUNTINGTON PARK; |
| 16 | RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW |
| 17 | RINCON, an individual; NICK |
| 18 | NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL |
| 19 | RODRIGUEZ, an individual; and |
| 20 | DOES 1 TO 10, inclusive, |
| 21 | Defendants. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority; after due consideration of all of the relevant pleadings, papers, and records in this action; Good Cause appearing therefor, IT IS HEREBY ORDERED that:

1.     The Court hereby orders that the following deadlines for the filing of pretrial documents required under the Court's Local Rules are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to File Memorandum of Contentions of Fact and Law (L.R. 16-4) | 04/01/2025 | 04/08/2025 |
| Deadline to File Witness List (L.R. 16-5) | 04/01/2025 | 04/08/2025 |
| Deadline to File Joint Exhibit List (L.R. 16-6.1) | 04/01/2025 | 04/08/2025 |

2.     Except as specified herein above, all other dates and deadlines shall remain unchanged and unaffected by the parties' stipulation and by this Order.

IT IS SO ORDERED.


DATED:  April 4, 2025


HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE