**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs D.S., C.S., J.S., and M.S.*

**CARRAZCO LAW, A.P.C.**
Angel Carrazco, Jr. (SBN 230845)
angel@carrazcolawapc.com
Kent M. Henderson (SBN 139530)
hendolaw@gmail.com
Christopher L. Holm (SBN 308446)
chris@carrazcolawapc.com
18301 Irvine Boulevard
Tustin, CA 92780
Telephone: (714) 541-8600
Facsimile: (714) 541-8601

*Attorneys for Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon*

Roger A. Colvin (SBN 068773)
rcolvin@acglawfirm.com
Christy M. Garcia (SBN 316570)
**ALVAREZ-GLASMAN & COLVIN**
13181 Crossroads Parkway North,
Suite 400 – West Tower
City of Industry, California 91746
Tel. (562) 699-5500
Fax (562) 692-2244

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado, | **Case No. 2:23-cv-09412-CBM-AGR (Consolidated with Case No. 2:24-cv-04898-CBM-AGR)**<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING PRETRIAL AND TRIAL DATES**<br><br>*[Proposed Order filed concurrently herewith]* |

STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING PRETRIAL AND TRIAL DATES

|   |   |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 | |
| 4 | CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive, |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |
| 9 | WILLIAM OMAR CASTILLO MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; JUANA MARIA MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; OSMAR ANTONIO CASTILLO BLANDON, a minor by and through Guardian ad litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, an individual; KARLA VANESSA BLANDON, an individual, |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | Plaintiffs, |
| 20 | v. |
| 21 | |
| 22 | CITY OF HUNTINGTON PARK; RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW RINCON, an individual; NICK NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL RODRIGUEZ, an individual; and DOES 1 TO 10, inclusive, |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | Defendants. |

STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING PRETRIAL AND TRIAL DATES

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs D.S., C.S., J.S., and M.S. ("*Salgado* Plaintiffs"); Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon ("*Miranda* Plaintiffs"); and Defendants City of Huntington Park, Rene Reza, April Wheeler, Matthew Rincon, Nick Nichols, Jose A. Yamasaki, and Saul Rodriguez ("Defendants")—the parties to this action—for the purpose of jointly requesting that the honorable Court enter an order, pursuant to Fed. R. Civ. P. 16(b)(4) and any applicable Orders of the Court, continuing the upcoming pretrial dates and deadlines and trial date in this action, based on the likelihood of settlement of these consolidated actions, as follows:

**GOOD CAUSE STATEMENT.**

1. WHEREAS, this is a wrongful death civil rights case involving the City of Huntington Park Police Department. The *Salgado* Plaintiffs' original Complaint was filed against the City of Huntington Park and Doe defendants on November 7, 2023. [Dkt. 1.] After that Complaint was filed, a First Amended Complaint was filed on July 10, 2024, naming additional defendants. [Dkt. 31-1.] All named defendants subsequently answered the First Amended Complaint.

2. The Court issued an Order setting pretrial and trial dates and deadlines in the *Salgado* action on April 30, 2024. [Dkt. 22.] Those dates and deadlines included a Pre Trial Conference set for April 22, 2025, at 2:30 p.m., and a Jury Trial set for May 27, 2025, at 10:00 a.m. [*Id.*]

3. The *Miranda* Plaintiffs' original Complaint was filed on June 11, 2024. [No. 2:24-cv-04898-CBM-AGR, Dkt. 1.] After that Complaint was filed, a First Amended Complaint was filed on July 29, 2024, naming additional defendants. [No. 2:24-cv-04898-CBM-AGR, Dkt. 12.] All named defendants subsequently answered the First Amended Complaint.

4. The Court issued an Order consolidating the *Salgado* and *Miranda* cases for purposes of discovery and trial on September 3, 2024, under the *Salgado* docket, No. 2:23-cv-09412-CBM-AGR. [Dkt. 38.]

5. A motion for summary judgment filed in the *Miranda* action was taken under submission by the Court on March 26, 2025, and is currently pending a decision by the Court. [No. 2:24-cv-04898-CBM-AGR, Dkt. 29.]

6. The parties to these consolidated actions participated in a mediation with panel mediator Richard Copeland on April 3, 2025. As a result of that mediation, Mr. Copeland has put forward a mediator's proposal to resolve each of the consolidated actions. Defendants' consideration of that proposal will require evaluation thereof by an excess insurance pool, which will be considering the mediator's proposal on May 16, 2025. The parties believe that there is a likelihood that the case will resolve following consideration of the mediator's proposal.

7. The parties are working cooperatively with the mediator in good faith to attempt to resolve these consolidated actions before trial and without expending additional resources unnecessarily and without unnecessarily taking the Court's time.

8. In order to allow the parties to further attempt to resolve these consolidated actions prior to trial based on the mediator's proposal, and for the mediator's proposal to be considered as scheduled on May 16, 2025, without the parties first having to submit required pretrial documents to the Court or taking up the Court's time with currently scheduled hearings, the parties are respectfully requesting that the Court continue the currently scheduled Pre Trial Conference, Jury Trial, and all pre-trial filing deadlines based on those dates (under this Court's Local Rules) by approximately 30 days, as set forth below.

9. To further facilitate consideration of the mediator's proposal on May 16, 2025, the parties also respectfully request that the Court delay issuance of an order on the pending motion for summary judgment until after that date.

10. This is the first request by the parties for a continuance of the Pre Trial Conference and Jury Trial in this matter, and the fifth request for a continuance more generally.

**STIPULATION RE CONTINUANCE OF SCHEDULING ORDER DEADLINE.**

11. Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate and request an order delaying the Court's issuance of a ruling on the pending summary judgment motion until after May 16, 2025; continuing the Pre Trial Conference and Jury Trial as follows; and further ordering that all pre-trial filing deadlines shall be governed by the new Pre Trial Conference and Jury Trial dates:

| EVENT | CURRENT DATE | REQUESTED DATE |
|---|---|---|
| **Pre Trial Conference** | 04/22/2025 2:30 p.m. | 5/27/2025 2:30 p.m. |
| **Jury Trial** | 05/27/2025 10:00 a.m. | 06/30/2025 10:00 a.m. |

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED: April 8, 2025         LAW OFFICES OF DALE K. GALIPO

                             By: /s/ Benjamin S. Levine
                                 Dale K. Galipo
                                 Benjamin S. Levine[1]
                                 *Attorneys for Plaintiffs D.S., C.S.,
                                 J.S., and M.S.*

DATED: April 8, 2025         CARRAZCO LAW, A.P.C.

                             By: /s/ Kent M. Henderson
                                 Angel Carrazco, Jr.
                                 Kent M. Henderson
                                 Christopher L. Holm
                                 *Attorneys for Plaintiffs William Omar
                                 Castillo Miranda, Juana Maria
                                 Miranda, Osmar Antonio Castillo
                                 Blandon, Eugenia Guadelupe Espinoza
                                 Salmeron, and Karla Vanessa Blandon*

DATED: April 8, 2025         ALVAREZ-GLASMAN & COLVIN

                             By: /s/ Roger A. Colvin
                                 Roger A. Colvin
                                 Christy M. Garcia
                                 *Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.