**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| D.S., et al. | CASE NUMBER |
| | |
| Plaintiff(s) | 2:23-cv-09412-CBM (AGR) |
| v. | |
| City of Huntington Park, et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [54] |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

City of Huntington Park          ☐ Plaintiff ☒ Defendant ☐Other
_Name of Party_

☒ to substitute Caroline A. Byrne, Esq.                                who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

555 Anton Boulevard, Suite 1200

Costa Mesa, CA  92626          _Street Address_          cbyrne@woodruff.law
_City, State, Zip_                                              _E-Mail Address_

(714) 415-1054                                              196541
_Telephone Number_          _Fax Number_          _State Bar Number_

as attorney of record instead of Roger A. Colvin, Esq., and Christy M. Garcia, Esq.
List **all** attorneys from same firm or agency who are withdrawing.

is hereby ☒ GRANTED  ☐ DENIED

☒ The Court hereby orders that the request of  City of Huntington Park
List **all** attorneys from same firm or agency who are withdrawing.

Roger A. Colvin, Esq., and Christy M. Garcia, Esq.

to withdraw as attorney of record for City of Huntington Park

is hereby ☐ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated  April 8, 2025                              _____
                                                U. S. District Judge