**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| D.S., et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-09412-CBM (AGR) |
| v. | |
| City of Huntington Park, et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [55] |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Nick Nichols                ☐ Plaintiff ☒ Defendant ☐ Other _____
_____
*Name of Party*

☒ to substitute  Caroline A. Byrne, Esq. _____  who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

555 Anton Boulevard, Suite 1200

| Costa Mesa, CA 92626 | *Street Address* | cbyrne@woodruff.law |
|---|---|---|
| *City, State, Zip* | | *E-Mail Address* |
| (714) 415-1054 | | 196541 |
| *Telephone Number* | *Fax Number* | *State Bar Number* |

as attorney of record instead of  Roger A. Colvin, Esq., and Christy M. Garcia, Esq.
                                 *List **all** attorneys from same firm or agency who are withdrawing.*

_____

is hereby ☒ GRANTED  ☐ DENIED

☒ The Court hereby orders that the request of  Nick Nichols
                                              *List **all** attorneys from same firm or agency who are withdrawing.*

Roger A. Colvin, Esq., and Christy M. Garcia, Esq.

to withdraw as attorney of record for  Nick Nichols

is hereby ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated  April 8, 2025 _____          _____
                                              U. S. District Judge