# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., et al.<br><br>Plaintiff(s)<br>v.<br>City of Huntington Park, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:23-cv-09412-CBM (AGR)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [56]** |

[x] The Court hereby orders that the request of:

**Rene Reza**
Name of Party          [ ] Plaintiff  [x] Defendant  [ ] Other

[x] to substitute **Caroline A. Byrne, Esq.** who is

[x] Retained Counsel  [ ] Counsel appointed by the Court (Criminal cases only)  [ ] Pro Se

555 Anton Boulevard, Suite 1200
Street Address

Costa Mesa, CA 92626          cbyrne@woodruff.law
City, State, Zip                E-Mail Address

(714) 415-1054                              196541
Telephone Number    Fax Number    State Bar Number

as attorney of record instead of **Roger A. Colvin, Esq., and Christy M. Garcia, Esq.**
List **all** attorneys from same firm or agency who are withdrawing.

is hereby [X] GRANTED  [ ] DENIED

[x] The Court hereby orders that the request of **Rene Reza**
List **all** attorneys from same firm or agency who are withdrawing.

Roger A. Colvin, Esq., and Christy M. Garcia, Esq.

to withdraw as attorney of record for **Rene Reza**

is hereby [ ] GRANTED  [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated   April 8, 2025



U. S. District Judge