UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., et al.<br><br>Plaintiff(s)<br><br>v.<br><br>City of Huntington Park, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:23-cv-09412-CBM (AGR)<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [57] |

[x] The Court hereby orders that the request of:

Matthew Rincon    ☐ Plaintiff [x] Defendant ☐ Other
*Name of Party*

[x] to substitute Caroline A. Byrne, Esq.    who is

[x] Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

555 Anton Boulevard, Suite 1200

Costa Mesa, CA 92626           *Street Address*    cbyrne@woodruff.law
*City, State, Zip*                                  *E-Mail Address*

(714) 415-1054                                      196541
*Telephone Number*           *Fax Number*           *State Bar Number*

as attorney of record instead of Roger A. Colvin, Esq., and Christy M. Garcia, Esq.
List **all** attorneys from same firm or agency who are withdrawing.

is hereby [X] GRANTED ☐ DENIED

[x] The Court hereby orders that the request of Matthew Rincon
List **all** attorneys from same firm or agency who are withdrawing.

Roger A. Colvin, Esq., and Christy M. Garcia, Esq.

to withdraw as attorney of record for Matthew Rincon

is hereby ☐ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated April 8, 2025                     _____
                                        U. S. District Judge

G-01 ORDER (02/24)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY