# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., et al.<br><br>Plaintiff(s)<br><br>v.<br><br>City of Huntington Park, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:23-cv-09412-CBM (AGR)<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [58] |

[x] The Court hereby orders that the request of:

**April Wheeler**
*Name of Party*       ☐ Plaintiff  [x] Defendant  ☐ Other

[x] to substitute **Caroline A. Byrne, Esq.**         who is

[x] Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

555 Anton Boulevard, Suite 1200
*Street Address*

Costa Mesa, CA  92626          cbyrne@woodruff.law
*City, State, Zip*                *E-Mail Address*

(714) 415-1054                     196541
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record instead of **Roger A. Colvin, Esq., and Christy M. Garcia, Esq.**
*List all attorneys from same firm or agency who are withdrawing.*

is hereby [x] GRANTED  ☐ DENIED

[x] The Court hereby orders that the request of **April Wh**
*List all attorneys from same firm or agency who are withdrawing.*

**Roger A. Colvin, Esq., and Christy M. Garcia, Esq.**

to withdraw as attorney of record for **April Wheeler**

is hereby ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated **April 8, 2025**            _____
                                           U.S. District Judge