# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., et al.<br><br>Plaintiff(s)<br>v.<br>City of Huntington Park, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:23-cv-09412-CBM (AGR)<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [59] |

[X] The Court hereby orders that the request of:

**Saul Rodriguez** — Name of Party     [ ] Plaintiff  [X] Defendant  [ ] Other

[X] to substitute **Caroline A. Byrne, Esq.**     who is

[X] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [ ] Pro Se

555 Anton Boulevard, Suite 1200
Costa Mesa, CA 92626 — City, State, Zip
Street Address
E-Mail Address: cbyrne@woodruff.law
Telephone Number: (714) 415-1054
State Bar Number: 196541

as attorney of record instead of **Roger A. Colvin, Esq., and Christy M. Garcia, Esq.**
List **all** attorneys from same firm who are withdrawing.

is hereby [X] GRANTED   [ ] DENIED

[X] The Court hereby orders that the request of **Saul Rodriguez**
List **all** attorneys from same firm or agency who are withdrawing.

Roger A. Colvin, Esq., and Christy M. Garcia, Esq.

to withdraw as attorney of record for **Saul Rodriguez**

is hereby [ ] GRANTED   [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated April 8, 2025



U. S. District Judge