# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., et al.<br><br>Plaintiff(s)<br><br>v.<br><br>City of Huntington Park, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:23-cv-09412-CBM (AGR)<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [60] |

[x] The Court hereby orders that the request of:

Jose A. Yamasaki          [ ] Plaintiff  [x] Defendant  [ ] Other
_Name of Party_

[x] to substitute Caroline A. Byrne, Esq.                                   who is

[x] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [ ] Pro Se

555 Anton Boulevard, Suite 1200
_Street Address_

Costa Mesa, CA  92626                      cbyrne@woodruff.law
_City, State, Zip_                          _E-Mail Address_

(714) 415-1054                                                    196541
_Telephone Number_         _Fax Number_            _State Bar Number_

as attorney of record instead of Roger A. Colvin, Esq., and Christy M. Garcia, Esq.
_List all attorneys from same firm or agency who are withdrawing._

is hereby [x] GRANTED   [ ] DENIED

[x] The Court hereby orders that the request of Jose A Yamasaki
_List all attorneys from same firm or agency who are withdrawing._

Roger A. Colvin, Esq., and Christy M. Garcia, Esq.

to withdraw as attorney of record for Jose A. Yamasaki

is hereby [ ] GRANTED   [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  April 8, 2025                              _/s/_
                                               U. S. District Judge