NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>   Plaintiffs,<br><br> v.<br><br>CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive, | **Case No. 2:23-cv-09412-CBM-AGR (Consolidated with Case No. 2:24-cv-04898-CBM-AGR)**<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**ORDER RE: STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING PRETRIAL AND TRIAL DATES** |

|   |   |
|---|---|
| 1 | Defendants. |
| 2 | WILLIAM OMAR CASTILLO MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; JUANA MARIA MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; OSMAR ANTONIO CASTILLO BLANDON, a minor by and through Guardian ad litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, an individual; KARLA VANESSA BLANDON, an individual, |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Plaintiffs, |
| 14 | v. |
| 15 | CITY OF HUNTINGTON PARK; RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW RINCON, an individual; NICK NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL RODRIGUEZ, an individual; and DOES 1 TO 10, inclusive, |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Defendants. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority; after due consideration of all of the relevant pleadings, papers, and records in this action; Good Cause appearing therefor, IT IS HEREBY ORDERED that:

1. The following dates for the Pre Trial Conference and Jury Trial in this case are continued as follows, with all pre-trial filing deadlines to be governed by these new dates:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| **Pre Trial Conference** | 04/22/2025 2:30 p.m. | 5/27/2025 2:30 p.m. |
| **Jury Trial** | 05/27/2025 10:00 a.m. | 07/01/2025 10:00 a.m. |

2. The parties shall file a status report advising the Court of the status of settlement on or before May 21, 2025.

3. The Court's anticipated ruling on the pending summary judgment motion will be HELD IN ABEYANCE until the Court has received and considered the parties' status report.

**IT IS SO ORDERED.**

DATED: April 9, 2025

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE