Name and address:
Roberta A. Kraus    SBN:117658
WOODRUFF & SMART, APC
555 Anton Boulevard, Suite 1200
Costa Mesa, CA 92626
Telephone No.: (714) 558-7000
Facsimile No.: (714) 835-7787

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| D.S., et al. | CASE NUMBER: |
|---|---|
| | 2:23-cv-09412-CBM-AGR |
| v.     PLAINTIFF(S) | (Consolidated with Case No. 2:24-cv-04898-CBM-AGR) |
| CITY OF HUNTINGTON PARK, et al. | **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |
| DEFENDANT(S) | |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.

**SECTION I - IDENTIFYING INFORMATION**

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Roberta A. Kraus                              CA Bar Number: 117658

Firm or agency: Woodruff & Smart, APC

Address: 555 Anton Blvd., Suite 1200, Costa Mesa, CA 92626

Telephone Number: (714) 558-7000          Fax Number: (714) 835-7787

Email: bkraus@woodruff.law

Counsel of record for the following party or parties: Defendants City of Huntington Park, Nick Nichols, Rene Reza, Matthew Rincon, April Wheeler, Jose A. Yamasaki and Saul Rodriguez.

4913-8625-6692, v. 1

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of California_____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO    ☐ FPDO    ☐ CJA Appointment    ☐ Pro Bono    ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

***Notices of Electronic Filing will be terminated****. Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____ .

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.

*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____ .

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____ .

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: April 11, 2025

Signature: /s/ Robert A. Kraus

Name: Roberta A. Kraus

4913-8625-6692, v. 1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On April 11, 2025, I served the foregoing document(s) described as **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL**

☐   by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐   **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒   **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐   **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☐   **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☐   **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on April 11, 2025, at Costa Mesa, California.

                                        */s/Vilay Lee*
                                        Vilay Lee

4917-1784-7603, v. 1

**D.S., et al. v. CITY OF HUNTINGTON PARK, et al.**

**USDC, CENTRAL DISTRICT COURT**
**CASE NO. 2:23-cv-09412 (Lead Case No.)**
**Consolidated with Case No. 2:24-cv-04898-CBM-AGR**

**ASSIGNED FOR ALL PURPOSES TO**
**HONORABLE CONSUELO B. MARSHALL**
**COURTROOM 8D**
**MAGISTRATE JUDGE ALICIA G. ROSENBERG**
**COURTROOM 550**

**SERVICE LIST**

| | |
|---|---|
| Dale K. Galipo<br>Benjamin S. Levine<br>LAW OFFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Tel: (818) 347-3333 \| Fax: (818) 347-4118<br>Email: dalekgalipo@yahoo.com<br>blevine@galipolaw.com | Attorneys for Plaintiffs<br>**DS., CS., JS., and M.S.** |
| Oscar H. Gutierrez<br>LAW OFFICES OF OSCAR H. GUTIERREZ, APC<br>6086 York Blvd.<br>Los Angeles, CA 90042<br>Tel: (323) 999-3500 \| Fax: (323) 999-3537<br>Email: attorneygutierrez@gmail.com | Attorneys for Plaintiffs<br>**DS., CS., JS., and M.S.** |
| Angel Carrazco, Jr.<br>Kent Mr. Henderson<br>Christopher L. Holm<br>CARRAZCO LAW, APC<br>18301 Irvine Blvd.<br>Tustin, CA 92780<br>Tel: (714) 541-8600 \| Fax: (714) 541-8601<br>Email: angel@carrazcolawapc.com<br>hendolaw@gmail.com<br>chris@carrazcolawapc.com | Attorneys for Plaintiffs<br>**WILLIAM OMAR, CASTILLO MIRANDA, JUANA MARIA MIRANDA, OSMAR ANTONIO CASTILLO BLANDON, EUGENIA GUADELUPE ESPINOZA SALMERON, and KARLA VANESSA BLANDON** |

4917-1784-7603, v. 1