# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive, | **Case No. 2:23-cv-09412-CBM-AGR (Consolidated with Case No. 2:24-cv-04898-CBM-AGR)**<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**ORDER RE: STIPULATION AND JOINT REQUEST FOR ORDER CONTINUING PRETRIAL FILING DEADLINES** |

Defendants.

WILLIAM OMAR CASTILLO MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; JUANA MARIA MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; OSMAR ANTONIO CASTILLO BLANDON, a minor by and through Guardian ad litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, an individual; KARLA VANESSA BLANDON, an individual,

Plaintiffs,

v.

CITY OF HUNTINGTON PARK; RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW RINCON, an individual; NICK NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL RODRIGUEZ, an individual; and DOES 1 TO 10, inclusive,

Defendants.

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority; after due consideration of all of the relevant pleadings, papers, and records in this action; Good Cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Court hereby orders that the following deadlines for the filing of pretrial documents required under the Court's Local Rules are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to File Memorandum of Contentions of Fact and Law (L.R. 16-4) | 05/06/2025 | 05/20/2025 |
| Deadline to File Witness List (L.R. 16-5) | 05/06/2025 | 05/20/2025 |
| Deadline to File Joint Exhibit List (L.R. 16-6.1) | 05/06/2025 | 05/20/2025 |
| Deadline to File Final Pretrial Conference Order (L.R. 16-7.1) | 05/16/2025 | 05/23/2025 |

/ / /

/ / /

/ / /

2. Except as specified herein above, all other dates and deadlines shall remain unchanged and unaffected by the parties' stipulation and by this Order.

**IT IS SO ORDERED.**

DATED: May 7, 2025

                                        HON. CONSUELO B. MARSHALL
                                        UNITED STATES DISTRICT JUDGE