**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs D.S., C.S., J.S., and M.S.*

**CARRAZCO LAW, A.P.C.**
Angel Carrazco, Jr. (SBN 230845)
angel@carrazcolawapc.com
Kent M. Henderson (SBN 139530)
hendolaw@gmail.com
Christopher L. Holm (SBN 308446)
chris@carrazcolawapc.com
18301 Irvine Boulevard
Tustin, CA 92780
Telephone: (714) 541-8600
Facsimile: (714) 541-8601

*Attorneys for Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon*

Caroline A. Byrne (SBN 196541)
cbyrne@woodruff.law
Brian A. Moore (SBN 252900)
bmoore@woodruff.law
Roberta A. Kraus (SBN 117658)
bkraus@woodruff.law
**WOODRUFF & SMART**
555 Anton Blvd., Suite 1200
Costa Mesa, CA 92626
Tel. (714) 558-7000
Fax (714) 835-7787

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado, | **Case No. 2:23-cv-09412-CBM-AGR (Consolidated with Case No. 2:24-cv-04898-CBM-AGR)**<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES** |

| | |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 | |
| 4 | CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive, |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |
| 8 | WILLIAM OMAR CASTILLO MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; JUANA MARIA MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; OSMAR ANTONIO CASTILLO BLANDON, a minor by and through Guardian ad litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, an individual; KARLA VANESSA BLANDON, an individual, |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | Plaintiffs, |
| 20 | v. |
| 21 | |
| 22 | CITY OF HUNTINGTON PARK; RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW RINCON, an individual; NICK NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL RODRIGUEZ, an individual; and DOES 1 TO 10, inclusive, |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | Defendants. |

NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES

**TO THE HONORABLE COURT:**

Plaintiffs D.S., C.S., J.S., and M.S. ("*Salgado* Plaintiffs"); Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon ("*Miranda* Plaintiffs"); and Defendants City of Huntington Park, Rene Reza, April Wheeler, Matthew Rincon, Nick Nichols, Jose A. Yamasaki, and Saul Rodriguez ("Defendants"), by and through their respective attorneys of record, hereby inform the Court of their conditional settlement of this entire consolidated matter, and respectfully request that the Court vacate all dates in this matter as the parties finalize their settlement, and stipulate as follows.

WHEREAS, on April 3, 2025, the parties participated in a mediation with ADR Panel Mediator Richard Copeland.

WHEREAS, on May 16, 2025, following the mediation and continued cooperation between Mr. Copeland and counsel for all parties, the pertinent authorities for the City of Huntington Park approved a proposed settlement to resolve both of these consolidated cases in their entirety.

WHEREAS, following this approval, a stipulation for settlement has been circulated by Mr. Copeland and has been executed by all parties and counsel except, as of the time of this filing, the representative for the City of Huntington Park. Given upcoming deadlines in this case, the parties wish to make the Court aware of the approval of the settlement and are content to have the remaining dates and deadlines vacated based on the settlement.

WHEREAS, the parties respectfully request that all dates and deadlines be vacated based on the parties' settlement of the entire action.

WHEREAS, the parties further request that the Court maintain jurisdiction over this action for sixty (60) days to allow time for the parties to consummate the terms of the settlement, including execution of the release agreement and payment of the settlement funds, and for the parties to subsequently file a stipulated dismissal

-1-
NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES

1  of the action with prejudice. The parties further request that the Court set a status
2  conference or a deadline for the parties to file a status report in approximately sixty
3  (60) days, at which time the parties can advise the Court of the status of settlement,
4  if dismissal documents have not yet been filed by that time.
5      WHEREAS, based on the above, good cause exists for granting the parties'
6  stipulation.
7
8  / / /
9
10 / / /
11
12 / / /
13
14 / / /
15
16 / / /
17
18 / / /
19
20 / / /
21
22 / / /
23
24 / / /
25
26 / / /
27
28 / / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED: May 20, 2025 | | LAW OFFICES OF DALE K. GALIPO |
| | | By: /s/ Benjamin S. Levine |
| | | Dale K. Galipo |
| | | Benjamin S. Levine[1] |
| | | *Attorneys for Plaintiffs D.S., C.S., J.S., and M.S.* |
| DATED: May 20, 2025 | | CARRAZCO LAW, A.P.C. |
| | | By: /s/ Kent M. Henderson |
| | | Angel Carrazco, Jr. |
| | | Kent M. Henderson |
| | | Christopher L. Holm |
| | | *Attorneys for Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon* |
| DATED: May 20, 2025 | | WOODRUFF & SMART |
| | | By: /s/ Caroline A. Byrne |
| | | Caroline A. Byrne |
| | | Brian A. Moore |
| | | Roberta A. Kraus |
| | | *Attorneys for Defendants* |

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.