UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 23-09412-CBM-AGR<br>CONSOLIDATED W/ CV 24-4898-CBM(AGRx) | Date | May 21, 2025 |
|---|---|---|---|
| Title | D.S. et al v. City of Huntington Park et al<br>William Castillo-Miranda et al v. City of Huntington Park, et al | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of conditional settlement, filed May 20, 2025, indicating a conditional settlement of the entire consolidated matter, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

No later than **July 21, 2025**, the parties shall file either a stipulation re dismissal and order for dismissal, a notice of voluntary dismissal (to the extent permitted under Federal Rule of Civil Procedure 41(a)(1)(A)(i)), or a judgment.   Failure to timely file a stipulation and order for dismissal, a notice of voluntary dismissal, or a judgment shall result in the dismissal of this action.

The pretrial and trial dates are now vacated, and the Court will not issue orders on any pending motions or applications.

**IT IS SO ORDERED.**

cc: all parties