**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs D.S., C.S., J.S., and M.S.*

**CARRAZCO LAW, A.P.C.**
Angel Carrazco, Jr. (SBN 230845)
angel@carrazcolawapc.com
Kent M. Henderson (SBN 139530)
hendolaw@gmail.com
Christopher L. Holm (SBN 308446)
chris@carrazcolawapc.com
18301 Irvine Boulevard
Tustin, CA 92780
Telephone: (714) 541-8600
Facsimile: (714) 541-8601

*Attorneys for Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon*

Caroline A. Byrne (SBN 196541)
cbyrne@woodruff.law
Brian A. Moore (SBN 252900)
bmoore@woodruff.law
Roberta A. Kraus (SBN 117658)
bkraus@woodruff.law
**WOODRUFF & SMART**
555 Anton Blvd., Suite 1200
Costa Mesa, CA 92626
Tel. (714) 558-7000
Fax (714) 835-7787

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado, | **Case No. 2:23-cv-09412-CBM-AGR (Consolidated with Case No. 2:24-cv-04898-CBM-AGR)**<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**JOINT STATUS REPORT RE SETTLEMENT AND REQUEST TO CONTINUE DISMISSAL DEADLINE** |

|   |   |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 |   |
| 4 | CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive, |
| 5 |  |
| 6 |  |
| 7 |   |
| 8 | Defendants. |
|   | WILLIAM OMAR CASTILLO MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; JUANA MARIA MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; OSMAR ANTONIO CASTILLO BLANDON, a minor by and through Guardian ad litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, an individual; KARLA VANESSA BLANDON, an individual, |
| 9 |  |
| 10 |  |
| 11 |  |
| 12 |  |
| 13 |  |
| 14 |  |
| 15 |  |
| 16 |  |
| 17 |  |
| 18 |  |
| 19 | Plaintiffs, |
| 20 | v. |
| 21 |   |
| 22 | CITY OF HUNTINGTON PARK; RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW RINCON, an individual; NICK NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL RODRIGUEZ, an individual; and DOES 1 TO 10, inclusive, |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 | Defendants. |

JOINT STATUS REPORT RE SETTLEMENT AND REQUEST TO CONTINUE DISMISSAL DEADLINE

**TO THE HONORABLE COURT:**

Plaintiffs D.S., C.S., J.S., and M.S., minors, by and through their Guardian Ad Litem Elsa Acosta; Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, O.C.E., a minor, by and through his Guardian Ad Litem, Eugenia Guadelupe Espinoza Salmeron, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon; and Defendants City of Huntington Park, Rene Reza, April Wheeler, Matthew Rincon, Nick Nichols, Jose A. Yamasaki, and Saul Rodriguez, by and through their respective attorneys of record (collectively, the "Parties"), hereby submit this joint report to advise the Court regarding the status of settlement of these consolidated actions.

On May 20, 2025, the Parties informed the Court of their conditional settlement of the entire consolidated matter and requested that the Court vacate all remaining dates. [Dkt. 75.] The Court then issued an order vacating all remaining dates and setting a deadline of July 21, 2025, for the Parties to file a request for dismissal of the consolidated actions. [Dkt. 76.]

The parties and their counsel have since been working to finalize their settlement, including in arranging structured annuities for the minor plaintiffs in each of the two consolidated actions. The terms of these annuities, and the settlement of the minor plaintiffs' claims, will require the Court's approval. *See Robidoux v. Rosengren*, 638 F.3d 1177, 1179 (9th Cir. 2011); Cal. Code Civ. Proc. § 372(a)(3). Plaintiffs intend to file applications for the compromise of the minor plaintiffs' claims very soon.

Accordingly, to allow the parties sufficient time to finalize the settlement, and for the applications for the compromise of the minor plaintiffs' claims to be filed and ruled upon by the Court, the parties respectfully request that the Court continue the current deadline to request dismissal of the consolidated actions by ninety-one

(91) days, from July 21, 2025, to October 20, 2025.[1] The parties respectfully submit that good cause exists for this request based on the foregoing details and the parties' and counsel's continued good-faith efforts toward finalization of the settlement.

Respectfully submitted,

DATED: July 18, 2025          LAW OFFICES OF DALE K. GALIPO

                              By:  /s/ Benjamin S. Levine
                                   Dale K. Galipo
                                   Benjamin S. Levine[2]
                                   *Attorneys for Plaintiffs D.S., C.S.,
                                   J.S., and M.S.*

DATED: July 18, 2025          CARRAZCO LAW, A.P.C.

                              By:  /s/ Kent M. Henderson
                                   Angel Carrazco, Jr.
                                   Kent M. Henderson
                                   Christopher L. Holm
                                   *Attorneys for Plaintiffs William Omar
                                   Castillo Miranda, Juana Maria
                                   Miranda, Osmar Antonio Castillo
                                   Blandon, Eugenia Guadelupe Espinoza
                                   Salmeron, and Karla Vanessa Blandon*

DATED: July 18, 2025          WOODRUFF & SMART

                              By:  /s/ Caroline A. Byrne
                                   Caroline A. Byrne
                                   Brian A. Moore
                                   Roberta A. Kraus
                                   *Attorneys for Defendants*

---

[1] A 90-day continuance would result in a deadline of October 19, 2025, a Sunday.
[2] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.