UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-9412-CBM-AGR | Date | July 21, 2025 |
| Title | D.S. et al. v. City of Huntington Park et al. | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:    IN CHAMBERS- ORDER RE: JOINT STATUS REPORT RE SETTLEMENT AND REQUEST TO CONTINUE DISMISSAL DEADLINE**

The matter before the Court the Joint Status Report re Settlement and Request to Continue Dismissal Deadline. (Dkt. No. 77.) The Request is approved, and the deadline for the parties to file dismissal papers is continued to **October 20, 2025**.

**IT IS SO ORDERED.**