UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-9412-CBM-AGR | Date | July 21, 2025 |
| Title | D.S. et al. v. City of Huntington Park et al. | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: PLAINTIFFS'** *EX PARTE* **APPLICATION FOR APPROVAL OF COMPROMISE OF THE CLAIMS OF MINOR PLAINTIFFS D.S., C.S. J.S., AND M.S.**

The matter before the Court is Plaintiffs' *Ex Parte* Application for Approval of Compromise of the Claims of Minor Plaintiffs D.S., C.S., J.S., and M.S. (Dkt. No. 78.) The Court sets the matter for an in person hearing on **July 30, 2025 at 10:00 a.m**. Counsel, the guardian *ad litem* and Minor Plaintiffs are ordered to appear in person pursuant to Cal. Rule of Court 7.952. *See also* L.R. 17-1.3.

**IT IS SO ORDERED.**