# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF HUNTINGTON PARK, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–09412–CBM–AGR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __7/23/2025__

Document No.:   __82__

Title of Document:   __PLAINTIFF'S CONDITIONAL REQUEST FOR LEAVE TO SUBMIT DECLARATION OF COUNSEL FOR IN CAMERA REVIEW__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __July 23, 2025__     By:  __/s/ *Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov*__
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS