UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:23-cv-9412-CBM-AGR |
| Date | July 25, 2025 |
| Title | D.S. et al. v. City of Huntington Park et al. |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

NONE PRESENT                       NONE PRESENT

**Proceedings:** **IN CHAMBERS- ORDER RE: PLAINTIFFS' CONDITIONAL REQUEST FOR LEAVE TO SUBMIT DECLARATION OF COUNSEL FOR IN CAMERA REVIEW**

The matter before the Court is Plaintiffs' Conditional Request for Leave to Submit Declaration of Counsel for In Camera Review (Dkt. No. 82 (the "Request").). The Request is **GRANTED**, and counsel shall submit a declaration for *in camera* review to CBM_Chambers@cacd.uscourts.gov **no later than 12:00 p.m. on July 28, 2025**.

**IT IS SO ORDERED.**