**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-09412-CBM-AGR<br><br>*District Judge Consuelo B. Marshall*<br><br>**ORDER [81]** |

ORDER

# ORDER

Pursuant to the unopposed requests by Plaintiffs and their counsel (Dkt. No. 81), after due consideration thereof, and good cause appearing, IT IS HEREBY ORDERED that, with regard to the hearing on Plaintiffs' *Ex Parte* Application for Approval of Compromise of the Claims of Minor Plaintiffs D.S., C.S., J.S., and M.S., set for July 30, 2025, at 10:00 a.m.:

1. Plaintiffs' counsel, Benjamin Levine, may appear in person in lieu of Plaintiffs' lead trial counsel; and
2. Plaintiffs D.S., C.S., J.S., and M.S., and their Guardian *ad Litem*, Elsa Acosta, may appear remotely by video. Instructions for Plaintiffs' and their Guardian *ad Litem*'s remote appearance by video at the hearing will be provided by separate communication from the Court.

This Order does not affect counsel's obligation to appear for the hearing in person.

**IT IS SO ORDERED.**

DATED: July 28, 2025

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE