UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-9412-CBM-AGR | Date | July 28, 2025 |

| | |
|---|---|
| Title | *Castillo-Miranda et al. v. City of Huntington Park et al.* (consolidated with *D.S. et al. v. City of Huntington Park et al.* (Lead Case)) |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:  **IN CHAMBERS- ORDER RE: PLAINTIFFS' EX PARTE APPLICATION AND PETITION FOR APPROVAL OF MINORS' COMPROMISE OF MINOR PLAINTIFF O.C.E.**

The matter before the Court is Plaintiffs' Ex Parte Application and Petition for Approval of Minors' Compromise of Minor Plaintiff O.C.E. (Dkt. No. 85.)  The Court sets the matter for an **in person** hearing on **July 30, 2025 at 10:00 a.m**.  Counsel, the guardian *ad litem* Eugenia Guadalupe Espinoza Salmeron, and Minor Plaintiff O.C.E. are ordered to appear in person pursuant to Cal. Rule of Court 7.952.  *See also* L.R. 17-1.3.

Defense counsel should also be prepared to address at the hearing whether Defendants' pending Motion for Summary Judgment will be withdrawn or whether it should be denied without prejudice in light of the settlement.

**IT IS SO ORDERED.**