1  **CARRAZCO LAW, A.P.C.**
2  Angel Carrazco, Jr. (SBN 230845)
   angel@carrazcolawapc.com
3  Kent M. Henderson (SBN 139530)
   hendolaw@gmail.com
4  Christopher L. Holm (SBN 308446)
   chris@carrazcolawapc.com
5  18301 Irvine Boulevard
   Tustin, CA 92780
6  Telephone:   (714) 541-8600
   Facsimile:   (714) 541-8601
7  *Attorneys for Plaintiffs*

8                **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10  D.S., a minor by and through his         **Case No. 2:23-cv-09412-CBM-AGR**
    guardian ad litem Elsa Acosta,           **(Consolidated with Case No. 2:24-cv-**
11  individually and as successor-in-interest **04898-CBM-AGR)**
    to William Salgado; C.S., a minor by
12  and through his guardian ad litem Elsa    *District Judge Consuelo B. Marshall*
    Acosta, individually and as successor-   *Magistrate Judge Alicia G. Rosenberg*
13  in-interest to William Salgado; J.S., a
    minor by and through her guardian ad     **REQUEST OF PLAINTIFFS'**
14  litem Elsa Acosta, individually and as   **COUNSEL TO:**
15  successor-in-interest to William
    Salgado; M.S., a minor by and through    **(1) ALLOW NON-LEAD TRIAL**
16  her guardian ad litem Elsa Acosta,           **COUNSEL AT HEARING ON**
17  individually and as successor-in-interest     **APPLICATION FOR**
    to William Salgado,                           **APPROVAL OF**
18                                                 **COMPROMISE FOR MINOR**
                                                   **PLAINTIFF, O.C.E.; AND**
19                Plaintiffs,                  **(2) REMOTE APPEARANCE OF**
20          v.                                     **PLAINTIFF O.C.E. AND**
                                                   **THEIR GUARDIAN AD**
21  CITY OF HUNTINGTON PARK;                       **LITEM, EUGENIA**
    NICK NICHOLS; RENE REZA;                       **GUADELUPE ESPINOZA**
22  MATTHEW RINCON; APRIL                          **SALMERON**
23  WHEELER; and DOES 5 through 10,          **[Proposed Order filed concurrently**
    inclusive,                               **herewith]**
24
                Defendants.                  **Hearing date: July 30, 2025**
25                                           **Hearing time: 10:00 am**
26                                           **Courtroom:   8D**
27

28

WILLIAM OMAR CASTILLO
MIRANDA, an individual and as
Successor in Interest for Decedent,
WILLIAM RENE SALGADO
MIRANDA; JUANA MARIA
MIRANDA, an individual and as
Successor in Interest for Decedent,
WILLIAM RENE SALGADO
MIRANDA; OSMAR ANTONIO
CASTILLO BLANDON, a minor by
and through Guardian ad litem,
EUGENIA GUADALUPE ESPINOZA
SALMERON; EUGENIA
GUADALUPE ESPINOZA
SALMERON, an individual; KARLA
VANESSA BLANDON, an individual,

    Plaintiffs,

        v.

CITY OF HUNTINGTON PARK;
RENE REZA, an individual; APRIL
WHEELER, an individual; MATTHEW
RINCON, an individual; NICK
NICHOLS, an individual; JOSE A.
YAMASAKI, an individual; SAUL
RODRIGUEZ, an individual; and
DOES 1 TO 10, inclusive,

    Defendants.

**TO THE HONORABLE COURT:**

I.    **INTRODUCTION**

Counsel for Plaintiffs respectfully request the Court:

1. Allow Non-Lead Counsel to appear at the hearing for Approval of Minor's Compromise filed on behalf of minor Plaintiff, O.C.E.; and

2. Permit minor Plaintiff, O.C.E. and their *Guardian ad Litem*, EUGENIA GUADELUPE ESPINOZA SALMERON, to appear remotely for the hearing.

II.    **PLAINTIFFS REQUEST THAT NON-LEAD TRIAL COUNSEL BE PERMITTED TO APPEAR AT THE HEARING TO APPROVE THE MINOR'S COMPROMISE FILED FOR MINOR PLAINTIFF, O.C.E.**

Counsel for Plaintiff, O.C.E., by and through their *Guardian ad litem*, EUGENIA GUADELUPE ESPINOZA SALMERON, hereby respectfully request that Kent M. Henderson, Esq. and/or Christopher L. Holm, Esq. be allowed to appear at the upcoming hearing on Plaintiff's *Ex Parte* Application for Approval of Minor's Compromise of the Claims of Minor, O.C.E., in lieu of lead trial counsel, Angel Carrazco, Jr.

This Court's Standing Order reads: "Lead trial counsel shall attend any proceeding before this Court…" (Dkt. 8, ¶2).  Lead trial counsel, Angel Carrazco, Jr. is unavailable to attend on the date set by the Court for this hearing due to previously scheduled deposition of a subpoenaed treating doctor (3rd time set) in a state case.  Accordingly, Plaintiffs respectfully seek leave to allow either Mr. Henderson or Mr. Holm, both of whom are intimately familiar with the case and the materials submitted to the Court as part of the *ex parte* application that is the subject the hearing, be allowed to appear instead.

\\

\\

REQUEST OF PLAINTIFFS' COUNSEL TO: ALLOW NON-LEAD TRIAL COUNSEL AT HEARING ON APPLICATION FOR APPROVAL OF COMPROMISE FOR MINOR PLAINTIFF, O.C.E.; AND REMOTE APPEARANCE OF PLAINTIFF O.C.E. AND THEIR GUARDIAN AD LITEM, EUGENIA GUADELUPE ESPINOZA SALMERON

III.   **PLAINTIFFS RESPECTULLY REQUEST THAT MINOR PLAINTIFF, O.C.E. AND THEIR *GUARDIAN AD LITEM*, EUGENIA GUADELUPE ESPINOZA SALMERON, BE PERMITTED TO APEAR REMOTELY AT THE HEARING**

Additionally, due to sensitive ongoing concerns of safety, security and transportation of the *Guardian ad Litem*, EUGENIA GUADELUPE ESPINOZA SALMERON, Plaintiffs also respectfully request that minor Plaintiff, O.C.E. and his *Guardian ad Litem*, be permitted to appear remotely for the hearing.  If the Court believes that more information is necessary on the details of the request, Plaintiffs' counsel is willing to submit a Declaration for *in camera* review.

IV.   **CONCLUSION**

Plaintiffs' counsel understand the necessity and preference the Court places on having in-person appearances of lead trial counsel in matters before the Court, and apologize for any inconvenience this may cause.  However, given that both non-lead counsel have worked extensively on this matter, and specifically with the preparation of the minor's compromise application and documentation, Plaintiffs respectfully request the relief state herein.

Respectfully submitted,

DATED: July 28, 2025

**CARRAZCO LAW, A.P.C.**

*/S/ Christopher L. Holm*

By:   _____

Angel Carrazco, Jr.
Kent M. Henderson
Christopher L. Holm
*Attorneys for Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadalupe Espinoza Salmeron, and Karla Vanessa Blandon*

REQUEST OF PLAINTIFFS' COUNSEL TO: ALLOW NON-LEAD TRIAL COUNSEL AT HEARING ON APPLICATION FOR APPROVAL OF COMPROMISE FOR MINOR PLAINTIFF, O.C.E.; AND REMOTE APPEARANCE OF PLAINTIFF O.C.E. AND THEIR GUARDIAN AD LITEM, EUGENIA GUADELUPE ESPINOZA SALMERON

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11    D.S., a minor by and through his
guardian ad litem Elsa Acosta,
12    individually and as successor-in-interest
to William Salgado; C.S., a minor by
13    and through his guardian ad litem Elsa
Acosta, individually and as successor-
14    in-interest to William Salgado; J.S., a
minor by and through her guardian ad
15    litem Elsa Acosta, individually and as
16    successor-in-interest to William
Salgado; M.S., a minor by and through
17    her guardian ad litem Elsa Acosta,
18    individually and as successor-in-interest
to William Salgado,
19

20                    Plaintiffs,

21          v.

22    CITY OF HUNTINGTON PARK;
NICK NICHOLS; RENE REZA;
23    MATTHEW RINCON; APRIL
WHEELER; and DOES 5 through 10,
24
inclusive,
25
                    Defendants.
26

| |
|---|
| **Case No. 2:23-cv-09412-CBM-AGR (Consolidated with Case No. 2:24-cv-04898-CBM-AGR)** |
| **[PROPOSED] ORDER** |

27

28

REQUEST OF PLAINTIFFS' COUNSEL TO: ALLOW NON-LEAD TRIAL COUNSEL AT HEARING ON APPLICATION FOR
APPROVAL OF COMPROMISE FOR MINOR PLAINTIFF, O.C.E.; AND REMOTE APPEARANCE OF PLAINTIFF O.C.E. AND
THEIR GUARDIAN AD LITEM, EUGENIA GUADELUPE ESPINOZA SALMERON

WILLIAM OMAR CASTILLO
MIRANDA, an individual and as
Successor in Interest for Decedent,
WILLIAM RENE SALGADO
MIRANDA; JUANA MARIA
MIRANDA, an individual and as
Successor in Interest for Decedent,
WILLIAM RENE SALGADO
MIRANDA; OSMAR ANTONIO
CASTILLO BLANDON, a minor by
and through Guardian ad litem,
EUGENIA GUADALUPE ESPINOZA
SALMERON; EUGENIA
GUADALUPE ESPINOZA
SALMERON, an individual; KARLA
VANESSA BLANDON, an individual,

          Plaintiffs,

      v.

CITY OF HUNTINGTON PARK;
RENE REZA, an individual; APRIL
WHEELER, an individual; MATTHEW
RINCON, an individual; NICK
NICHOLS, an individual; JOSE A.
YAMASAKI, an individual; SAUL
RODRIGUEZ, an individual; and
DOES 1 TO 10, inclusive,

          Defendants.

5

REQUEST OF PLAINTIFFS' COUNSEL TO: ALLOW NON-LEAD TRIAL COUNSEL AT HEARING ON APPLICATION FOR
APPROVAL OF COMPROMISE FOR MINOR PLAINTIFF, O.C.E.; AND REMOTE APPEARANCE OF PLAINTIFF O.C.E. AND
THEIR GUARDIAN AD LITEM, EUGENIA GUADALUPE ESPINOZA SALMERON

**[PROPOSED] ORDER**

    After review of Plaintiffs' Request, in regards to the hearing to the *Ex Parte* Application to Approve Compromise of Claims of Plaintiff, O.C.E., a minor by and through their *Guardian at Litem*, EUGENIA GUADELUPE ESPINOZA SALMERON set for July 30, 2025 at 10:00 am in this Court, and Good Cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' counsel, either Kent M. Henderson and/or Christopher L. Holm, may appear in lieu of Plaintiffs' lead trial counsel; and

2. Plaintiff, O.C.E., and their *Guardian ad Litem*, EUGENIA GUADELUPE ESPINOZA SALMERON, are both permitted to appear by remote means. Instructions for minor Plaintiff and their *Guardian ad Litem* to be by remote means will be provided by separate communication from the Court.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Consuelo B. Marshall
United States District Judge

REQUEST OF PLAINTIFFS' COUNSEL TO: ALLOW NON-LEAD TRIAL COUNSEL AT HEARING ON APPLICATION FOR
APPROVAL OF COMPROMISE FOR MINOR PLAINTIFF, O.C.E.; AND REMOTE APPEARANCE OF PLAINTIFF O.C.E. AND
THEIR GUARDIAN AD LITEM, EUGENIA GUADELUPE ESPINOZA SALMERON