**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive,<br>　　　　　Defendants.<br>WILLIAM OMAR CASTILLO MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO | **Case No. 2:23-cv-09412-CBM-AGR (Consolidated with Case No. 2:24-cv-04898-CBM-AGR)**<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**ORDER RE REQUEST OF PLAINTIFFS' COUNSEL TO:**<br>　(1) **ALLOW NON-LEAD TRIAL COUNSEL AT HEARING ON APPLICATION FOR APPROVAL OF COMPROMISE FOR MINOR PLAINTIFF, O.C.E.; AND**<br>　(2) **REMOTE APPEARANCE OF PLAINTIFF O.C.E. AND THEIR GUARDIAN AD LITEM, EUGENIA GUADELUPE ESPINOZA SALMERON** |

1

| | |
|---|---|
| 1 | MIRANDA; JUANA MARIA MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; OSMAR ANTONIO CASTILLO BLANDON, a minor by and through Guardian ad litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, an individual; KARLA VANESSA BLANDON, an individual, |
| | Plaintiffs, |
| | v. |
| | CITY OF HUNTINGTON PARK; RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW RINCON, an individual; NICK NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL RODRIGUEZ, an individual; and DOES 1 TO 10, inclusive, |
| | Defendants. |

## **ORDER**

After review of Plaintiffs' Request (Dkt. No. 89), in regards to the hearing to the *Ex Parte* Application to Approve Compromise of Claims of Plaintiff, O.C.E., a minor by and through their *Guardian at Litem*, EUGENIA GUADELUPE ESPINOZA SALMERON set for July 30, 2025 at 10:00 am in this Court, and Good Cause having been shown,

2

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' counsel, either Kent M. Henderson and/or Christopher L. Holm, may appear **in person** at the July 30, 2025 hearing in lieu of Plaintiffs' lead trial counsel; and

2. Plaintiff, O.C.E., and the *Guardian ad Litem*, EUGENIA GUADELUPE ESPINOZA SALMERON, are both permitted to appear remotely by video. Instructions for minor Plaintiff O.C.E. and the *Guardian ad Litem*'s remote appearance by video at the July 30, 2025 hearing will be provided by separate communication from the Court.

**IT IS SO ORDERED**.

Dated: July 29, 2025.

                                   Hon. Consuelo B. Marshall
                                   United States District Judge