UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-09412-CBM-AGR | Date | July 30, 2025 |
|---|---|---|---|
| Title | D.S., et al. v. City of Huntington Park, et al. Consolidated with CV 24-4898-CBM-AGR: William Castillo-Miranda, et al. v. City of Huntington Park | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Benjamin S. Levine | Not Present |

**Proceedings:** **PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR APPROVAL OF COMPROMISE OF THE CLAIMS OF MINOR PLAINTIFFS D.S., C.S., J.S., AND M.S. [78]**

The hearing is held. The Court confers with counsel, the guardian ad litem and plaintiffs. The Court finds that the settlement is fair, in the best interest of the minors and grants Plaintiffs' Unopposed Ex Parte Application for Approval of Compromise of the Claims of Minor Plaintiffs D.S., C.S., J.S., and M.S.

Counsel is instructed to file a stipulation for dismissal and include the withdrawal of the pending motion for summary judgment no later than September 30, 2025.

|  | 00 | : | 30 |
|---|---|---|---|
| Initials of Preparer | VRV | | |