UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-09412-CBM-AGR | Date | July 30, 2025 |
|---|---|---|---|
| Title | D.S., et al. v. City of Huntington Park, et al. Consolidated with CV 24-4898-CBM-AGR | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher L. Holm | Not Present |
| Angel Carrazco (VIDEO) | |

**Proceedings:** **EX PARTE APPLICATION AND PETITION FOR APPROVAL OF MINORS' COMPROMISE OF MINOR PLAINTIFF, O.C.E. [85]**

The hearing is held. The Court confers with counsel, the guardian ad litem and plaintiffs. The Court finds that the settlement is fair, in the best interest of the minor and grants Plaintiffs' Ex Parte Application and Petition for Approval of Minors' Compromise of Minor Plaintiff, O.C.E.

Counsel is instructed to file a stipulation for dismissal no later than September 30, 2025.

|  | 00 : 22 |
|---|---|
| Initials of Preparer | VRV |