# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM OMAR CASTILLO MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; JUANA MARIA MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; O.C.E. a minor by and through their Guardian ad Litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, an individual; OSMAR ANTONIO CASTILLO BLANDON, an individual; KARLA VANESSA BLANDON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HUNTINGTON PARK; RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW RINCON, an individual; NICK NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL RODRIGUEZ, an individual; and DOES 1 TO 10, inclusive, DOES 1-10, inclusive.<br><br>Defendants. | CASE NO.: 2:23-cv-09412-CBM-AGR<br><br>ORDER APPROVING EX PARTE APPLICATION AND PETITION FOR APPROVAL OF MINORS' COMPROMISE OF MINOR PLAINTIFF, O.C.E.<br><br>The Hon. Consuelo Marshall |

1

**ORDER APPROVING APPLICATION AND PETITION FOR APPROVAL OF MINORS' COMPROMISE OF MINOR PLAINTIFF, O.C.E.**

**The COURT**, having considered the Ex Parte Application and Petition for Approval of Minors' Compromise of the Minor Plaintiff O.C.E. (Dkt. No. 85) and Good Cause appearing therefor, now hereby finds and Orders as follows:

The $500,000.00 in gross settlement of all claims for compensatory and punitive damages, and attorneys' fees and costs, asserted in this lawsuit on behalf of minor Plaintiff O.C.E. and the other Miranda Plaintiffs, arising from the death of their close relative, Decedent William Rene Salgado Miranda, is approved.

1. The $500,000.00 global, gross settlement is divided as follows among the Miranda Plaintiffs: $200,000.00 for Plaintiff, WILLIAM OMAR CASTILLO MIRANDA; $125,000.00 for Plaintiff, OSMAR ANTONIO CASTILLO BLANDON; $100,000.00 for minor Plaintiff, O.C.E.; $45,000.00 for Plaintiff, JUANA MARIA MIRANDA; $20,000.00 for Plaintiff, EUGENIA GUADELUPE ESPINOZA SALMERON; and $10,000.00 for Plaintiff, KARLA VANESSA BLANDON.

2. Minor Plaintiff O.C.E.'s gross settlement share is $100,000.00. The gross settlement sums of O.C.E. shall be distributed as follows:

(a) **$60,000.00** shall be paid by Defendants to "New York Life Insurance Company" to fund a structured settlement/annuity for O.C.E. with a payout schedule set forth as follows:

\\

\\

\\

Guaranteed Lump Sums:
$15,000.00 paid as a lump sum on 01/22/2027 guaranteed
$17,000.00 paid as a lump sum on 01/22/2029 guaranteed
$18,000.00 paid as a lump sum on 01/22/2031 guaranteed
$20,522.65 paid as a lump sum on 01/22/2033 guaranteed.

(b) **$40,000.00** (comprised of $40,000.00 of attorneys' fees and $00.00 of reimbursement of litigation costs) shall be paid to CARRAZCO LAW, A.P.C.

The Court finds the settlement is fair and in the best interests of the minor Plaintiff O.C.E.

**IT IS SO ORDERED.**

Dated: August 1, 2025.

_____
THE HONORABLE CONSUELO MARSHALL
UNITED STATES DISTRICT JUDGE