**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs D.S., C.S., J.S., and M.S.*

**CARRAZCO LAW, A.P.C.**
Angel Carrazco, Jr. (SBN 230845)
angel@carrazcolawapc.com
Kent M. Henderson (SBN 139530)
hendolaw@gmail.com
Christopher L. Holm (SBN 308446)
chris@carrazcolawapc.com
18301 Irvine Boulevard
Tustin, CA 92780
Telephone: (714) 541-8600
Facsimile: (714) 541-8601

*Attorneys for Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon*

Caroline A. Byrne (SBN 196541)
cbyrne@woodruff.law
Brian A. Moore (SBN 252900)
bmoore@woodruff.law
Roberta A. Kraus (SBN 117658)
bkraus@woodruff.law
**WOODRUFF & SMART**
555 Anton Blvd., Suite 1200
Costa Mesa, CA 92626
Tel. (714) 558-7000
Fax (714) 835-7787

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado, | **Case No. 2:23-cv-09412-CBM-AGR (Consolidated with Case No. 2:24-cv-04898-CBM-AGR)**<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**STIPULATION TO DISMISS CONSOLIDATED ACTIONS WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>*[Proposed Order filed concurrently herewith]* |

| | |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 | |
| 4 | CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive, |
| 5 | |
| 6 | |
| 7 | |
| | Defendants. |
| 8 | WILLIAM OMAR CASTILLO MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; JUANA MARIA MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; OSMAR ANTONIO CASTILLO BLANDON, a minor by and through Guardian ad litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, an individual; KARLA VANESSA BLANDON, an individual, |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | Plaintiffs, |
| 20 | |
| 21 | v. |
| 22 | CITY OF HUNTINGTON PARK; RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW RINCON, an individual; NICK NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL RODRIGUEZ, an individual; and DOES 1 TO 10, inclusive, |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | Defendants. |

STIPULATION TO DISMISS CONSOLIDATED ACTIONS WITH PREJUDICE

**TO THE HONORABLE COURT:**

      IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs D.S., C.S., J.S., and M.S. ("*Salgado* Plaintiffs"); Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon ("*Miranda* Plaintiffs"); and Defendants City of Huntington Park, Rene Reza, April Wheeler, Matthew Rincon, Nick Nichols, Jose A. Yamasaki, and Saul Rodriguez ("Defendants"), by and through their respective attorneys of record, that the above-captioned consolidated actions (Case No. 2:23-cv-09412-CBM-AGR and Case No. 2:24-cv-04898-CBM-AGR) both be and hereby are dismissed in their entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The parties further stipulate and respectfully request that the Court vacate all currently scheduled dates and deadlines in these actions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
STIPULATION TO DISMISS CONSOLIDATED ACTIONS WITH PREJUDICE


**IT IS SO STIPULATED.**

DATED: September 24, 2025    LAW OFFICES OF DALE K. GALIPO

By:  /s/ Benjamin S. Levine
    Dale K. Galipo
    Benjamin S. Levine[1]
    *Attorneys for Plaintiffs D.S., C.S., J.S., and M.S.*

DATED: September 24, 2025    CARRAZCO LAW, A.P.C.

By:  /s/ Kent M. Henderson
    Angel Carrazco, Jr.
    Kent M. Henderson
    Christopher L. Holm
    *Attorneys for Plaintiffs William Omar Castillo Miranda, Juana Maria Miranda, Osmar Antonio Castillo Blandon, Eugenia Guadelupe Espinoza Salmeron, and Karla Vanessa Blandon*

DATED: September 24, 2025    WOODRUFF & SMART

By:  /s/ Caroline A. Byrne
    Caroline A. Byrne
    Brian A. Moore
    Roberta A. Kraus
    *Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

