JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; C.S., a minor by and through his guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; J.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado; M.S., a minor by and through her guardian ad litem Elsa Acosta, individually and as successor-in-interest to William Salgado,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF HUNTINGTON PARK; NICK NICHOLS; RENE REZA; MATTHEW RINCON; APRIL WHEELER; and DOES 5 through 10, inclusive, | Case No. 2:23-cv-09412-CBM-AGR (Consolidated with Case No. 2:24-cv-04898-CBM-AGR)<br><br>*District Judge Consuelo B. Marshall*<br>*Magistrate Judge Alicia G. Rosenberg*<br><br>**ORDER DISMISSING CONSOLIDATED ACTIONS WITH PREJUDICE [95]**<br><br>NOTE: CHANGES MADE BY THE COURT |

|   |   |
|---|---|
| 1 | Defendants. |
| 2 | WILLIAM OMAR CASTILLO MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; JUANA MARIA MIRANDA, an individual and as Successor in Interest for Decedent, WILLIAM RENE SALGADO MIRANDA; OSMAR ANTONIO CASTILLO BLANDON, a minor by and through Guardian ad litem, EUGENIA GUADELUPE ESPINOZA SALMERON; EUGENIA GUADELUPE ESPINOZA SALMERON, an individual; KARLA VANESSA BLANDON, an individual, |
| | Plaintiffs, |
| | v. |
| | CITY OF HUNTINGTON PARK; RENE REZA, an individual; APRIL WHEELER, an individual; MATTHEW RINCON, an individual; NICK NICHOLS, an individual; JOSE A. YAMASAKI, an individual; SAUL RODRIGUEZ, an individual; and DOES 1 TO 10, inclusive, |
| | Defendants. |

ORDER DISMISSING CONSOLIDATED ACTIONS WITH PREJUDICE

## ORDER

Pursuant to the stipulation by and between the parties to these consolidated actions, through the parties' respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned consolidated actions be and hereby are dismissed in their entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS FURTHER ORDERED that all previously scheduled dates and deadlines in these consolidated actions, including the October 20, 2025, deadline for the parties to file dismissal papers [Dkt. 79], are VACATED. In light of the stipulation for dismissal, Defendant's motion for summary judgment (Dkt. 25) is denied as moot.

**IT IS SO ORDERED.**

DATED: September 24, 2025

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE